**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **New York Beach Club, Ltd.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-2209487** |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1751 Ocean Blvd** **Atlantic Beach, NY 11509** Number, Street, City, State & ZIP Code | **613 Eagle Ave** **West Hempstead, NY 11552-3701** P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **New York Beach Club, Ltd.** | Case number (*if known*) | |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7139__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

---

| Debtor | **New York Beach Club, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | |
| District | When | Case number, if known | |

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **New York Beach Club, Ltd.**
Name

Case number (*if known*)

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 10, 2026**
MM / DD / YYYY

**X**  **/s/ Alexander Jacobson**                          **Alexander Jacobson**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X**  **/s/ Fred S. Kantrow**                          Date  **February 10, 2026**
Signature of attorney for debtor                      MM / DD / YYYY

**Fred S. Kantrow**
Printed name

**The Kantrow Law Group, PLLC**
Firm name

**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
Number, Street, City, State & ZIP Code

Contact phone    **516 703 3672**        Email address    **fkantrow@thekantrowlawgroup.com**

Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Debtor   **New York Beach Club, Ltd.**                                      Case number (*if known*)
         Name

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
| --- | --- | --- | --- |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |
| Debtor | **Jacobson Development Group, LLC** | Relationship to you | **Common Members** |
| District | **EDNY** When **1/20/21** | Case number, if known | **21-70087** |

**Fill in this information to identify the case:**

Debtor name   **New York Beach Club, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2026**    **X /s/ Alexander Jacobson**
                                           Signature of individual signing on behalf of debtor

                                           **Alexander Jacobson**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **New York Beach Club, Ltd.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alyse Levin 130 Everit ave Hewlett, NY 11557** | | **Consumer Deposit - Membership** | | | | **$21,915.00** |
| **Baruch Glaubach 150 Albro Ln Lawrence, NY 11559** | | **Consumer Deposit - Membership** | | | | **$28,130.00** |
| **Berkman Henoch 400 Garden City Plaza Suitge 320 Garden City, NY 11530** | | **legal fees** | | | | **$33,849.64** |
| **Block Inc 1955 Broadway Suite 600 Oakland, CA 94612** | | **loan** | | | | **$20,681.85** |
| **Bluevine Capital Inc. 401 Warren St Suite 300 Redwood City, CA 94063** | | **loan** | | | | **$70,000.00** |
| **Carver Federal Savings Ba 1825 Park Ave 12th Floor New York, NY 10027** | | **Guarantee of Mortgage** | **Contingent Unliquidated Disputed** | | | **$8,934,271.93** |
| **David Greenberg 49 Arnold Ave Closter, NJ 07624** | | **Consumer Deposit - Membership** | | | | **$21,121.50** |
| **Donna Viemeister 16 Norwich Ave Lynbrook, NY 11563** | | **Consumer Deposit - Membership** | | | | **$20,055.00** |
| **Gail Bassett 535 E 86th St Apt 6J New York, NY 10028** | | **Consumer Deposit - Membership** | | | | **$20,405.48** |

Debtor **New York Beach Club, Ltd.**                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gary Barsky 3800 Illona Ave Oceanside, NY 11572** | | **Consumer Deposit - Membership** | | | | **$41,850.00** |
| **Irwin Kishner 35 Stratton Rd Scarsdale, NY 10583** | | **Consumer Deposit - Membership** | | | | **$22,742.00** |
| **Jill Halpern 2 Canterbury Ln Roslyn Heights, NY 11577** | | **Consumer Deposit - Membership** | | | | **$26,370.00** |
| **Karen Vorschirm 179 E 70th St Apt 6B New York, NY 10021** | | **Consumer Deposit - Membership** | | | | **$21,105.00** |
| **Lori Feinerman 10 Grenfell Dr Great Neck, NY 11020** | | **Consumer Deposit - Membership** | | | | **$26,100.00** |
| **Louise Hochberg 7 Horseshoe Ln Great Neck, NY 11020** | | **Consumer Deposit - Membership** | | | | **$23,445.00** |
| **Newtek Small Business Fin 1981 Marcus Ave Ste 130 New Hyde Park, NY 11042** | | **guarantee of mortgage debt** | **Contingent Unliquidated Disputed** | | | **$5,000,000.00** |
| **NYS Dept Tax PO Box 5300 Albany, NY 12205** | | | | | | **$43,519.85** |
| **NYS Dept Tax PO Box 5300 Albany, NY 12205** | | | | | | **$27,285.50** |
| **Ocean Blvd LLC 1751 Ocean Blvd Atlantic Beach, NY 11509** | | **Rent** | | | | **$1,440,000.00** |
| **Philip Sivin 608 Ashwood Rd Port Washington, NY 11050** | | **Consumer Deposit - Membership** | | | | **$20,250.00** |

**Fill in this information to identify the case:**

Debtor name     **New York Beach Club, Ltd.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................   $                **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................................   $        **902,221.65**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................................   $        **902,221.65**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $                **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................   $      **1,590,354.48**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     **15,677,004.93**

4.  **Total liabilities** ...............................................................................................................................................
   Lines 2 + 3a + 3b          $      **17,267,359.41**

| Fill in this information to identify the case: |
| --- |
| Debtor name **New York Beach Club, Ltd.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking** | **7987** | **$130,000.00** |
| 3.2. | **Chase Bank** | **Checking** | **9173** | **$54,134.16** |
| 3.3. | **Carver Bank** | **Checking** | **9000** | **$567,548.99** |
| 3.4. | **Carver Bank** | **Checking** | **7794** | **$1,278.50** |
| 3.5. | **TD Bank** | **Checking** | **4862** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**        **$752,961.65**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

Debtor    **New York Beach Club, Ltd.**                                    Case number *(If known)* _____
            Name

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

   7.1.   **PSEGLI**                                                                                    **$2,500.00**

   7.2.   **NatGrid**                                                                                   **$2,000.00**

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.       **Total of Part 2.**                                                                      **$4,500.00**
          Add lines 7 through 8. Copy the total to line 81.

Part 3:       **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.

☐ Yes Fill in the information below.

Part 4:       **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

Part 5:       **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

Part 6:       **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

Part 7:       **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor    **New York Beach Club, Ltd.**                                Case number *(If known)* _____
                  Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **varios**                                          **$0.00**    **Comparable sale**                **$5,000.00**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                **$5,000.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 8:        **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Beach and deck furnitute/fixtures** | **$0.00** | **Comparable sale** | **$62,760.00** |
| **Locker System** | **$0.00** | **Comparable sale** | **$3,000.00** |
| **Utility Cleaners** | **$0.00** | **Comparable sale** | **$10,000.00** |
| **Maintenance Equipment** | **$0.00** | **Comparable sale** | **$3,000.00** |
| **Safety Equipment** | **$0.00** | **Comparable sale** | **$2,500.00** |
| **Fixed Outdoor infastructure improvements** | **$0.00** | **Comparable sale** | **$3,000.00** |
| **Outdoor sound system** | **$0.00** | **Comparable sale** | **$1,000.00** |

Debtor    **New York Beach Club, Ltd.**                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **Pool Equipment** | $0.00 | **Comparable sale** | $3,000.00 |
| **Pool Equipment - chemical control** | $0.00 | **Comparable sale** | $500.00 |
| **Pool covers** | $0.00 | **Comparable sale** | $1,000.00 |
| **Kitchen Equipment - major equipment** | $0.00 | **Comparable sale** | $30,000.00 |
| **Kitchen - small** | $0.00 | **Comparable sale** | $1,000.00 |
| **Bar Equipment** | $0.00 | **Comparable sale** | $4,000.00 |
| **Dining Furniture** | $0.00 | **Comparable sale** | $10,000.00 |
| **Technology** | $0.00 | **Comparable sale** | $5,000.00 |

51.  **Total of Part 8.**                    $139,760.00

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1751 Ocean Blvd Atlantic Beach** | **Tenant** | $0.00 | | $0.00 |

56.  **Total of Part 9.**                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

Debtor   **New York Beach Club, Ltd.**                                           Case number *(If known)* _____

          Name

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**

         ■ No
         ☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

         ■ No
         ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor    **New York Beach Club, Ltd.**                                    Case number *(If known)* _____
                 Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $752,961.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $139,760.00 | |
| 88. **Real property.** *Copy line 56, Part 9.............................................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $902,221.65 | + 91b.  $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                                    $902,221.65

**Fill in this information to identify the case:**

Debtor name      **New York Beach Club, Ltd.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **New York Beach Club, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
|  |  | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Abigail Wile
230 Riverside Dr
Apt 19D
 NY 10015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,645.00** | **$3,800.00** |
|---|---|---|---|---|

**Agnes Fitzmaurice
229 E 84th St
New York, NY 10028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

Debtor    **New York Beach Club, Ltd.**
Name

Case number (if known)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,915.00 | $3,800.00 |

