**RESOLUTION OF THE BOARD OF DIRECTORS**
**OF NEW YORK BEACH CLUB, LTD.**

A special meeting of the Board of Directors of the above corporation was held on February 9, 2026, via telephone conference, at 732 Smithtown Bypass Suite 101, Smithtown, NY 11787.

Alexander Jacobson, President, being present, either physically or telephonically, the meeting was called to order. The President advised all of the officers present and requested that the company file a petition pursuant to chapter 11 of the Bankruptcy Code. Upon motion duly made, seconded and unanimously carried, it was

RESOLVED that the company be and hereby is authorized to execute and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED that NEW YORK BEACH CLUB, LTD., be and hereby is authorized to retain THE KANTROW LAW GROUP, PLLC, to represent it in connection with such proceedings; and it is further

RESOLVED that Alexander Jacobson, President, be and hereby is authorized to execute and file on behalf of the company, a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED that THE KANTROW LAW GROUP, PLLC, be and hereby is retained to act on behalf of the company in connection with such proceeding, subject to further Order of the Court.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the same was adjourned.

Dated: February 9, 2026

S/Alexander Jacobson
Alexander Jacobson, President