UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                    :
In re:                                              :        Chapter 11
                                                    :
NEW YORK BEACH CLUB LTD.,                            :        Case No.26-70576 (LAS)
                                                    :
            Debtor.                                 :        **DECLARATION OF**
                                                    :        **MATTHEW G. ROSEMAN IN**
                                                    :        **SUPPORT OF MOTION**
---------------------------------------------------------------------x

Matthew G. Roseman, hereby declares under penalty of perjury as follows:

1.      I am a partner in the law firm of Cullen and Dykman LLP, counsel to Carver Federal Savings Bank ("**Lender**" and/or "**Carver**"). I am fully familiar with the facts and circumstances set forth herein. This declaration is based upon my own knowledge, and my review of the documents in Cullen and Dykman's files, the pleadings filed in this chapter 11 bankruptcy case, and the pleadings filed in the underlying foreclosure action.

2.      I make this declaration in support of Lender's motion (A) (I) to appoint a Chapter 11 trustee in the above-captioned Debtor's case or, alternatively, (II) to convert the Debtor's case to one under Chapter 7 of the Bankruptcy Code or, alternatively (III) to vacate the automatic stay and excuse the substitute receiver's compliance with section 543 of the Bankruptcy Code ("**Motion**")[1] and in limited opposition to the Debtors motion to use cash collateral (ECF No. 11).

3.      A true and correct copy of the *Affimation of Alexander Jacobson* and *Affirmation and Memorandum of Law in Support of Defendant's Order to Show Cause* is annexed hereto as **Exhibit 1**.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

35479534.v3

4.      A true and correct copy of the *Short Form Order* in the Foreclosure Action entered December 26, 2024 ("**Short Form Order**") is annexed hereto as **Exhibit 2**.

5.      A true and correct copy of the Order in the Foreclosure Action entered on June 16, 2025 ("**June 16, 2025 Order**") is annexed hereto as **Exhibit 3**.

6.      A true and correct copy of the letter dated July 22, 2025 is annexed hereto as **Exhibit 4**.

7.      A true and correct copy of the so-ordered transcript (the "**So-Ordered Transcript**") from the August 27, 2025 hearing ("**August 2025 Hearing**") is annexed hereto as **Exhibit 5**.

8.      A true and correct copy of the *Decision & Order* in the Foreclosure Action dated October 28, 2025 and entered October 29, 2025 and *Order Granting Summary Judgment, Default Judgment, Order of Reference and Amendment of Caption* dated October 28, 2025 (together, the "**Order of Reference**") is annexed hereto as **Exhibit 6**.

9.      On or about January 15, 2026, the court in the Foreclosure Action entered *Order Appointing a Temporary Receiver* ("**Receiver Order**") appointing Michael Sepe as receiver ("**Receiver**") for the Mortgaged Property.  A true and correct copy of the Receiver Order is annexed hereto as **Exhibit 7**.

10.      A true and correct copy of the Referee's Oath and Report is annexed hereto as **Exhibit 8**.

11.      A true and correct copy of the Receivers motion to hold the Debtors and Jacobson in Civil and Criminal Contempt is annexed hereto as **Exhibit 9**.

12.      A true and correct copy of the so-ordered transcript dated January 9, 2026 ("**January 2026 So-Ordered Transcript**") is annexed hereto as **Exhibit 10**.

35479534.v3

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

State of New York that the foregoing is true and correct.

Dated: Uniondale, New York
February 23, 2026

                                     */s/ Matthew G. Roseman*
                                       Matthew G. Roseman

35479534.v3