UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                        :
In re:                                                  :         Chapter 11
                                                        :
NEW YORK BEACH CLUB LTD.,                                :         Case No. 26-70576 (LAS)
                                                        :
                        Debtor.                         :         **AFFIDAVIT OF PATRICK**
                                                        :         **DOULIN IN SUPPORT OF**
                                                        :         **MOTION**
------------------------------------------------------------------x

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK   )

Patrick Doulin, being duly sworn, deposes and says:

1.      I am Senior Vice President and Chief Credit Officer of Carver Federal Savings Bank ("**Lender**" and/or "**Carver**"), and the authorized representative charged with overseeing the loan file as it relates to the above-captioned Debtor.

2.      I am fully familiar with the facts contained herein, know the same to be true to the best of my knowledge, information, and belief.  Further, I have personal knowledge of the books and records of Lender pertaining to the loans described herein, maintained in the ordinary course of Lender's business, as well as Lender's practices pertaining to the subject loans.

3.      I respectfully submit this affidavit in support of Lender's motion (A) (I) to appoint a Chapter 11 trustee in the above-captioned Debtors' case or, alternatively, (II) to convert the Debtor's case to one under Chapter 7 of the Bankruptcy Code or, alternatively (III) to vacate the automatic stay and excuse the Receiver's compliance with 11 U.S.C. § 543 (the "**Motion**") and in limited opposition to the Debtors' Motion to use Cash Collateral [ECF No. 11].

CLIENTS\143\188\35479533.v3-2/23/26

## THE LOAN DOCUMENTS

### Loan A

1.      On or about March 31, 2022, Lender made a loan to New York Beach Club Ltd. ("**NYBC**") and Ocean Blvd., LLC ("**Ocean**", and together with NYBC, the "**Debtors**") in the original principal amount of Seven Million Two Hundred Seventy-Five Thousand and 00/100 Dollars ($7,275,000.00) ("**Loan A**").

2.      To evidence its indebtedness under Loan A, on or about March 31, 2022, the Debtors for value received, executed, acknowledged and delivered to the Lender, a *Consolidated, Amended and Restated Promissory Note* ("**Loan A Note**"), in the original principal amount of Seven Million Two Hundred Seventy-Five Thousand and 00/100 Dollars ($7,275,000.00) with interest thereon at the rates therein provided, and promised to pay said amount plus interest thereon to Lender.  A true and correct copy of the Loan A Note is attached as **Exhibit A**.

3.      The Loan A Note, *inter alia*, consolidates, extends, modifies and restates in their entirety a certain Gap Note (as defined below), as well as certain prior notes as described therein.

4.      Contemporaneously with the execution of the Loan A Note, Debtors, for value received, executed, acknowledged and delivered to Lender, a *Gap Note* ("**Gap Note**"), in the original principal amount of Two Million Five Hundred Seventy-Five Thousand and 00/100 Dollars ($2,575,000.00) with interest thereon at the rates therein provided, and promised to pay said amount plus interest thereon to Lender.  A true and correct copy of the Gap Note is attached as **Exhibit B**.

5.      To secure payment of the Loan A Note, on or about March 31, 2022, the Debtors, for value received, executed, acknowledged and delivered to Lender, a *Consolidation, Spreader, Extension and Modification Agreement* (the "**Loan A Mortgage**"), in the original principal

2

amount of Seven Million Two Hundred Seventy-Five Thousand and 00/100 Dollars ($7,275,000.00), securing a first mortgage lien on real and personal property situated in Atlantic Beach, Town of Hempstead, County of Nassau and State of New York, designated as Section: 58, Block: 32 and Lots: 1-20, 21-25 and 26-30 and Section: 58, Block: E, Lots: 131 and 132 on the Tax Map of Nassau County, New York, known as and by the street address, 1751 Ocean Boulevard, Atlantic Beach, New York 11509 (the "**Mortgaged Property**").. The Loan A Mortgage was recorded on October 27, 2022, in the Nassau County Clerk's Office in Liber 46920 at page 304 *et seq*. and was duly indexed according to law and the tax, if any, imposed by law upon the recording thereof was duly paid. A true and correct copy of the Loan A Mortgage is attached as **Exhibit C**.

6.      Contemporaneously with the execution of the Loan A Mortgage, Debtors for value received, executed, acknowledged and delivered to the Lender, a *Gap Mortgage* ("**Gap Mortgage**"), in the original principal amount of Two Million Five Hundred Seventy-Five Thousand and 00/100 Dollars ($2,575,000.00). The Gap Mortgage was recorded on October 27, 2022, in the Nassau County Clerk's Office in Liber 46920 at page 261 *et seq*. and was duly indexed according to law and the tax, if any, imposed by law upon the recording thereof was duly paid. A true and correct copy of the Gap Mortgage is attached as **Exhibit D**.

