# UNITED STATES BANKRUPTCY COURT

## EASTERN   DISTRICT OF   NEW YORK

### Central Islip Division

In Re. New York Beach Club, Ltd.  §  Case No.  26-70576
  §
  §
_____  §
Debtor(s)  §

☐ Jointly Administered

# Monthly Operating Report                                                Chapter 11

Reporting Period Ended: 02/26/2026                    Petition Date: 02/10/2026

Months Pending: 1                                            Industry Classification: [5] [3] [1] [1]

Reporting Method:            Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                        0

Debtor's Full-Time Employees (as of date of order for relief):        0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐        Statement of cash receipts and disbursements
☐        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐        Statement of operations (profit or loss statement)
☐        Accounts receivable aging
☐        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☐        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/Alexander Jacobson                                Alexander Jacobson
Signature of Responsible Party                        Printed Name of Responsible Party

04/07/2026
Date

                                                    613 Eagle Avenue, West Hempstead, NY 11552
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $50,634 | |
| b. Total receipts (net of transfers between accounts) | $5,450 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $56,084 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $4,321 | |
| f. Other expenses | $29 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  New York Beach Club, Ltd.                                        Case No.  26-70576

## Part 5:  Professional Fees and Expenses

|   | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                   3

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                          4

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name  New York Beach Club, Ltd.                                        Case No.  26-70576

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  New York Beach Club, Ltd.                                        Case No.  26-70576

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                              7

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯  No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ◯  No ◉

d.  Are you current on postpetition tax return filings?    Yes ◯  No ◉

e.  Are you current on postpetition estimated tax payments?    Yes ◯  No ◉

f.  Were all trust fund taxes remitted on a current basis?    Yes ◯  No ◉

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ◯  No ◯  N/A ◉

i.  Do you have:    Worker's compensation insurance?    Yes ◉  No ◯

        If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

        Casualty/property insurance?    Yes ◉  No ◯

        If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

        General liability insurance?    Yes ◉  No ◯

        If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ◯  No ◉

k.  Has a disclosure statement been filed with the court?    Yes ◯  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉  No ◯

Debtor's Name  New York Beach Club, Ltd.                              Case No.  26-70576

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11        Yes ◯  No ◉
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?        Yes ◯  No ◯  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Alexander Jacobson

Signature of Responsible Party

Managing Member

Title

Alexander Jacobson

Printed Name of Responsible Party

04/07/2026

Date

Debtor's Name New York Beach Club, Ltd.                                    Case No. 26-70576



PageOnePartOne



PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                      11

Debtor's Name  New York Beach Club, Ltd.                                      Case No.  26-70576



PageThree

PageFour



**CHASE ⬭**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 31, 2026 through February 27, 2026
Account Number:  ⬛⬛⬛⬛⬛⬛9173

00022813 DRE 802 219 06326 NNNNNNNNNN  1 000000000 D2 0000

EW YORK BEACH CLUB, LTD.
3029  E 188TH ST
MIAMI FL 33180

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$50,634.16** |
| Deposits and Additions | 4 | 5,450.00 |
| **Ending Balance** | 4 | **$56,084.16** |

Your Chase Platinum Business Checking account provides:
- o transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Orig CO   ame:Intuit 25045373     Orig ID:9215986202 Desc Date:260131 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000027269048 Eed:260202  Ind ID:524771992841984       Ind   ame:  ew York Beach Club Trn: 0337269048Tc | $2,500.00 |
| 02/03 | Orig CO   ame:Intuit 33745683     Orig ID:9215986202 Desc Date:260203 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000021057675 Eed:260203  Ind ID:524771992841984       Ind   ame:  ew York Beach Club Trn: 0341057675Tc | 1,000.00 |
| 02/24 | Orig CO   ame:Intuit 93117623     Orig ID:9215986202 Desc Date:260224 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000029766227 Eed:260224  Ind ID:524771992841984       Ind   ame:  ew York Beach Club Trn: 0559766227Tc | 1,600.00 |
| 02/26 | Orig CO   ame:Intuit 00540073     Orig ID:9215986202 Desc Date:260226 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022836314 Eed:260226  Ind ID:524771992841984       Ind   ame:  ew York Beach Club Trn: 0572836314Tc | 350.00 |
| **Total Deposits and Additions** | | **$5,450.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/02 | $53,134.16 |
| 02/03 | 54,134.16 |
| 02/24 | 55,734.16 |
| 02/26 | 56,084.16 |



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

February 28, 2026 through March 31, 2026

Account Number: ▓▓▓▓▓▓▓▓▓**9173**

00022253 DRE 802 219 09326 NNNNNNNNNNN  1 000000000 D2 0000

EW YORK BEACH CLUB, LTD.
3029  E 188TH ST
MIAMI FL 33180

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY — Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$56,084.16** |
| Deposits and Additions | 1 | 29.15 |
| Other Withdrawals | 1 | -53,134.16 |
| **Ending Balance** | **2** | **$2,979.15** |

Your Chase Platinum Business Checking account provides:
- o transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | Card Purchase Return    03/12 Sq *Square Weebly Oakland CA Card 1512 | $29.15 |
| **Total Deposits and Additions** | | **$29.15** |

## ATM & DEBIT CARD SUMMARY

Tobi M Held  Card 1512

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $29.15 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $29.15 |



February 28, 2026 through March 31, 2026

Account Number:               9173

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/27 | Withdrawal | $53,134.16 |
| **Total Other Withdrawals** | | **$53,134.16** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/13 | $56,113.31 |
| 03/27 | 2,979.15 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# TD Bank

**America's Most Convenient Bank®**

0    STATEMENT OF ACCOUNT

AV 01 083417 17579H267 C**5DGT

NEW YORK BEACH CLUB LTD
613 EAGLE AVENUE
W HEMPSTEAD NY  11552-3701

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 01 2026-Mar 17 2026 |
| Cust Ref #: | ▓▓▓4862-717-0-*** |
| Primary Account #: | 4▓▓▓4862 |

## TD Business Convenience Plus

NEW YORK BEACH CLUB LTD

Account # 4▓▓▓▓4862

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -232.04 | Average Collected Balance | -218.39 |
| Other Credits | 232.04 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 16 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CREDIT-ACCT CLOSED, OD Chargeoff | 232.04 |
| | ICH: PLS call our recovery dept at 800-354-9769 | |
| | Subtotal: | 232.04 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | -232.04 | 03/17 | 0.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT

 

NEW YORK BEACH CLUB LTD
613 EAGLE AVENUE
W HEMPSTEAD NY 11552

## TD Business Convenience Plus

NEW YORK BEACH CLUB LTD

Account # 4862

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -212.04 | Average Collected Balance | -212.04 |
| | | Interest Earned This Period | 0.00 |
| Service Charges | 20.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | -232.04 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/27 | MAINTENANCE FEE | 20.00 |
| | Subtotal: | 20.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | -212.04 | 02/27 | -232.04 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com