UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

                                                Chapter 11

NEW YORK BEACH CLUB, LTD.,

            Debtor.                     Case No.: 8-26-70576-las
----------------------------------------------------------X

In re:

OCEAN BLVD, LLC,                         Chapter 11

            Debtor.                     Case No. 8-26-70577-las

----------------------------------------------------------X

**BRIDGE ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY
CODE EXTENDING THE DEBTORS' EXCLUSIVE PERIOD IN WHICH TO FILE
<u>CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF</u>**

Upon consideration of the motion (the "Motion") of New York Beach Club, Ltd. and

Ocean Blvd, LLC (collectively, the "Debtors") in the above-captioned chapter 11 cases, for an

order, pursuant to Section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"),

further extending the period during which the Debtors have the exclusive right to file a plan of

reorganization, and the period within which the Debtors may solicit acceptances thereof (the

"Exclusive Periods"), as more fully set forth in the Motion; and it appearing that the Exclusive

Periods currently expire on June 10, 2026 and August 10, 2026, respectively; and it further

appearing that the hearing on the Motion is scheduled for June 9, 2026, at 11:00 a.m., subject to

any adjournments granted by the Court (the "Hearing") and that entry of this bridge order is

appropriate; and upon the Motion and all the proceedings before the Court; and after due

deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that subject to any rulings which may be made with respect to the Motion at

the Hearing, pursuant to Section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive

Periods in which to file a Chapter 11 plan and solicit acceptances thereof are extended through and including the Hearing and determination of the Motion.

Dated: May 20, 2026
     Central Islip, New York



Louis A. Scarcella
United States Bankruptcy Judge