## UNITED STATES BANKRUPTCY COURT

EASTERN   DISTRICT OF   NEW YORK

Central Islip Division

In Re. New York Beach Club, Ltd.                              §                    Case No.  26-70576

§
§
_____   §
Debtor(s)                                §

☐ Jointly Administered

# Monthly Operating Report                                                        Chapter 11

Reporting Period Ended: 04/30/2026                              Petition Date: 02/10/2026

Months Pending: 3                                              Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:                    Accrual Basis  ○          Cash Basis  ⊙

Debtor's Full-Time Employees (current):                        0

Debtor's Full-Time Employees (as of date of order for relief):   0

Supporting  Documentation   (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/Alexander Jacobson                                         Alexander Jacobson
Signature of Responsible Party                                Printed Name of Responsible Party

05/20/2026
Date

                                                             613 Eagle Avenue, West Hempstead, NY 11552
                                                             Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.  §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                        1

Debtor's Name  New York Beach Club, Ltd.       Case No.  26-70576

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $749,715 | |
| b.   Total receipts (net of transfers between accounts) | $18,100 | $21,087 |
| c.   Total disbursements (net of transfers between accounts) | $67,130 | $0 |
| d.   Cash balance end of month (a+b-c) | $700,685 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $67,130 | $0 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $452,290 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory     (Book ◯    Market ◯    Other ◉   (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.   Total assets | $0 |
| f.   Postpetition payables (excluding taxes) | $0 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $0 |
| k.   Prepetition secured debt | $0 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $0 |
| n.   Total liabilities (debt) (j+k+l+m) | $0 |
| o.   Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $18,100 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $18,100 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $67,130 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $-49,030 | $-49,030 |

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  | $0 | $0 | $0 | $0 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i | Certilman Balin | Lead Counsel | $0 | $0 | $0 | $0 |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | 0 | Other | $0 | $0 | $0 | $0 |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  New York Beach Club, Ltd.                                                    Case No.  26-70576

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

Debtor's Name  New York Beach Club, Ltd.                          Case No.  26-70576

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

### Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ● No ○

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)     Yes ○ No ●

c.  Were any payments made to or on behalf of insiders?     Yes ○ No ●

d.  Are you current on postpetition tax return filings?     Yes ● No ○

e.  Are you current on postpetition estimated tax payments?     Yes ● No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ● No ○

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)     Yes ● No ○

h.  Were all payments made to or on behalf of professionals approved by
the court?     Yes ○ No ○ N/A ●

i.  Do you have:          Worker's compensation insurance?     Yes ● No ○

                 If yes, are your premiums current?     Yes ● No ○ N/A ○  (if no, see Instructions)

                 Casualty/property insurance?     Yes ● No ○

                 If yes, are your premiums current?     Yes ● No ○ N/A ○  (if no, see Instructions)

                 General liability insurance?     Yes ● No ○

                 If yes, are your premiums current?     Yes ● No ○ N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○ No ●

k.  Has a disclosure statement been filed with the court?     Yes ○ No ●

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?     Yes ● No ○

Debtor's Name  New York Beach Club, Ltd.    Case No.  26-70576

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>

/s/Alexander Jacobson

Signature of Responsible Party

Authorized Signtory

Title

Alexander Jacobson

Printed Name of Responsible Party

05/20/2026

Date

Debtor's Name  New York Beach Club, Ltd.                                      Case No.  26-70576



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  New York Beach Club, Ltd.                                              Case No.  26-70576



Bankruptcy1to50



Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  New York Beach Club, Ltd.                                    Case No.  26-70576



PageThree



PageFour

**In re:  New York Beach Club, Ltd.**
**26-70576-las**
**Chapter 11**

Addendum Monthly Operating Report

Period:  April 1, 2026 – April 30, 2026 (the "Period")

Prior to the Debtor filing for bankruptcy, a state court receiver, Michael Sepe (the "Receiver") was appointed, who continues to be the receiver in this case throughout the Period.  The information reflected in this Monthly Operating Report is taken from information provided by the Receiver.