Priority creditor's name and mailing address
**Alyse Levin**
**130 Everit ave**
**Hewlett, NY 11557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4 | | | $5,490.00 | $3,800.00 |

Priority creditor's name and mailing address
**Andrew Goldberg**
**247 W 87th St**
**Apt 5B**
**New York, NY 10024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5 | | | $16,695.00 | $3,800.00 |

Priority creditor's name and mailing address
**Anna Wilson**
**2 Deering Ln**
**East Rockaway, NY 11518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6 | | | $11,565.00 | $3,800.00 |

Priority creditor's name and mailing address
**Anne McAvey**
**84 Demott Ave**
**Rockville Centre, NY 11570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 | $1,800.00 |
|---|---|---|---|---|

**Anthony Scardino**
**891 Keene Ln**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,340.00 | $2,340.00 |
|---|---|---|---|---|

**Arnold Berkins**
**523 Hazel Dr**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,200.00 | $3,800.00 |
|---|---|---|---|---|

**Avi Taitz**
**353 Leroy Ave**
**Cedarhurst, NY 11516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,055.00 | $3,800.00 |
|---|---|---|---|---|

**Barbara Sklar**
**89 Durland Rd**
**Lynbrook, NY 11563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **New York Beach Club, Ltd.**                                    Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28,130.00 | $3,800.00 |
|---|---|---|---|---|
| | **Baruch Glaubach**<br>**150 Albro Ln**<br>**Lawrence, NY 11559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $11,800.00 | $3,800.00 |
|---|---|---|---|---|
| | **Beth Gessner**<br>**2 Acorn Rd**<br>**East Rockaway, NY 11518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,895.00 | $3,800.00 |
|---|---|---|---|---|
| | **Beth Goldklang**<br>**3714 Oceanside Rd**<br>**Oceanside, NY 11572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16,650.00 | $3,800.00 |
|---|---|---|---|---|
| | **Betsy McCormack**<br>**2 Glenwood Rd**<br>**Scarsdale, NY 10583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **New York Beach Club, Ltd.**                                    Case number (if known) _____
                      Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,850.00** | **$3,800.00** |

2.15 | Priority creditor's name and mailing address
**Brian Hirshman**
**260 Central Ave**
**Lawrence, NY 11559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,850.00**    **$3,800.00**

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

2.16 | Priority creditor's name and mailing address
**Bruce Bergman**
**12 Hawthorne Ln**
**Lawrence, NY 11559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

2.17 | Priority creditor's name and mailing address
**Bruce Sobel**
**14 Berkshire Rd**
**Rockville Centre, NY 11570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,985.00**    **$3,800.00**

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

2.18 | Priority creditor's name and mailing address
**Cariann Perretta**
**119 Regent Dr**
**Long Beach, NY 11561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,440.00**    **$3,800.00**

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

Debtor    **New York Beach Club, Ltd.**                                      Case number (if known)
　　　　　　Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,800.00 | $3,800.00 |

Priority creditor's name and mailing address
**Cesare Puleo**
**2 Whittier Ave**
**Merrick, NY 11566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.20    Priority creditor's name and mailing address                As of the petition filing date, the claim is:          **$500.00**    **$0.00**
**Chin Achebe**                                                     *Check all that apply.*
**2283 E 19th St**                                                  ☐ Contingent
**Brooklyn, NY 11229**                                              ☐ Unliquidated
                                                                    ☐ Disputed

Date or dates debt was incurred                                     Basis for the claim:
                                                                    **Consumer Deposit - Membership**

Last 4 digits of account number                                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                             ☐ Yes

---

2.21    Priority creditor's name and mailing address                As of the petition filing date, the claim is:          **$350.00**    **$350.00**
**Christine Ford**                                                  *Check all that apply.*
**4322 Queens St**                                                  ☐ Contingent
**Long Island City, NY 11101**                                      ☐ Unliquidated
                                                                    ☐ Disputed

Date or dates debt was incurred                                     Basis for the claim:
                                                                    **Consumer Deposit - Membership**

Last 4 digits of account number                                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                             ☐ Yes

---

2.22    Priority creditor's name and mailing address                As of the petition filing date, the claim is:          **$6,165.00**    **$3,800.00**
**Christine Pearson**                                               *Check all that apply.*
**5738 244th St**                                                   ☐ Contingent
**Little Neck, NY 11362**                                           ☐ Unliquidated
                                                                    ☐ Disputed

Date or dates debt was incurred                                     Basis for the claim:
                                                                    **Consumer Deposit - Membership**

Last 4 digits of account number                                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                             ☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**2.23** Priority creditor's name and mailing address
**Christopher Snell**
**15 Darby Rd**
**Rockville Centre, NY 11570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,605.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address
**Cyndi Rosenthal**
**4 White Pine**
**Great Neck, NY 11023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,900.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
**Dale Pozzi**
**65 W 55th St**
**Apt 7A**
**New York, NY 10019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,589.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address
**Dana Bassiur**
**1980 Bay Blvd**
**Atlantic Beach, NY 11509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,890.00**    **$1,890.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **New York Beach Club, Ltd.**                                Case number (if known) _____
        Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |

2.27    Priority creditor's name and mailing address
        **Daniel Gross**
        **300 E 56th St**
        **Apt 9A**
        **New York, NY 10022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500.00    $1,500.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.28    Priority creditor's name and mailing address
        **David Greenberg**
        **49 Arnold Ave**
        **Closter, NJ 07624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,121.50    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.29    Priority creditor's name and mailing address
        **David Kirsch**
        **42 Rose Lane**
        **East Rockaway, NY 11518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,100.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.30    Priority creditor's name and mailing address
        **David Mandel**
        **36 Brook Rd**
        **Valley Stream, NY 11581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,640.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,790.00** | **$2,790.00** |
| | **David Traub** | Check all that apply. | | |
| | **415 E 54th St** | ☐ Contingent | | |
| | **Apt 7A** | ☐ Unliquidated | | |
| | **New York, NY 10022** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |
| | **Deanna Marcellino** | Check all that apply. | | |
| | **1801 Grand Ave** | ☐ Contingent | | |
| | **East Meadow, NY 11554** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,135.00** | **$3,800.00** |
| | **Denise King** | Check all that apply. | | |
| | **93 Minnesota Ave** | ☐ Contingent | | |
| | **Long Beach, NY 11561** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,185.00** | **$3,800.00** |
| | **Diane Neufeld** | Check all that apply. | | |
| | **3351 Balsam St** | ☐ Contingent | | |
| | **Oceanside, NY 11572** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Diane Patrone**
**420 E 23rd St**
**Apt 6A**
**New York, NY 10010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,845.00 | $3,800.00 |
|---|---|---|---|---|

**Donna London**
**444 E 82nd St**
**Apt 14R**
**New York, NY 10128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,055.00 | $3,800.00 |
|---|---|---|---|---|

**Donna Viemeister**
**16 Norwich Ave**
**Lynbrook, NY 11563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,485.00 | $3,800.00 |
|---|---|---|---|---|

**Douglas Lancey**
**37 Cardinal Dr**
**Roslyn, NY 11576**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **New York Beach Club, Ltd.**                                 Case number (if known) _____
        Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,675.00 | $3,800.00 |
|---|---|---|---|---|

**Elaine Stein**
**766 Broadway**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,400.00 | $3,800.00 |
|---|---|---|---|---|

**Elisa Frischling**
**9 Greenbriar Ln**
**Port Washington, NY 11050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,075.00 | $3,800.00 |
|---|---|---|---|---|

**Ellen Kroll**
**405 E 63rd St**
**Apt 9D**
**New York, NY 10065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,695.00 | $3,800.00 |
|---|---|---|---|---|

**Emily Rosenberg**
**120 E 87th St**
**Apt 18B**
**New York, NY 10128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **New York Beach Club, Ltd.**                                    Case number (if known) _____
         Name

| | | |
|---|---|---|

2.43  Priority creditor's name and mailing address     As of the petition filing date, the claim is:          **$13,500.00**    **$3,800.00**
      **Felice Margolis**                              Check all that apply.
      **442 Freeman Ave**                              ☐ Contingent
      **Oceanside, NY 11572**                          ☐ Unliquidated
                                                       ☐ Disputed

      Date or dates debt was incurred                  Basis for the claim:
                                                       **Consumer Deposit - Membership**

      Last 4 digits of account number                  Is the claim subject to offset?
      Specify Code subsection of PRIORITY              ■ No
      unsecured claim: 11 U.S.C. § 507(a) (7)          ☐ Yes