7.      The Loan A Mortgage, *inter alia*, consolidates, extends, modifies, amends and restates the Gap Mortgage, as well as certain prior mortgages shown in Exhibit A to the Loan A Mortgage (collectively, the "**Existing Mortgage**") as a single indebtedness as described therein.

8.      The Existing Mortgage, together with all underlying notes, was assigned pursuant to an *Assignment of Mortgage* ("**Assignment of Mortgage**") from W Financial REIT, Ltd. to Carver, dated March 31, 2022 and recorded in the Nassau County Clerk's Office on October 27,

2022 in Liber 46920 at page 250 *et seq*. A true and correct copy of the Assignment of Mortgage is attached as **Exhibit E**.

9.      The Loan A Mortgage also spreads the liens of the Gap Mortgage and Existing Mortgage over the whole of the Mortgaged Property.

10.     Pursuant to the Loan A Mortgage and the Gap Mortgage, the Debtors granted a security interest in the Collateral (as defined in the Loan A Mortgage and Gap Mortgage).

11.     As additional security for the payment of Loan A, on or about March 31, 2022, the Debtors executed, acknowledged and delivered to the Lender, an *Assignment of Leases and Rents* ("**Loan A ALR**").  The Loan A ALR was duly recorded on October 27, 2022 in the Nassau County Clerk's Office at Liber 46920 at page 366 *et seq.* A true and correct copy of the Loan A ALR is attached as **Exhibit F**.

12.     The Loan A ALR unconditionally and absolutely assigned, all right, title and interest in, *inter alia*, all then current and future Leases and Rents (as defined in the Loan A ALR).

13.     The Loan A ALR provides, *inter alia*, that upon an Event of Default, Lender may, at its option, enter upon the Mortgaged Property in person, by agent or by court-appointed receiver to collect the Rents, as set forth therein.

14.     As additional security for the payment of Loan A, on or about March 31, 2022, the Debtors executed, acknowledged and delivered to the Lender, a *Security Agreement* ("**Loan A Security Agreement**") whereby, *inter alia*, Debtors assigned, pledged and transferred to Carver and granted Carver a continuing security interest in and to, the Collateral (as defined in the Loan A Security Agreement), and in all of Debtors' right, title and interest therein.  A true and correct copy of the Loan A Security Agreement is attached as **Exhibit G**.

CLIENTS\143\188\35479533.v3-2/23/26

15.    As additional security for the payment of Loan A from Ocean, pursuant to the Loan A Mortgage and Gap Mortgage, Carver perfected its security interest in the Collateral (as defined in the Loan A Mortgage and Gap Mortgage), by duly filing a Uniform Commercial Code financing statement ("**UCC-1**") on April 1, 2022 with the New York State Department of State, which was assigned filing number 202204010135421 (the "**Ocean Loan A Mtg State UCC**"). As additional security for the payment of Loan A from NYBC, pursuant to the Loan A Mortgage and Gap Mortgage, Carver perfected its security interest in the Collateral (as defined in the Loan A Mortgage and Gap Mortgage), by duly filing a UCC-1 on April 1, 2022 with the New York State Department of State, which was assigned filing number 202204010135457 (the "**NYBC Loan A Mtg State UCC**"). True and correct copies of the Ocean Loan A Mtg State UCC and NYBC Loan A Mtg State UCC are attached as **Exhibit H**.

16.    As additional security for the payment of Loan A from Ocean, pursuant to the Loan A Security Agreement, Carver perfected its security interest in the Collateral (as defined in the Loan A Security Agreement), by duly filing a UCC-1 on April 1, 2022 with the New York State Department of State, which was assigned filing number 202204010135433 (the "**Ocean Loan A SA State UCC**").  As additional security for the payment of Loan A from NYBC, pursuant to the Loan A Security Agreement, Carver perfected its security interest in the Collateral (as defined in the Loan A Security Agreement), by duly filing a UCC-1 on April 1, 2022 with the New York State Department of State, which was assigned filing number 202204010135445 (the "**NYBC Loan A SA State UCC**").  True and correct copies of the Ocean Loan A SA State UCC and NYBC Loan A SA State UCC are attached as **Exhibit I**.