Part 7:  Questionnaire

a.  The principal of the Debtor using his own funds made several small payments of pre-petition debt owed to suppliers necessary to reopen the Debtor's beach club operations for the 2026 season.  The Debtor intends to file a motion to seek reimbursement of same.

g.  During the Period, the principal of the Debtor advanced his own funds to pay certain small amounts of post-petition chapter 11 administrative expenses of the Debtor for which the principal will seek reimbursement from the Receiver with the Debtor's funds.

10029241.1

In re __New York Beach Club, Ltd.__
Debtor

Case No. 26-70576
Reporting Period: 4/1/26 – 4/30-26

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | Debtor Chase 9173 | Receiver Dime 3855 | Receiver Dime 2470 | Receiver Dime 2413 | Receiver 00470 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 2,979.15 | $ - | $ 2,500.00 | $ (15.00) | $ 744,250.99 | $ 749,715.14 |
| **RECEIPTS** | | | | | | |
| CASH SALES | | | | | | $ - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | $ 18,100.00 | | $ 18,100.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | | $ - |
| LOANS AND ADVANCES | | | | | | $ - |
| SALE OF ASSETS | | | | | | $ - |
| OTHER *(ATTACH LIST)* | | | | | | $ - |
| TRANSFERS *(FROM DIP ACCTS)* | | | $ 93,241.60 | $ 79,515.56 | | $ 172,757.16 |
| TRANSFERS *(FROM RECEIVER ACCTS)* | | $ 4,960.00 | | | | $ 4,960.00 |
| INTEREST | | | | | $ 1,623.19 | $ 1,623.19 |
| TOTAL RECEIPTS | $ - | $ 4,960.00 | $ 93,241.60 | $ 97,615.56 | $ 1,623.19 | $ 197,440.35 |
| **DISBURSEMENTS** | | | | | | |
| NET PAYROLL/1099 | | | | $ 35,000.00 | | |
| PAYROLL TAXES | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | |
| INVENTORY PURCHASES | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | |
| INSURANCE | | | | $ 19,645.66 | | |
| ADMINISTRATIVE | $ 1,321.29 | | | | | $ 1,321.29 |
| SELLING | | | | | | |
| OTHER *(ATTACH LIST)* | | | | $ 11,163.73 | | |
| OWNER DRAW * | | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | $ 1,657.86 | | $ 93,241.60 | | $ 84,475.86 | $ 179,375.32 |
| PROFESSIONAL FEES | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | |
| COURT COSTS | | | | | | |
| TOTAL DISBURSEMENTS | $ 2,979.15 | $ - | $ 93,241.60 | $ 65,809.39 | $ 84,475.86 | $ 246,506.00 |
| | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (1,657.86) | | | | | |
| | | | | | | |
| CASH – END OF MONTH | $ - | $ 4,960.00 | $ 2,500.00 | $ 31,806.17 | $ 624,617.15 | $ 663,883.32 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 246,506.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 179,375.32 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 67,130.68 |

# DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

>037842 6428369 0002 92987 10Z 2

MICHAEL SEPE TEMPORARY RECEIVER
FOR NEW YORK BEACH CLUB
ET AL INDEX NO. 605303/2024
41 FRONT ST
ROCKVILLE CENTRE NY 11570-4057

## Statement Ending 04/30/2026

MICHAEL SEPE TEMPORARY     Page 1 of 4
Account Number: XXXXXX2470

### Managing Your Accounts

| | Branch Name | ROCKVILLE CENTRE |
|---|---|---|
| | Branch Number | 1-516-594-1303 |
| | Mailing Address | 333 MERRICK ROAD ROCKVILLE CENTRE, NY 11570 |
| | Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Platinum MMA | XXXXXX2470 | $2,500.00 |