---

2.44  Priority creditor's name and mailing address     As of the petition filing date, the claim is:          **$9,765.00**    **$3,800.00**
      **Felicia Solomon**                              Check all that apply.
      **269 Blackheath Rd**                            ☐ Contingent
      **Long Beach, NY 11561**                         ☐ Unliquidated
                                                       ☐ Disputed

      Date or dates debt was incurred                  Basis for the claim:
                                                       **Consumer Deposit - Membership**

      Last 4 digits of account number                  Is the claim subject to offset?
      Specify Code subsection of PRIORITY              ■ No
      unsecured claim: 11 U.S.C. § 507(a) (7)          ☐ Yes

---

2.45  Priority creditor's name and mailing address     As of the petition filing date, the claim is:          **$1,500.00**    **$1,500.00**
      **Fern Zipkin**                                  Check all that apply.
      **370 Everit Ave**                               ☐ Contingent
      **Hewlett, NY 11557**                            ☐ Unliquidated
                                                       ☐ Disputed

      Date or dates debt was incurred                  Basis for the claim:
                                                       **Consumer Deposit - Membership**

      Last 4 digits of account number                  Is the claim subject to offset?
      Specify Code subsection of PRIORITY              ■ No
      unsecured claim: 11 U.S.C. § 507(a) (7)          ☐ Yes

---

2.46  Priority creditor's name and mailing address     As of the petition filing date, the claim is:          **$0.00**    **$0.00**
      **Frank Alfano**                                 Check all that apply.
      **28 Edgewort St**                               ☐ Contingent
      **Valley Stream, NY 11581**                      ☐ Unliquidated
                                                       ☐ Disputed

      Date or dates debt was incurred                  Basis for the claim:
                                                       **Consumer Deposit - Membership**

      Last 4 digits of account number                  Is the claim subject to offset?
      Specify Code subsection of PRIORITY              ■ No
      unsecured claim: 11 U.S.C. § 507(a) (7)          ☐ Yes

---

Debtor    **New York Beach Club, Ltd.**                                    Case number (if known)
　　　　　　Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,460.00 | $3,800.00 |

**Freddi Kadden**
**500 East Shore Rd**
**Great Neck, NY 11024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |

**Gail Alazraki**
**2976 Harvey Ave**
**Oceanside, NY 11572**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,405.48 | $3,800.00 |

**Gail Bassett**
**535 E 86th St**
**Apt 6J**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |

**Gail Klein**
**612 Hungry Harbor Rd**
**Valley Stream, NY 11581**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **New York Beach Club, Ltd.**                                          Case number (if known) _____
          Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,925.00 | $3,800.00 |

2.51  Priority creditor's name and mailing address
**Gail Rosen**
**676 Arbuckle Ave**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,925.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.52  Priority creditor's name and mailing address
**Garrett Gray**
**522 Edward Ave**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.53  Priority creditor's name and mailing address
**Gary Barsky**
**3800 Illona Ave**
**Oceanside, NY 11572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,850.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.54  Priority creditor's name and mailing address
**Gayle Wilk**
**199 Richards St**
**Hewlett, NY 11557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,900.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Gerry Bass**
**444 Faller St**
**Oceanside, NY 11572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,600.00 | $3,800.00 |
|---|---|---|---|---|

**Gideon Etra**
**345 E 69th St**
**Apt 7H**
**New York, NY 10021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,025.00 | $3,800.00 |
|---|---|---|---|---|

**Glen Berman**
**9920 Juniper Hill Rd**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,331.00 | $3,800.00 |
|---|---|---|---|---|

**Hillary Estner**
**91 Carman Ave**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.59** | Priority creditor's name and mailing address
**Irwin Kishner**
**35 Stratton Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,742.00** | **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.60** | Priority creditor's name and mailing address
**Jacqui Fein**
**10 Montclair Rd**
**Plainview, NY 11803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,640.00** | **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.61** | Priority creditor's name and mailing address
**James Ballow**
**71 Webster St**
**Lynbrook, NY 11563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500.00** | **$1,500.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.62** | Priority creditor's name and mailing address
**Jamie Siegelman**
**958 Allen Ave**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,931.00** | **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **New York Beach Club, Ltd.**                                Case number (if known) _____
              Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |

2.63 Priority creditor's name and mailing address
**Janet Arbeiter**
**696 East Park Court**
**Valley Stream, NY 11581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500.00    $1,500.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.64 Priority creditor's name and mailing address
**Jeffrey Ezratty**
**256 Grand Blvd**
**Long Beach, NY 11561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,965.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.65 Priority creditor's name and mailing address
**Jennifer Ross**
**24 Talfor Rd**
**East Rockaway, NY 11518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,340.00    $2,340.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.66 Priority creditor's name and mailing address
**Jennifer Rudish**
**345 E 64th St**
**Apt 9E**
**New York, NY 10065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,645.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Jenny Hubner**
**42 North Willow St**
**Montclair, NJ 07042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,270.00 | $3,800.00 |

**Jeremy Friedman**
**200 E 57th St**
**Apt 19B**
**New York, NY 10022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,780.00 | $3,800.00 |

**Jill Drachman**
**45 Rose Ln**
**East Rockaway, NY 11518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,122.00 | $3,800.00 |

**Jill Epstein**
**205 Warren St**
**Apt 1B**
**Brooklyn, NY 11201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.71** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26,370.00** | **$3,800.00**

**Jill Halpern**
**2 Canterbury Ln**
**Roslyn Heights, NY 11577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,670.00** | **$3,800.00**

**Joan Schaeffer**
**11 Payne Circle**
**Hewlett, NY 11557**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,345.00** | **$3,800.00**

**Joanne Levine**
**385 Church Ave**
**Cedarhurst, NY 11516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,112.00** | **$3,800.00**

**Jonathan Kurz**
**1328 Harbor Rd**
**Hewlett, NY 11557**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | | |
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,615.00** | **$3,800.00** |

**Jonathan Wolfsohn**
**9 Walnut Rd**
**East Rockaway, NY 11518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |

**Josef Mayar**
**26 Richard Ct**
**Plainview, NY 11803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,675.00** | **$3,800.00** |

**Joseph Vecchio**
**27 W 55th St**
**PH102**
**New York, NY 10019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,855.00** | **$3,800.00** |

**Joshua Jacobs**
**580 Kensington Pl**
**Cedarhurst, NY 11516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.79 | Priority creditor's name and mailing address **Julie Herman** **6939 Yellowstone Blvd** **Forest Hills, NY 11375** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | **$1,500.00** **$1,500.00** |
| | Date or dates debt was incurred | Basis for the claim: **Consumer Deposit - Membership** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.80 | Priority creditor's name and mailing address **Julie Schreieber** **11 Roosevelt St** **Garden City, NY 11530** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | **$9,675.00** **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim: **Consumer Deposit - Membership** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.81 | Priority creditor's name and mailing address **Karen Goldberg** **24 Edna Ct** **Valley Stream, NY 11580** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | **$1,500.00** **$1,500.00** |
| | Date or dates debt was incurred | Basis for the claim: **Consumer Deposit - Membership** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.82 | Priority creditor's name and mailing address **Karen Lipton** **130 Broadway** **Rockville Centre, NY 11570** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | **$10,170.00** **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim: **Consumer Deposit - Membership** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

Debtor **New York Beach Club, Ltd.**                    Case number (if known) _____
  Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,105.00 | $3,800.00 |

**Karen Vorschirm**
**179 E 70th St**
**Apt 6B**
**New York, NY 10021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,350.00 | $3,800.00 |

**Karen Weinberg**
**40 Park Ave**
**Apt 3H**
**New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |

**Karina Khafizova**
**8008 135th St**
**Apt 419**
**Jamaica, NY 11435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |

**Kenny Lam**
**960 Corporate Dr**
**Westbury, NY 11590**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,850.00** | **$3,800.00** |
|---|---|---|---|---|

**Larry McGoldrick**
**5 Cornell Place**
**East Rockaway, NY 11518**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,900.00** | **$3,800.00** |
|---|---|---|---|---|

**Laura Gilbert**
**200 Rector Pl**
**New York, NY 10280**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,250.00** | **$3,800.00** |
|---|---|---|---|---|

**Laura Grandhi**
**70 E 10th St**
**Apt 4J**
**New York, NY 10003**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,950.00** | **$3,800.00** |
|---|---|---|---|---|

**Lauren Disalle**
**138 Woodmere Blvd**
**Woodmere, NY 11598**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **New York Beach Club, Ltd.**                                    Case number (if known) _____
          Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |

Priority creditor's name and mailing address
**Lauren Katz**
**38 Rose Ln**
**East Rockaway, NY 11518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,945.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Lauren Mirkin**
**1309 Everit Pl**
**Hewlett, NY 11557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | **$2,000.00** |