17.    As additional security for payment of Loan A from Ocean, pursuant to the Loan A Mortgage and Gap Mortgage, Carver perfected its security interest in the Collateral (as defined

5

in the Loan A Mortgage and Gap Mortgage), by duly filing a UCC-1 with the Nassau County Clerk's Office on April 27, 2022 under instrument number 2022-00266182 (the "**Ocean Loan A Mtg County UCC**").  As additional security for payment of Loan A from NYBC, pursuant to the Loan A Mortgage and Gap Mortgage, Carver perfected its security interest in the Collateral (as defined in the Loan A Mortgage and Gap Mortgage), by duly filing a UCC-1 with the Nassau County Clerk's Office on April 27, 2022 under instrument number 2022-00266183 (the "**NYBC Loan A Mtg County UCC**").  True and correct copies of the Ocean Loan A Mtg County UCC and NYBC Loan A Mtg County UCC are attached as **Exhibit J**.

18.    As additional security for the payment of Loan A from the Debtors, the Alexander V. Jacobson ("**Jacobson**" and/or "**Shareholder**"), for value received, executed, acknowledged and delivered to the Lender, a *Guaranty Agreement* dated as of March 31, 2022, wherein, Jacobson guaranteed all obligations, indebtedness and other liabilities of the Debtors ("**Loan A Guaranty**").  A true and correct copy of the Loan A Guaranty is attached as **Exhibit K**.

19.    The Loan A Note, Gap Note, Loan A Mortgage, Gap Mortgage, Loan A ALR, Loan A Security Agreement, Ocean Loan A Mtg State UCC, Ocean Loan A SA State UCC, NYBC Loan A Mtg State UCC, NYBC Loan A SA State UCC, Ocean Loan A Mtg County UCC, NYBC Loan A Mtg County UCC, and Loan A Guaranty, together with all other loan documents relating to Loan A are referred to collectively herein as the "**Loan A Documents**".

**Loan B**

20.    On or about March 31, 2022, Lender made another loan to the Debtors in the original principal amount of Nine Hundred Twenty-Five Thousand and 00/100 Dollars ($925,000.00) ("**Loan B**", and collectively with Loan A, the "**Loans**").

6

21.     To evidence its indebtedness under Loan B, on or about March 31, 2022, the Debtors, for value received, executed, acknowledged and delivered to the Lender, a *Promissory Note* ("**Loan B Note**", and together with the Loan A Note, the "**Notes**"), in the original principal amount of Nine Hundred Twenty-Five Thousand and 00/100 Dollars ($925,000.00) with interest thereon at the rates therein provided, and promised to pay said amount plus interest thereon to Lender.  A true and correct copy of the Loan B Note is attached as **Exhibit L**.

22.     To secure payment of the Loan B Note, on or about March 31, 2022, the Debtors for value received, executed, acknowledged and delivered to the Lender, a *Mortgage, Assignment of Leases and Rents and Security Agreement* ("**Loan B Mortgage**", and together with the Loan A Mortgage, the "**Mortgages**"), in the original principal amount of Nine Hundred Twenty-Five Thousand and 00/100 Dollars ($925,000.00), securing a second mortgage lien against the Mortgaged Property.  The Loan B Mortgage was recorded on October 31, 2022, in the Nassau County Clerk's Office in Liber 46925 at page 940 *et seq*. and was duly indexed according to law and tax, if any, imposed by law upon recording thereof was duly paid.  A true and correct copy of the Loan B Mortgage is attached as **Exhibit M**.

23.     Pursuant to the Loan B Mortgage, Debtors granted a security interest in the Collateral (as defined in the Loan B Mortgage).

24.     As additional security for the payment of Loan B, on or about March 31, 2022, the Debtors executed, acknowledged and delivered to the Lender, an *Assignment of Leases and Rents* ("**Loan B ALR**", and together with the Loan A ALR, the "**ALRs**").  The Loan B ALR was duly recorded on October 31, 2022 in the Nassau County Clerk's Office at Liber 46925 at page 984 *et seq*.  A true and correct copy of the Loan B ALR is attached as **Exhibit N**.

CLIENTS\143\188\35479533.v3-2/23/26

25. The Loan B ALR provides, *inter alia*, that upon an Event of Default, Lender may, at its option, enter upon the Mortgaged Property in person, by agent or by court-appointed receiver to collect the Rents, as set forth therein.