## Business Platinum MMA - XXXXXX2470

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2026 | Beginning Balance | $2,500.00 |
| | 11 Credit(s) This Period | $93,241.60 |
| | 9 Debit(s) This Period | $93,241.60 |
| 04/30/2026 | Ending Balance | $2,500.00 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 04/01/2026 Through 04/30/2026 | |
| Annual Percentage Yield Earned | 2.75% |
| Interest Days | 30 |
| Interest Earned | $5.58 |
| Interest Paid This Period | $5.58 |
| Interest Paid Year-to-Date | $17.48 |
| Minimum Balance | $2,499.70 |
| Average Ledger Balance | $2,499.99 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/20/2026 | NOWRTP From ACCTVERIFY INTUIT INC. +1-800-321-3463 | $0.11 |
| 04/20/2026 | NOWRTP From ACCTVERIFY INTUIT INC. +1-800-321-3463 | $0.19 |
| 04/30/2026 | INTUIT PYMT SOLN INTUITPMTS 524771992841984 | $1,889.56 |
| 04/30/2026 | INTUIT PYMT SOLN INTUITPMTS 524771992841984 | $2,910.30 |
| 04/30/2026 | INTUIT PYMT SOLN INTUITPMTS 524771992841984 | $3,960.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 04/17/2026 | TRANSFER FROM MMA ICS ACCOUNT XXXXXXXXXXXXX2652 | $38,608.56 |
| 04/21/2026 | TRANSFER FROM MMA ICS ACCOUNT XXXXXXXXXXXXX2652 | $19,645.56 |
| 04/22/2026 | TRANSFER FROM MMA ICS ACCOUNT XXXXXXXXXXXXX2652 | $0.30 |
| 04/27/2026 | TRANSFER FROM MMA ICS ACCOUNT XXXXXXXXXXXXX2652 | $21,261.44 |
| 04/29/2026 | TRANSFER FROM MMA ICS ACCOUNT XXXXXXXXXXXXX2652 | $4,960.00 |
| 04/30/2026 | INTEREST | $5.58 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 04/21/2026 | INTUIT INC ACCTVERIFY | $0.30 |



 800.321.DIME (3463) • dime.com • Member FDIC

37842 6428369 6428369 04811 04811 04811 0002/0002



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Business Platinum MMA - XXXXXX2470 (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/17/2026 | xfer from 2470 to 2413 - Checks 101-111 | $38,608.56 |
| 04/20/2026 | TRANSFER TO MMA ICS ACCOUNT XXXXXXXXXXXX2652 | $0.30 |
| 04/21/2026 | xfer from 2470 to 2413 - Insurance Down Payment | $19,645.56 |
| 04/27/2026 | xfer from 2470 to 2413 - to cover balance of 21,261.44 of ch | $6,261.44 |
| 04/27/2026 | xfer from 2470 to 2413 | $15,000.00 |
| 04/29/2026 | xfer from 2470 to 3855 - Utility Deposit | $4,960.00 |
| 04/30/2026 | TRANSFER TO MMA ICS ACCOUNT XXXXXXXXXXXX2652 | $5.58 |
| 04/30/2026 | TRANSFER TO MMA ICS ACCOUNT XXXXXXXXXXXX2652 | $8,759.86 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/17/2026 | $2,500.00 | 04/22/2026 | $2,500.00 | 04/30/2026 | $2,500.00 |
| 04/20/2026 | $2,500.00 | 04/27/2026 | $2,500.00 | | |
| 04/21/2026 | $2,499.70 | 04/29/2026 | $2,500.00 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

>004295 6470895 0001 92987 10Z 2

MICHAEL SEPE TEMPORARY RECEIVER
FOR NEW YORK BEACH CLUB
ET AL INDEX NO. 605303/2024
41 FRONT ST
ROCKVILLE CENTRE NY 11570-4057

## Statement Ending 04/30/2026

MICHAEL SEPE TEMPORARY                    Page 1 of 6
Account Number: XXXXXX2413

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | ROCKVILLE CENTRE |
| 📱 | Branch Number | 1-516-594-1303 |
| ✉ | Mailing Address | 333 MERRICK ROAD ROCKVILLE CENTRE, NY 11570 |
| 💻 | Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX2413 | $31,806.17 |