Priority creditor's name and mailing address
**Lauren Schulz**
**424 West End Ave**
**New York, NY 10029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,215.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Leslie Berkman**
**1111 The Plaza**
**Tenafly, NJ 07670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **New York Beach Club, Ltd.**                              Case number (if known) _____
                Name

| | | | |
|---|---|---|---|
| 2.95 | Priority creditor's name and mailing address<br>**Linda Weiss**<br>**11 Fifth Ave**<br>**New York, NY 10003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,150.00** **$3,150.00** |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 2.96 | Priority creditor's name and mailing address<br>**Lisa Berg**<br>**200 E 62nd St**<br>**Apt 11D**<br>**New York, NY 10065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** **$250.00** |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 2.97 | Priority creditor's name and mailing address<br>**Lisa Rabinovich**<br>**73 Holly Ln**<br>**Roslyn Heights, NY 11577** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,545.00** **$3,800.00** |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 2.98 | Priority creditor's name and mailing address<br>**Lisa Rabinowitz**<br>**19 W Loines Ave**<br>**Merrick, NY 11566** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,780.00** **$3,800.00** |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

Debtor  **New York Beach Club, Ltd.**                          Case number (if known) _____
         Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |

**Lois Gelfond**
**887 Carol Ct**
**Woodmere, NY 11598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |

**Loretta Hatch**
**1027 Shelburne Dr**
**Franklin Square, NY 11010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,797.50 | $3,800.00 |

**Lori Altman**
**3016 Brower Ave**
**Oceanside, NY 11572**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,100.00 | $3,800.00 |

**Lori Feinerman**
**10 Grenfell Dr**
**Great Neck, NY 11020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
| | Name | | |

**2.103** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,070.00** | **$3,800.00**

**Lorraine Berman**
**1470 Hewlett Ave**
**Hewlett, NY 11557-1510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,445.00** | **$3,800.00**

**Louise Hochberg**
**7 Horseshoe Ln**
**Great Neck, NY 11020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,825.00** | **$3,800.00**

**Lynn Stecklow**
**12600 Via Ravenna**
**Boynton Beach, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,395.00** | **$3,800.00**

**Marc Altheim**
**10 Lake Road**
**Great Neck, NY 11020-1313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **New York Beach Club, Ltd.**                                    Case number (if known) _____
          Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,800.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Marcie Tankel**
**604 Hook St**
**Valley Stream, NY 11581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.108    Priority creditor's name and mailing address
**Maria Sheflin**
**2867 Beach Dr**
**Merrick, NY 11566**

As of the petition filing date, the claim is:                    **$11,970.00**    **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.109    Priority creditor's name and mailing address
**Maria Vainer**
**795 E 19th St**
**Brooklyn, NY 11230**

As of the petition filing date, the claim is:                    **$10,945.00**    **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.110    Priority creditor's name and mailing address
**Mariam Lynch**
**191 Voorhis Ave**
**Rockville Centre, NY 11570**

As of the petition filing date, the claim is:                    **$1,500.00**    **$1,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | | Case number (if known) | |
| | Name | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,450.00** | **$3,800.00** |
| | **Mark Fragner** | *Check all that apply.* | | |
| | **665 Colfax Pl** | ☐ Contingent | | |
| | **Valley Stream, NY 11581-3005** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
| | **Mark Molbegat** | *Check all that apply.* | | |
| | **111 Cherry Valley Ave** | ☐ Contingent | | |
| | **PH 6** | ☐ Unliquidated | | |
| | **Garden City, NY 11530** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,390.00** | **$3,800.00** |
| | **Mati Oren** | *Check all that apply.* | | |
| | **265 E 66th St** | ☐ Contingent | | |
| | **Apt 31A** | ☐ Unliquidated | | |
| | **New York, NY 10065** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Melissa Rubin** | *Check all that apply.* | | |
| | **923 Eileen Terrace** | ☐ Contingent | | |
| | **Woodmere, NY 11598** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

Debtor    **New York Beach Club, Ltd.**                          Case number (if known) _____
          Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,225.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Meredith Simpson**
**158 Waverly Pl**
**Apt 4**
**New York, NY 10014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,145.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Meredith Sykes**
**9 Essex Ct**
**Port Washington, NY 11050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,907.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Michael Masri**
**19 Willis Ave**
**Mineola, NY 11501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,500.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Michael Merber**
**2 Saddle Brook Ct**
**Huntington Station, NY 11746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

Debtor **New York Beach Club, Ltd.**                                    Case number (if known) _____
　　　　　Name

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,675.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Michael Pakula**
**385 Heather Ln**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.120**

Priority creditor's name and mailing address
**Michelle Klahr**
**345 Eastwood Rd**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,150.00**   **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.121**

Priority creditor's name and mailing address
**Mina Ramos**
**60 Waverly Ave**
**East Rockaway, NY 11518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,440.00**   **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.122**

Priority creditor's name and mailing address
**Mindy Weiss**
**3352 Balsam St**
**Oceanside, NY 11572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,375.00**   **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

Debtor   **New York Beach Club, Ltd.**                                    Case number (if known) _____
_____
         Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,070.00** | **$3,800.00** |

**Mitchell Silbowitz**
**363 West Hills Rd**
**Huntington, NY 11743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |

**Myra Sherr**
**290 Willow Dr**
**Hewlett, NY 11557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,865.00** | **$3,800.00** |

**Nancy Fisher**
**393 Heather Ln**
**Hewlett, NY 11557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |

**Nancy Lynne**
**64 Nancy Blvd**
**Merrick, NY 11566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,290.00** | **$3,800.00** |
|---|---|---|---|---|

**Nassan Treitel**
**301 Linwood Ave**
**Cedarhurst, NY 11516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |
|---|---|---|---|---|

**Nicolas Pristina**
**192 Merritts Rd**
**Suite B330**
**Farmingdale, NY 11735**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,350.00** | **$3,800.00** |
|---|---|---|---|---|

**Pearl Greenfield**
**5 Huber Ct**
**Rockville Centre, NY 11570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,500.00** | **$3,800.00** |
|---|---|---|---|---|

**Peggy Grossman**
**2 Arthur Dr**
**East Rockaway, NY 11518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **New York Beach Club, Ltd.**                                    Case number (if known) _____
          Name

| | | | | |
|---|---|---|---|---|
| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |

| 2.131 | Priority creditor's name and mailing address<br>**Penina Kunstler**<br>**243 Spring St**<br>**Lawrence, NY 11559** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** | **$1,500.00** |

Date or dates debt was incurred            Basis for the claim:
                                           **Consumer Deposit - Membership**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                           ☐ Yes

---

| 2.132 | Priority creditor's name and mailing address<br>**Peter Banyasz**<br>**21903 Peck Ave**<br>**Queens Village, NY 11427** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,710.00** | **$3,800.00** |

Date or dates debt was incurred            Basis for the claim:
                                           **Consumer Deposit - Membership**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                           ☐ Yes

---

| 2.133 | Priority creditor's name and mailing address<br>**Peter Savitt**<br>**187 Flamingo St**<br>**Atlantic Beach, NY 11509** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** | **$1,500.00** |

Date or dates debt was incurred            Basis for the claim:
                                           **Consumer Deposit - Membership**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                           ☐ Yes

---

| 2.134 | Priority creditor's name and mailing address<br>**Philip Sivin**<br>**608 Ashwood Rd**<br>**Port Washington, NY 11050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,250.00** | **$3,800.00** |

Date or dates debt was incurred            Basis for the claim:
                                           **Consumer Deposit - Membership**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                           ☐ Yes

---

Debtor **New York Beach Club, Ltd.**                                 Case number (if known) _____
      _____
      Name

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |

2.135  Priority creditor's name and mailing address

**Phillip Snyder**
**61 Quebec Rd**
**Apt 20**
**Island Park, NY 11558**

As of the petition filing date, the claim is:                                        **$1,250.00**     **$1,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.136  Priority creditor's name and mailing address

**Phyllis Swick**
**6736 Kessel St**
**Forest Hills, NY 11375**

As of the petition filing date, the claim is:                                          **$500.00**       **$500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.137  Priority creditor's name and mailing address

**Rachel Berkin**
**4260 Crescent St**
**Apt 4B**
**Long Island City, NY 11101**

As of the petition filing date, the claim is:                                       **$13,905.00**    **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.138  Priority creditor's name and mailing address

**Rachel Rosenberg**
**270 Dolphin Dr**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:                                        **$2,340.00**     **$2,340.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **New York Beach Club, Ltd.**                              Case number (if known) _____
          Name