26. As additional security for the payment of Loan B, on or about March 31, 2022, the Debtors executed, acknowledged and delivered to the Lender, a *Security Agreement* ("**Loan B Security Agreement**", and together with the Loan A Security Agreement, the "**Security Agreements**"), whereby, *inter alia*, Debtors assigned, pledged and transferred to Carver and granted Carver a continuing security interest in and to the Collateral (as defined in the Loan B Security Agreement), and in all of Debtors' right, title and interest therein. A true and correct copy of the Loan B Security Agreement is attached as **Exhibit O**.

27. As additional security for the payment of Loan B from Ocean, pursuant to the Loan B Mortgage, Carver perfected its security interest in the Collateral (as defined in the Loan B Mortgage), by duly filing a UCC-1 on April 1, 2022 with the New York State Department of State, which was assigned filing number 202204010135407 ("**Ocean Loan B Mtg State UCC**"). As additional security for the payment of Loan B from NYBC, pursuant to the Loan B Mortgage, Carver perfected its security interest in the Collateral (as defined in the Loan B Mortgage), by duly filing a UCC-1 on April 1, 2022 with New York State Department of State, which was assigned filing number 202204010135469 ("**NYBC Loan B Mtg State UCC**"). True and correct copies of the Ocean Loan B Mtg State UCC and NYBC Loan B Mtg State UCC are attached as **Exhibit P**.

28. As additional security for the payment of Loan B from Ocean, pursuant to the Loan B Security Agreement, Carver perfected its security interest in the Collateral (as defined in the Loan B Security Agreement), by duly filing a UCC-1 on April 1, 2022 with New York State

8

Department of State which was assigned filing number 202204010135419 ("**Ocean Loan B SA State UCC**").  As additional security for the payment of Loan B from NYBC, pursuant to the Loan B Security Agreement, Carver perfected its security interest in the Collateral (as defined in the Loan B Security Agreement), by duly filing a UCC-1 on April 1, 2022, with New York State Department of State, which was assigned filing number 202204010135471 ("**NYBC Loan B SA State UCC**").  True and correct copies of the Ocean Loan B SA State UCC and NYBC Loan B SA State UCC are attached as **Exhibit Q**.

29.     As additional security for the payment of Loan B from Ocean, pursuant to the Loan B Mortgage, Carver perfected its security interest in the Collateral (as defined in the Loan B Mortgage), by duly filing a UCC-1 with the Nassau County Clerk's Office on April 27, 2022 under instrument number 2022-00266184 ("**Ocean Loan B Mtg County UCC**").  As additional security for the payment of Loan B from NYBC, pursuant to the Loan B Mortgage, Carver perfected its security interest in the Collateral (as defined in the Loan B Mortgage), by duly filing a UCC-1 with the Nassau County Clerk's Office on April 27, 2022 under instrument number 2022-00266185 ("**NYBC Loan B Mtg County UCC**").  True and correct copies of the Ocean Loan B Mtg County UCC NYBC Loan B Mtg County UCC are attached as **Exhibit R**.

30.     As additional security for the payment of Loan B from the Debtors, Jacobson for value received, executed, acknowledged and delivered to the Lender, a *Guaranty Agreement*, dated as of March 31, 2022, wherein Jacobson guaranteed all obligations, indebtedness and other liabilities of the Debtors ("**Loan B Guaranty**", and together with the Loan A Guaranty, the "**Guaranties**").  A true and correct copy of the Loan B Guaranty is attached as **Exhibit S**.

9

31.    The Loan B Note, Loan B Mortgage, Loan B ALR, Loan B Security Agreement, Ocean Loan B Mtg State UCC, Ocean Loan B SA State UCC, NYBC Loan B Mtg State UCC, NYBC Loan B SA State UCC, Ocean Loan B Mtg County UCC, NYBC Loan B Mtg County UCC and Loan B Guaranty, together with all other loan documents relating to Loan B are referred to collectively herein as the "**Loan B Documents**" (collectively, with the Loan A Documents, the "**Loan Documents**").

32.    The Debtors and Jacobson failed to comply with the terms of Loan A Note and Loan A Mortgage by failing to make the monthly payments required thereby, of principal, interest and escrow, which became due on September 1, 2023 and on the first day of each month thereafter ("**Loan A Payment Default**").

33.    The Debtors and Jacobson failed to comply with the terms and provisions of the Loan B Note and Loan B Mortgage by failing to make the monthly payments required thereby, of principal, interest and escrow, which came due on December 1, 2023 and on the first day of each month thereafter ("**Loan B Payment Default**").

34.    As part of Lender's practices, Carver had an independent appraisal on the Mortgaged Property performed on June 17, 2024.  A copy of the appraisal is attached as **Exhibit T**.

Dated:  New York, New York
       February 20, 2026

Patrick Doulin