## Business Advantage Checking - XXXXXX2413

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2026 | Beginning Balance | -$15.00 |
| | 6 Credit(s) This Period | $97,630.56 |
| | 15 Debit(s) This Period | $65,809.39 |
| 04/30/2026 | Ending Balance | $31,806.17 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/24/2026 | DEPOSIT | $18,100.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/17/2026 | xfer from 2470 to 2413 - Checks 101-111 | $38,608.56 |
| 04/21/2026 | xfer from 2470 to 2413 - Insurance Down Payment | $19,645.56 |
| 04/27/2026 | xfer from 2470 to 2413 - to cover balance of 21,261.44 of ch | $6,261.44 |
| 04/27/2026 | xfer from 2470 to 2413 | $15,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 04/01/2026 | Fee Refund For:Service Charge | $15.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/30/2026 | SERVICE CHARGE | $15.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 101 | 04/20/2026 | $4,000.00 | 109 | 04/17/2026 | $7,500.00 |
| 105* | 04/29/2026 | $575.00 | 110 | 04/24/2026 | $538.00 |
| 106 | 04/17/2026 | $5,800.00 | 111 | 04/21/2026 | $5,757.13 |
| 107 | 04/20/2026 | $10,500.00 | 112 | 04/21/2026 | $19,645.66 |
| 108 | 04/20/2026 | $1,800.00 | 114* | 04/24/2026 | $1,500.00 |





Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES -

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY - ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Business Advantage Checking - XXXXXX2413 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 115 | 04/27/2026 | $1,000.00 | 117 | 04/27/2026 | $2,900.00 |
| 116 | 04/27/2026 | $900.00 | 119* | 04/30/2026 | $3,378.60 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2026 | $0.00 | 04/21/2026 | $3,251.33 | 04/29/2026 | $35,199.77 |
| 04/17/2026 | $25,308.56 | 04/24/2026 | $19,313.33 | 04/30/2026 | $31,806.17 |
| 04/20/2026 | $9,008.56 | 04/27/2026 | $35,774.77 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



| #0101 | 04/20/2026 | $4,000.00 | #0101 | 04/20/2026 | $4,000.00 |
| #0105 | 04/29/2026 | $575.00 | #0105 | 04/29/2026 | $575.00 |
| #0106 | 04/17/2026 | $5,800.00 | #0106 | 04/17/2026 | $5,800.00 |
| #0107 | 04/20/2026 | $10,500.00 | #0107 | 04/20/2026 | $10,500.00 |
| #0108 | 04/20/2026 | $1,800.00 | #0108 | 04/20/2026 | $1,800.00 |
| #0109 | 04/17/2026 | $7,500.00 | #0109 | 04/17/2026 | $7,500.00 |



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788



#0110  04/24/2026  $538.00
#0110  04/24/2026  $538.00




#0111  04/21/2026  $5,757.13
#0111  04/21/2026  $5,757.13




#0112  04/21/2026  $19,645.66
#0112  04/21/2026  $19,645.66




#0114  04/24/2026  $1,500.00
#0114  04/24/2026  $1,500.00




#0115  04/27/2026  $1,000.00
#0115  04/27/2026  $1,000.00




#0116  04/27/2026  $900.00
#0116  04/27/2026  $900.00



 

#0117                    04/27/2026                $2,900.00      #0117                    04/27/2026                $2,900.00

 

#0119                    04/30/2026                $3,378.60      #0119                    04/30/2026                $3,378.60

Dime Community Bank
898 Veteran's Memorial Hwy
Attn: Tracy Weeks
Hauppauge, NY 11788




RETURN SERVICE REQUESTED

||1||||1|1|||1|1|1|1||1|1||1||1|1||1|1||1|1|1|1|||1||||1||

143100-30A 41750
MICHAEL SEPE TEMPORARY RECEIVER
FOR NEW YORK BEACH CLUB
ET AL INDEX NO 605303/2024
41 FRONT STREET
ROCKVILLE CENTRE, NY 11570

Contact Us
**631-537-1000**

Account
**MICHAEL SEPE TEMPORARY RECEIVER**

Date
**04/30/2026**

Page
**1 of 2**

## IntraFi Cash Service℠, or ICS®, Monthly Statement

The following information is a summary of activity in your account(s) for the month of April 2026 and the list of FDIC-insured institutions that hold your deposits as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts through IntraFi Cash Service. Funds in your deposit accounts at the FDIC-insured institutions at which your funds have been placed will be "deposits," as defined by federal law. Certain conditions must be satisfied for "pass-through" FDIC deposit insurance coverage to apply. To meet the conditions for pass-through FDIC deposit insurance, deposit accounts at FDIC-insured banks in IntraFi's network that hold deposits placed using an IntraFi service are titled, and deposit account records are maintained, in accordance with FDIC regulations for pass-through coverage.