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,615.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Ramona Levy**
**27 Laurel Ln**
**Roslyn Heights, NY 11577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.140    Priority creditor's name and mailing address        As of the petition filing date, the claim is:        **$9,798.00**    **$3,800.00**
**Rebecca Okin**
**1067 Roselle Pl**
**Woodmere, NY 11598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.141    Priority creditor's name and mailing address        As of the petition filing date, the claim is:        **$3,150.00**    **$3,150.00**
**Richard Kaufman**
**25 Franklin Blvd**
**Apt 4G**
**Long Beach, NY 11561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.142    Priority creditor's name and mailing address        As of the petition filing date, the claim is:        **$8,100.00**    **$3,800.00**
**Richard Matier**
**55 Lenox Rd**
**Rockville Centre, NY 11570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
| | Name | | |

| 2.143 | Priority creditor's name and mailing address<br>**Risa Miller**<br>**200 Ocean Ave**<br>**Woodmere, NY 11598** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $1,500.00 |

| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.144 | Priority creditor's name and mailing address<br>**Ritu Siami**<br>**415 E 37th St**<br>**Apt 29F**<br>**New York, NY 10016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,100.00 | $3,800.00 |

| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.145 | Priority creditor's name and mailing address<br>**Robert Silverstein**<br>**100 Garvies Point Rd**<br>**Glen Cove, NY 11542** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,340.00 | $2,340.00 |

| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.146 | Priority creditor's name and mailing address<br>**Robin Fried**<br>**200 E 72nd St**<br>**Apt 20G**<br>**New York, NY 10021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,465.00 | $3,800.00 |

| | Date or dates debt was incurred | Basis for the claim:<br>**Consumer Deposit - Membership** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,700.00** | **$3,800.00** |
| --- | --- | --- | --- | --- |
| | **Robin Hoorwitz** | *Check all that apply.* | | |
| | **1634 Kent Dr** | ☐ Contingent | | |
| | **Hewlett, NY 11557** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,490.00** | **$3,800.00** |
| --- | --- | --- | --- | --- |
| | **Rochelle Weisstuch** | *Check all that apply.* | | |
| | **674 Carlyle St** | ☐ Contingent | | |
| | **Woodmere, NY 11598** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,850.00** | **$3,800.00** |
| --- | --- | --- | --- | --- |
| | **Rona Warhaftig** | *Check all that apply.* | | |
| | **6861 Yellowstone Blvd** | ☐ Contingent | | |
| | **Forest Hills, NY 11375** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
| --- | --- | --- | --- | --- |
| | **Ronni Reiburn** | *Check all that apply.* | | |
| | **6836 108th St** | ☐ Contingent | | |
| | **Apt B34** | ☐ Unliquidated | | |
| | **Forest Hills, NY 11375** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

Debtor     **New York Beach Club, Ltd.**                                   Case number (if known) _____
             Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,375.00** | **$3,800.00** |

Priority creditor's name and mailing address
**Ronnie Kaye**
**27110 Grand Central Pkwy**
**Apt 22L**
**Floral Park, NY 11005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.152   Priority creditor's name and mailing address
**Sallie Krass**
**200 E 64th St**
**Apt 7A**
**New York, NY 10065**

As of the petition filing date, the claim is:         **$12,645.00**   **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.153   Priority creditor's name and mailing address
**Samuel Francis**
**321 Roselle Ave**
**Cedarhurst, NY 11516**

As of the petition filing date, the claim is:         **$9,765.00**   **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.154   Priority creditor's name and mailing address
**Sandra Polak**
**400 E 90th St**
**Apt 21B**
**New York, NY 10128**

As of the petition filing date, the claim is:         **$9,945.00**   **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **New York Beach Club, Ltd.**                                    Case number (if known) _____
         Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,915.00 | $3,800.00 |

Priority creditor's name and mailing address
**Sarah Winter**
**616 W 137th St**
**Apt 5B**
**New York, NY 10031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.156 |

Priority creditor's name and mailing address
**Scott Kestenbaum**
**34 Eagle Chase**
**Woodbury, NY 11797**

As of the petition filing date, the claim is:    $11,610.00    $3,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.157 |

Priority creditor's name and mailing address
**Stacy Levine Ungar**
**197 Wavery Ave**
**East Rockaway, NY 11518**

As of the petition filing date, the claim is:    $5,895.00    $3,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.158 |

Priority creditor's name and mailing address
**Stephanie Factor**
**615 W 138th St**
**New York, NY 10031**

As of the petition filing date, the claim is:    $5,868.00    $3,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

Debtor __**New York Beach Club, Ltd.**_____    Case number (if known) _____
       Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Stephanie Paulino**
**80 Banks Ave**
**#2307**
**Rockville Centre, NY 11570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,850.00 | $3,800.00 |
|---|---|---|---|---|

**Stephanie Sims**
**6 Falcon Rd**
**Roslyn, NY 11576**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,895.00 | $3,800.00 |
|---|---|---|---|---|

**Steven Eliades**
**1589 Second Ave**
**Apt 4S**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,280.00 | $3,800.00 |
|---|---|---|---|---|

**Steven Klein**
**298 Linwood Ave**
**Cedarhurst, NY 11516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **New York Beach Club, Ltd.**                                     Case number (if known) _____
                    Name

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,695.00** | **$3,800.00** |

2.163  Priority creditor's name and mailing address
**Stuart Ain**
**10 Kent Dr**
**Hewlett, NY 11557**

As of the petition filing date, the claim is:    $7,695.00    $3,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.164  Priority creditor's name and mailing address
**Susan Jaffe**
**200 W 86th St**
**Apt 4B**
**New York, NY 10024**

As of the petition filing date, the claim is:    $16,200.00    $3,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.165  Priority creditor's name and mailing address
**Susan Korngold**
**33 Piper Dr**
**Albertson, NY 11507**

As of the petition filing date, the claim is:    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.166  Priority creditor's name and mailing address
**Susan Morganlander**
**26 Herrick Dr**
**Lawrence, NY 11559**

As of the petition filing date, the claim is:    $1,500.00    $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

Debtor    **New York Beach Club, Ltd.**                                    Case number (if known) _____
          Name

| | | |
|---|---|---|

2.167   Priority creditor's name and mailing address    As of the petition filing date, the claim is:                **$12,645.00**    **$3,800.00**
**Susan Weber**                                          *Check all that apply.*
**78 Burton Ave**                                        ☐ Contingent
**Woodmere, NY 11598**                                   ☐ Unliquidated
                                                         ☐ Disputed

_____                          Basis for the claim:
Date or dates debt was incurred                          **Consumer Deposit - Membership**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                                         ☐ Yes

---

2.168   Priority creditor's name and mailing address    As of the petition filing date, the claim is:                **$11,520.00**    **$3,800.00**
**Suzy Reingold**                                        *Check all that apply.*
**322 W 57th St**                                        ☐ Contingent
**Apt 33F**                                              ☐ Unliquidated
**New York, NY 10019**                                   ☐ Disputed

_____                          Basis for the claim:
Date or dates debt was incurred                          **Consumer Deposit - Membership**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                                         ☐ Yes

---

2.169   Priority creditor's name and mailing address    As of the petition filing date, the claim is:                **$16,200.00**    **$3,800.00**
**Tammy Lifschutz**                                      *Check all that apply.*
**111 Cedar Ave**                                        ☐ Contingent
**Hewlett, NY 11557**                                    ☐ Unliquidated
                                                         ☐ Disputed

_____                          Basis for the claim:
Date or dates debt was incurred                          **Consumer Deposit - Membership**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                                         ☐ Yes

---

2.170   Priority creditor's name and mailing address    As of the petition filing date, the claim is:                **$0.00**    **$0.00**
**Tara Kahn**                                            *Check all that apply.*
**90 Dart St**                                           ☐ Contingent
**East Rockaway, NY 11518**                              ☐ Unliquidated
                                                         ☐ Disputed

_____                          Basis for the claim:
Date or dates debt was incurred                          **Consumer Deposit - Membership**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                                         ☐ Yes

---

Debtor  **New York Beach Club, Ltd.**                                  Case number (if known) _____
        <span style="font-size:smaller">Name</span>

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.171  Priority creditor's name and mailing address
       **Tobi Held**
       **3029 NE 188th St**
       **Miami, FL 33180**

As of the petition filing date, the claim is:     **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.172  Priority creditor's name and mailing address
       **Tobi Weinstein**
       **100 Baker Ct**
       **Unit 114**
       **Island Park, NY 11558**

As of the petition filing date, the claim is:     **$4,635.00**     **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.173  Priority creditor's name and mailing address
       **Wendi Tush**
       **200 East End Ave**
       **Apt 4M**
       **New York, NY 10128**

As of the petition filing date, the claim is:     **$9,225.00**     **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.174  Priority creditor's name and mailing address
       **Yael Shemtov**
       **28 Valley Ln**
       **Valley Stream, NY 11581**

As of the petition filing date, the claim is:     **$12,420.00**     **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **New York Beach Club, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,850.00** | **$3,800.00** |
|---|---|---|---|---|