### Summary of Accounts

| Account ID | Deposit Option | Interest Rate | Opening Balance | Ending Balance |
|---|---|---|---|---|
| *********470 | Savings | 2.7129% | $746,735.99 | $663,883.32 |
| **TOTAL** | | | **$746,735.99** | **$663,883.32** |

CONTAINS CONFIDENTIAL INFORMATION          IntraFi and ICS are registered service marks, and IntraFi Cash Service is a service mark of IntraFi LLC.

Date
04/30/2026

Page
2 of 2

## DETAILED ACCOUNT OVERVIEW
Account ID:        *********470
Account Title:    MICHAEL SEPE TEMPORARY RECEIVER

### Account Summary - Savings

| | | | | |
|---|---|---|---|---|
| Statement Period | 4/1-4/30/2026 | Average Daily Balance | $724,454.24 |
| Previous Period Ending Balance | $746,735.99 | Interest Rate at End of Statement Period | 2.7129% |
| Total Program Deposits | 6.25 | Annual Percentage Yield Earned | 2.75% |
| Total Program Withdrawals | (84,475.86) | YTD Interest Paid | 4,292.20 |
| Interest Paid | 1,616.94 | | |
| Current Period Ending Balance | 663,883.32 | | |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 04/03/2026 | Deposit | $5.95 | $746,741.94 |
| 04/20/2026 | Withdrawal | (38,608.56) | 708,133.38 |
| 04/21/2026 | Deposit | 0.30 | 708,133.68 |
| 04/22/2026 | Withdrawal | (19,645.56) | 688,488.12 |
| 04/23/2026 | Withdrawal | (0.30) | 688,487.82 |
| 04/28/2026 | Withdrawal | (21,261.44) | 667,226.38 |
| 04/30/2026 | Withdrawal | (4,960.00) | 662,266.38 |
| 04/30/2026 | Interest Capitalization | 1,616.94 | 663,883.32 |

### Summary of Balances as of April 30, 2026

| FDIC-Insured Institution | City/State | FDIC Cert No. | Balance |
|---|---|---|---|
| Axos Bank | San Diego, CA | 35546 | $247,533.38 |
| BankUnited | Miami Lakes, FL | 58979 | 19.22 |
| First National Bank of Pennsylvania | Greenville, PA | 7888 | 168,424.97 |
| Mission Valley Bank | Sun Valley, CA | 57101 | 58.56 |
| NexBank | Dallas, TX | 29269 | 295.43 |
| WebBank | Salt Lake City, UT | 34101 | 0.42 |
| Western Alliance Bank | Phoenix, AZ | | 247,551.34 |



Member
FDIC



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

>022831 6428369 0002 92987 10Z 2

MICHAEL SEPE TEMPORARY RECEIVER
FOR NEW YORK BEACH CLUB
ET AL INDEX NO. 605303/2024
UTILITIES
41 FRONT ST
ROCKVILLE CENTRE NY 11570-4057

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | ROCKVILLE CENTRE |
| 📱 | Branch Number | 1-516-594-1303 |
| ✉ | Mailing Address | 333 MERRICK ROAD ROCKVILLE CENTRE, NY 11570 |
| 🖥 | Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX3855 | $4,960.00 |

## Business Advantage Checking - XXXXXX3855

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/21/2026 | Beginning Balance | $0.00 |
| | 1 Credit(s) This Period | $4,960.00 |
| | 0 Debit(s) This Period | $0.00 |
| 04/30/2026 | Ending Balance | $4,960.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/29/2026 | xfer from 2470 to 3855 - Utility Deposit | $4,960.00 |

### Daily Balances

| Date | Amount |
|---|---|
| 04/29/2026 | $4,960.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

22831 6428369 022834 045667 0001/0001