**Yosef Dlugacz**
**1071 Fordham Ln**
**Woodmere, NY 11598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Consumer Deposit - Membership**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,849.64** |
|---|---|---|---|

**Berkman Henoch**
**400 Garden City Plaza**
**Suitge 320**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal fees**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,681.85** |
|---|---|---|---|

**Block Inc**
**1955 Broadway**
**Suite 600**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Bluevine Capital Inc.**
**401 Warren St**
**Suite 300**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,934,271.93** |
|---|---|---|---|

**Carver Federal Savings Ba**
**1825 Park Ave**
**12th Floor**
**New York, NY 10027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guarantee of Mortgage**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel J Slatz Esq**
**Goldberg Weprin Finkel Go**
**125 Park Avenue 12th Floo**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **New York Beach Club, Ltd.**                                      Case number (if known) _____
                 Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,633.15** |

**Driscoll Foods**
**6 Westbelt**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,861.74** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **taxes**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |

**JG Bookkeeping**
**PO Box 129**
**Gilroy, CA 95021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **professional fees**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,528.00** |

**Lewis Brisbios**
**250 Greenwich St**
**11th Floor**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal fees**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,165.93** |

**Liberty Water**
**60 Brooklyn Ave**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Micahel Sepe Esq**
**41 Front Street**
**2nd Floor**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,753.21** |

**National Grid**
**2 Hanson Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No   ☐ Yes

Debtor **New York Beach Club, Ltd.**　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,243.44** |

**National Grid**
**2 Hanson Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000,000.00** |

**Newtek Small Business Fin**
**1981 Marcus Ave Ste 130**
**New Hyde Park, NY 11042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **guarantee of mortgage debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$575.51** |

**NYS Dept Labor**
**Bldg 12**
**WA Harriman Campus**
**Albany, NY 12226**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,519.85** |

**NYS Dept Tax**
**PO Box 5300**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,285.50** |

**NYS Dept Tax**
**PO Box 5300**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,440,000.00** |

**Ocean Blvd LLC**
**1751 Ocean Blvd**
**Atlantic Beach, NY 11509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,441.96** |

**Open Table**
**One Montgomery St**
**Ste 500**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **New York Beach Club, Ltd.**                                      Case number (if known) _____
         Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$304.77** |
|---|---|---|---|

**Optimum Business**
**1111 Stewart Ave**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$974.02** |
|---|---|---|---|

**Optimum Business**
**1111 Stewart Ave**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,616.74** |
|---|---|---|---|

**PSEGLI**
**PO Box 888**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$930.05** |
|---|---|---|---|

**PSEGLI**
**PO Box 888**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,689.61** |
|---|---|---|---|

**PSEGLI**
**PO Box 888**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard M Levy Esq.**
**2448 Merrick Ave**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,992.51** |
|---|---|---|---|

**United Public Adjusters**
**150 Broadhollow Rd**
**Suite 213**
**q**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **New York Beach Club, Ltd.**                                Case number (if known) _____
                    Name

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,685.52** |

**Winter Bros**
**120 Nancy St**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **services**

Is the claim subject to offset? ■ No   ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Chartwell Law**<br>**One Battery Park Plaza**<br>**Suite 710**<br>**New York, NY 10004** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cullen & Dykman LLP**<br>**333 Earle Ovington Blvd**<br>**34th Floor**<br>**Uniondale, NY 11553** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,590,354.48 |
| **5b. Total claims from Part 2** | 5b. + | $ 15,677,004.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 17,267,359.41 |

---

**Fill in this information to identify the case:**

Debtor name    **New York Beach Club, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Lease for non residential real property** | |
| State the term remaining  **12 years** | **Ocean Blvd LLC**<br>**1751 Ocean Blvd**<br>**Atlantic Beach, NY 11509** |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Purchase** | |
| State the term remaining | **Rotailiffa Corp**<br>**c/o Andew Spodek**<br>**75 Columbia Ave** |
| List the contract number of any government contract | **NY 11515** |

**Fill in this information to identify the case:**

Debtor name    **New York Beach Club, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alexander V Jacobson** | | **Carver Federal Savings Ba** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.2 | **Jacobson Realty, Ltd.** | | **Newtek Small Business Fin** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.3 | **Lakewood Ranch Estates LL** | | **Newtek Small Business Fin** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.4 | **New York Equestrian Cente** | | **Newtek Small Business Fin** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.5 | **Ocean Blvd LLC** | | **Carver Federal Savings Ba** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

Official Form 206H                          Schedule H: Your Codebtors                          Page 1 of 2

| Debtor | **New York Beach Club, Ltd.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

**Fill in this information to identify the case:**

Debtor name      **New York Beach Club, Ltd.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,689,386.00** |
   | **For the fiscal year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,660,750.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor   **New York Beach Club, Ltd.**                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Carver Federal Savings Bank v New York Beach Club, Ltd. et al** **605303/2024** | **Foreclosure** | **Supreme Court Nassau County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Newtek Small Business Finance, LLC v. New York Equestrian Center, Ltd; Lakewood Ranch Estates LLC; Ocean Blvd., LLC; New York Beach Club. Ltd.; Jacobson Realty, Ltd.** **606852/2025** | **Breach of Contract** | **Supreme Court Nassau County** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **New York Beach Club, Ltd.**                    Case number *(if known)* _____

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Carver Federal Savings Ba**<br>**1825 Park Ave**<br>**12th Floor**<br>**New York, NY 10027** | **All Accounts** | **$750,000.00** |
| | **Case title**<br>**Carver Federal Savings Bank v. Ocean Bea** | **Court name and address**<br>**Supreme Court - Nassau**<br>**County** |
| | **Case number**<br>**605303/2024** | |
| | **Date of order or assignment**<br>**1/9/2026** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Kantrow Law Group PLLC**<br>**732 Smithtown Bypass**<br>**Suite 101**<br>**Smithtown, NY 11787** | | **1/20/26** | **$18,476.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor   **New York Beach Club, Ltd.**   Case number *(if known)*

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **New York Beach Club, Ltd.**    Case number *(if known)*

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor **New York Beach Club, Ltd.**                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **New York Beach Club, Ltd.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alexander Jacobson** | | **President and sole shareholder** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■  No
    ☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■  No
    ☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■  No
    ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■  No
    ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 10, 2026**

**/s/ Alexander Jacobson**                              **Alexander Jacobson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of New York

In re    **New York Beach Club, Ltd.**                                          Case No.
                                                    Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept                                  $

Prior to the filing of this statement I have received                        $

Balance Due                                                                  $

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of       $          **18,476.00**

The undersigned shall bill against the retainer at an hourly rate of         $          **655.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [List other services that counsel has agreed to provide]
     **All services in chapter 11**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re  **New York Beach Club, Ltd.**                                    Case No.  _____
                                    Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| **CERTIFICATION** |
| --- |
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **February 10, 2026** | **/s/ Fred S. Kantrow** |
| --- | --- |
| *Date* | **Fred S. Kantrow** |
| | *Signature of Attorney* |
| | **The Kantrow Law Group, PLLC** |
| | **732 Smithtown Bypass** |
| | **Suite 101** |
| | **Smithtown, NY 11787** |
| | **516 703 3672** |
| | **fkantrow@thekantrowlawgroup.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
### Eastern District of New York

In re    **New York Beach Club, Ltd.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Alexander Jacobson** | | **100** | **Sole Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 10, 2026**

Signature **/s/ Alexander Jacobson**

**Alexander Jacobson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re     **New York Beach Club, Ltd.**                                                      Case No.     _____

                                        Debtor(s)              Chapter     **11**     _____

# VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:     **February 10, 2026**                    **/s/ Alexander Jacobson**

                                              **Alexander Jacobson**/**President**
                                              Signer/Title

Date:     **February 10, 2026**                    **/s/ Fred S. Kantrow**

                                              Signature of Attorney
                                              **Fred S. Kantrow**
                                              **The Kantrow Law Group, PLLC**
                                              **732 Smithtown Bypass**
                                              **Suite 101**
                                              **Smithtown, NY 11787**
                                              **516 703 3672**

USBC-44                                                                                        Rev. 9/17/98

Abigail Wile
230 Riverside Dr
Apt 19D
NY 10015


Agnes Fitzmaurice
229 E 84th St
New York, NY 10028


Alexander V Jacobson


Alyse Levin
130 Everit ave
Hewlett, NY 11557


Andrew Goldberg
247 W 87th St
Apt 5B
New York, NY 10024


Anna Wilson
2 Deering Ln
East Rockaway, NY 11518


Anne McAvey
84 Demott Ave
Rockville Centre, NY 11570


Anthony Scardino
891 Keene Ln
Woodmere, NY 11598


Arnold Berkins
523 Hazel Dr
Woodmere, NY 11598


Avi Taitz
353 Leroy Ave
Cedarhurst, NY 11516


Barbara Sklar
89 Durland Rd
Lynbrook, NY 11563

Baruch Glaubach
150 Albro Ln
Lawrence, NY 11559


Berkman Henoch
400 Garden City Plaza
Suitge 320
Garden City, NY 11530


Beth Gessner
2 Acorn Rd
East Rockaway, NY 11518


Beth Goldklang
3714 Oceanside Rd
Oceanside, NY 11572


Betsy McCormack
2 Glenwood Rd
Scarsdale, NY 10583


Block Inc
1955 Broadway
Suite 600
Oakland, CA 94612


Bluevine Capital Inc.
401 Warren St
Suite 300
Redwood City, CA 94063


Brian Hirshman
260 Central Ave
Lawrence, NY 11559


Bruce Bergman
12 Hawthorne Ln
Lawrence, NY 11559


Bruce Sobel
14 Berkshire Rd
Rockville Centre, NY 11570

Cariann Perretta
119 Regent Dr
Long Beach, NY 11561


Carver Federal Savings Ba
1825 Park Ave
12th Floor
New York, NY 10027


Cesare Puleo
2 Whittier Ave
Merrick, NY 11566


Chartwell Law
One Battery Park Plaza
Suite 710
New York, NY 10004


Chin Achebe
2283 E 19th St
Brooklyn, NY 11229


Christine Ford
4322 Queens St
Long Island City, NY 11101


Christine Pearson
5738 244th St
Little Neck, NY 11362


Christopher Snell
15 Darby Rd
Rockville Centre, NY 11570


Cullen & Dykman LLP
333 Earle Ovington Blvd
34th Floor
Uniondale, NY 11553


Cyndi Rosenthal
4 White Pine
Great Neck, NY 11023

Dale Pozzi
65 W 55th St
Apt 7A
New York, NY 10019


Dana Bassiur
1980 Bay Blvd
Atlantic Beach, NY 11509


Daniel Gross
300 E 56th St
Apt 9A
New York, NY 10022


Daniel J Slatz Esq
Goldberg Weprin Finkel Go
125 Park Avenue 12th Floo
New York, NY 10017


David Greenberg
49 Arnold Ave
Closter, NJ 07624


David Kirsch
42 Rose Lane
East Rockaway, NY 11518


David Mandel
36 Brook Rd
Valley Stream, NY 11581


David Traub
415 E 54th St
Apt 7A
New York, NY 10022


Deanna Marcellino
1801 Grand Ave
East Meadow, NY 11554


Denise King
93 Minnesota Ave
Long Beach, NY 11561

Diane Neufeld
3351 Balsam St
Oceanside, NY 11572


Diane Patrone
420 E 23rd St
Apt 6A
New York, NY 10010


Donna London
444 E 82nd St
Apt 14R
New York, NY 10128


Donna Viemeister
16 Norwich Ave
Lynbrook, NY 11563


Douglas Lancey
37 Cardinal Dr
Roslyn, NY 11576


Driscoll Foods
6 Westbelt
Wayne, NJ 07470


Elaine Stein
766 Broadway
Woodmere, NY 11598


Elisa Frischling
9 Greenbriar Ln
Port Washington, NY 11050


Ellen Kroll
405 E 63rd St
Apt 9D
New York, NY 10065


Emily Rosenberg
120 E 87th St
Apt 18B
New York, NY 10128

Felice Margolis
442 Freeman Ave
Oceanside, NY 11572


Felicia Solomon
269 Blackheath Rd
Long Beach, NY 11561


Fern Zipkin
370 Everit Ave
Hewlett, NY 11557


Frank Alfano
28 Edgewort St
Valley Stream, NY 11581


Freddi Kadden
500 East Shore Rd
Great Neck, NY 11024


Gail Alazraki
2976 Harvey Ave
Oceanside, NY 11572


Gail Bassett
535 E 86th St
Apt 6J
New York, NY 10028


Gail Klein
612 Hungry Harbor Rd
Valley Stream, NY 11581


Gail Rosen
676 Arbuckle Ave
Woodmere, NY 11598


Garrett Gray
522 Edward Ave
Woodmere, NY 11598

Gary Barsky
3800 Illona Ave
Oceanside, NY 11572


Gayle Wilk
199 Richards St
Hewlett, NY 11557


Gerry Bass
444 Faller St
Oceanside, NY 11572


Gideon Etra
345 E 69th St
Apt 7H
New York, NY 10021


Glen Berman
9920 Juniper Hill Rd
Rockville, MD 20850


Hillary Estner
91 Carman Ave
Woodmere, NY 11598


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Irwin Kishner
35 Stratton Rd
Scarsdale, NY 10583


Jacobson Realty, Ltd.


Jacqui Fein
10 Montclair Rd
Plainview, NY 11803


James Ballow
71 Webster St
Lynbrook, NY 11563

Jamie Siegelman
958 Allen Ave
Woodmere, NY 11598

Janet Arbeiter
696 East Park Court
Valley Stream, NY 11581

Jeffrey Ezratty
256 Grand Blvd
Long Beach, NY 11561

Jennifer Ross
24 Talfor Rd
East Rockaway, NY 11518

Jennifer Rudish
345 E 64th St
Apt 9E
New York, NY 10065

Jenny Hubner
42 North Willow St
Montclair, NJ 07042

Jeremy Friedman
200 E 57th St
Apt 19B
New York, NY 10022

JG Bookkeeping
PO Box 129
Gilroy, CA 95021

Jill Drachman
45 Rose Ln
East Rockaway, NY 11518

Jill Epstein
205 Warren St
Apt 1B
Brooklyn, NY 11201

Jill Halpern
2 Canterbury Ln
Roslyn Heights, NY 11577


Joan Schaeffer
11 Payne Circle
Hewlett, NY 11557


Joanne Levine
385 Church Ave
Cedarhurst, NY 11516


Jonathan Kurz
1328 Harbor Rd
Hewlett, NY 11557


Jonathan Wolfsohn
9 Walnut Rd
East Rockaway, NY 11518


Josef Mayar
26 Richard Ct
Plainview, NY 11803


Joseph Vecchio
27 W 55th St
PH102
New York, NY 10019


Joshua Jacobs
580 Kensington Pl
Cedarhurst, NY 11516


Julie Herman
6939 Yellowstone Blvd
Forest Hills, NY 11375


Julie Schreieber
11 Roosevelt St
Garden City, NY 11530

Karen Goldberg
24 Edna Ct
Valley Stream, NY 11580


Karen Lipton
130 Broadway
Rockville Centre, NY 11570


Karen Vorschirm
179 E 70th St
Apt 6B
New York, NY 10021


Karen Weinberg
40 Park Ave
Apt 3H
New York, NY 10016


Karina Khafizova
8008 135th St
Apt 419
Jamaica, NY 11435


Kenny Lam
960 Corporate Dr
Westbury, NY 11590


Lakewood Ranch Estates LL


Larry McGoldrick
5 Cornell Place
East Rockaway, NY 11518


Laura Gilbert
200 Rector Pl
New York, NY 10280


Laura Grandhi
70 E 10th St
Apt 4J
New York, NY 10003

Lauren Disalle
138 Woodmere Blvd
Woodmere, NY 11598


Lauren Katz
38 Rose Ln
East Rockaway, NY 11518


Lauren Mirkin
1309 Everit Pl
Hewlett, NY 11557


Lauren Schulz
424 West End Ave
New York, NY 10029


Leslie Berkman
1111 The Plaza
Tenafly, NJ 07670


Lewis Brisbios
250 Greenwich St
11th Floor
New York, NY 10007


Liberty Water
60 Brooklyn Ave
Merrick, NY 11566


Linda Weiss
11 Fifth Ave
New York, NY 10003


Lisa Berg
200 E 62nd St
Apt 11D
New York, NY 10065


Lisa Rabinovich
73 Holly Ln
Roslyn Heights, NY 11577

Lisa Rabinowitz
19 W Loines Ave
Merrick, NY 11566


Lois Gelfond
887 Carol Ct
Woodmere, NY 11598


Loretta Hatch
1027 Shelburne Dr
Franklin Square, NY 11010


Lori Altman
3016 Brower Ave
Oceanside, NY 11572


Lori Feinerman
10 Grenfell Dr
Great Neck, NY 11020


Lorraine Berman
1470 Hewlett Ave
Hewlett, NY 11557-1510


Louise Hochberg
7 Horseshoe Ln
Great Neck, NY 11020


Lynn Stecklow
12600 Via Ravenna
Boynton Beach, FL 33436


Marc Altheim
10 Lake Road
Great Neck, NY 11020-1313


Marcie Tankel
604 Hook St
Valley Stream, NY 11581


Maria Sheflin
2867 Beach Dr
Merrick, NY 11566

Maria Vainer
795 E 19th St
Brooklyn, NY 11230


Mariam Lynch
191 Voorhis Ave
Rockville Centre, NY 11570


Mark Fragner
665 Colfax Pl
Valley Stream, NY 11581-3005


Mark Molbegat
111 Cherry Valley Ave
PH 6
Garden City, NY 11530


Mati Oren
265 E 66th St
Apt 31A
New York, NY 10065


Melissa Rubin
923 Eileen Terrace
Woodmere, NY 11598


Meredith Simpson
158 Waverly Pl
Apt 4
New York, NY 10014


Meredith Sykes
9 Essex Ct
Port Washington, NY 11050


Micahel Sepe Esq
41 Front Street
2nd Floor
Rockville Centre, NY 11570


Michael Masri
19 Willis Ave
Mineola, NY 11501

Michael Merber
2 Saddle Brook Ct
Huntington Station, NY 11746


Michael Pakula
385 Heather Ln
Woodmere, NY 11598


Michelle Klahr
345 Eastwood Rd
Woodmere, NY 11598


Mina Ramos
60 Waverly Ave
East Rockaway, NY 11518


Mindy Weiss
3352 Balsam St
Oceanside, NY 11572


Mitchell Silbowitz
363 West Hills Rd
Huntington, NY 11743


Myra Sherr
290 Willow Dr
Hewlett, NY 11557


Nancy Fisher
393 Heather Ln
Hewlett, NY 11557


Nancy Lynne
64 Nancy Blvd
Merrick, NY 11566


Nassan Treitel
301 Linwood Ave
Cedarhurst, NY 11516


National Grid
2 Hanson Place
Brooklyn, NY 11217

```
National Grid
2 Hanson Place
Brooklyn, NY 11217


New York Equestrian Cente


Newtek Small Business Fin
1981 Marcus Ave Ste 130
New Hyde Park, NY 11042


Nicolas Pristina
192 Merritts Rd
Suite B330
Farmingdale, NY 11735


NYS Dept Labor
Bldg 12
WA Harriman Campus
Albany, NY 12226


NYS Dept Tax
PO Box 5300
Albany, NY 12205


NYS Dept Tax
PO Box 5300
Albany, NY 12205


Ocean Blvd LLC
1751 Ocean Blvd
Atlantic Beach, NY 11509


Ocean Blvd LLC
1751 Ocean Blvd
Atlantic Beach, NY 11509


Ocean Blvd LLC


Open Table
One Montgomery St
Ste 500
San Francisco, CA 94104
```

Optimum Business
1111 Stewart Ave
Bethpage, NY 11714


Optimum Business
1111 Stewart Ave
Bethpage, NY 11714


Pearl Greenfield
5 Huber Ct
Rockville Centre, NY 11570


Peggy Grossman
2 Arthur Dr
East Rockaway, NY 11518


Penina Kunstler
243 Spring St
Lawrence, NY 11559


Peter Banyasz
21903 Peck Ave
Queens Village, NY 11427


Peter Savitt
187 Flamingo St
Atlantic Beach, NY 11509


Philip Sivin
608 Ashwood Rd
Port Washington, NY 11050


Phillip Snyder
61 Quebec Rd
Apt 20
Island Park, NY 11558


Phyllis Swick
6736 Kessel St
Forest Hills, NY 11375

```
PSEGLI
PO Box 888
Hicksville, NY 11802


PSEGLI
PO Box 888
Hicksville, NY 11802


PSEGLI
PO Box 888
Hicksville, NY 11802


Rachel Berkin
4260 Crescent St
Apt 4B
Long Island City, NY 11101


Rachel Rosenberg
270 Dolphin Dr
Woodmere, NY 11598


Ramona Levy
27 Laurel Ln
Roslyn Heights, NY 11577


Rebecca Okin
1067 Roselle Pl
Woodmere, NY 11598


Richard Kaufman
25 Franklin Blvd
Apt 4G
Long Beach, NY 11561


Richard M Levy Esq.
2448 Merrick Ave
Merrick, NY 11566


Richard Matier
55 Lenox Rd
Rockville Centre, NY 11570
```

Risa Miller
200 Ocean Ave
Woodmere, NY 11598


Ritu Siami
415 E 37th St
Apt 29F
New York, NY 10016


Robert Silverstein
100 Garvies Point Rd
Glen Cove, NY 11542


Robin Fried
200 E 72nd St
Apt 20G
New York, NY 10021


Robin Hoorwitz
1634 Kent Dr
Hewlett, NY 11557


Rochelle Weisstuch
674 Carlyle St
Woodmere, NY 11598


Rona Warhaftig
6861 Yellowstone Blvd
Forest Hills, NY 11375


Ronni Reiburn
6836 108th St
Apt B34
Forest Hills, NY 11375


Ronnie Kaye
27110 Grand Central Pkwy
Apt 22L
Floral Park, NY 11005


Rotailiffa Corp
c/o Andew Spodek
75 Columbia Ave
NY 11515

Sallie Krass
200 E 64th St
Apt 7A
New York, NY 10065


Samuel Francis
321 Roselle Ave
Cedarhurst, NY 11516


Sandra Polak
400 E 90th St
Apt 21B
New York, NY 10128


Sarah Winter
616 W 137th St
Apt 5B
New York, NY 10031


Scott Kestenbaum
34 Eagle Chase
Woodbury, NY 11797


Stacy Levine Ungar
197 Wavery Ave
East Rockaway, NY 11518


Stephanie Factor
615 W 138th St
New York, NY 10031


Stephanie Paulino
80 Banks Ave
#2307
Rockville Centre, NY 11570


Stephanie Sims
6 Falcon Rd
Roslyn, NY 11576


Steven Eliades
1589 Second Ave
Apt 4S
New York, NY 10028

Steven Klein
298 Linwood Ave
Cedarhurst, NY 11516


Stuart Ain
10 Kent Dr
Hewlett, NY 11557


Susan Jaffe
200 W 86th St
Apt 4B
New York, NY 10024


Susan Korngold
33 Piper Dr
Albertson, NY 11507


Susan Morganlander
26 Herrick Dr
Lawrence, NY 11559


Susan Weber
78 Burton Ave
Woodmere, NY 11598


Suzy Reingold
322 W 57th St
Apt 33F
New York, NY 10019


Tammy Lifschutz
111 Cedar Ave
Hewlett, NY 11557


Tara Kahn
90 Dart St
East Rockaway, NY 11518


Tobi Held
3029 NE 188th St
Miami, FL 33180

Tobi Weinstein
100 Baker Ct
Unit 114
Island Park, NY 11558


United Public Adjusters
150 Broadhollow Rd
Suite 213
q
Melville, NY 11747


Wendi Tush
200 East End Ave
Apt 4M
New York, NY 10128


Winter Bros
120 Nancy St
West Babylon, NY 11704


Yael Shemtov
28 Valley Ln
Valley Stream, NY 11581


Yosef Dlugacz
1071 Fordham Ln
Woodmere, NY 11598

# United States Bankruptcy Court
## Eastern District of New York

In re  __New York Beach Club, Ltd.__                                   Case No. _____

                                        Debtor(s)          Chapter  __11_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __New York Beach Club, Ltd.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 10, 2026__                    __/s/ Fred S. Kantrow__

Date                                     __Fred S. Kantrow__

                                         Signature of Attorney or Litigant
                                         Counsel for  __New York Beach Club, Ltd.__
                                         __The Kantrow Law Group, PLLC__
                                         __732 Smithtown Bypass__
                                         __Suite 101__
                                         __Smithtown, NY 11787__
                                         __516 703 3672__
                                         __fkantrow@thekantrowlawgroup.com__

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):**  New York Beach Club, Ltd.                    **CASE NO.:**. _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:      JUDGE:      DISTRICT/DIVISION:

CASE STILL PENDING (Y/N):   **Y**      [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE: **Pending** _____
                       (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.: **21-70087**  JUDGE: **Scarcella**  DISTRICT/DIVISION: **EDNY**

DEBTOR NAME:  **Jacobson Development Group, LLC**

CASE STILL PENDING (Y/N):   **Y**      [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE:  _____
                       (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Common Members** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____      [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

 CURRENT STATUS OF RELATED CASE: _____
                                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Fred S. Kantrow**
_____
**Fred S. Kantrow**
Signature of Debtor's Attorney
**The Kantrow Law Group, PLLC**
**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
**516 703 3672**

_____

Signature of Pro Se Debtor/Petitioner

_____

Signature of Pro Se Joint Debtor/Petitioner

_____

Mailing Address of Debtor/Petitioner

_____

City, State, Zip Code

_____

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.