KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900
Jerold C. Feuerstein, Esq.
Andrew S. Muller, Esq.
Christopher Palmieri, Esq.

*Attorneys for 1751 Ocean LLC*

**Hearing Date: July 9, 2026
at 10:00 a.m.**

**Objections Due: July 1, 2026
at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEW YORK BEACH CLUB LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70576 (LAS) |
| In re:<br><br>OCEAN BLVD., LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70577 (LAS) |

**NOTICE OF MOTION FOR ORDER (A)(I) AUTHORIZING
RECEIVER TO CONTINUE IN POSSESSION OF PROPERTY OF
THE ESTATES AND EXCUSING RECEIVER FROM TURNOVER
COMPLIANCE PURSUANT TO 11 U.S.C. § 543(d), OR,
ALTERNATIVELY, (II) APPOINTING CHAPTER 11 TRUSTEE OR,
ALTERNATIVELY, (III) CONVERTING DEBTORS' CASES TO
<u>CHAPTER 7, AND (B) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE,** that on **July 9, 2026 at 10:00 a.m.** or as soon thereafter as

counsel may be heard, a hearing on the Motion of 1751 Ocean LLC ("*<u>Lender</u>*") for an Order:

(A)(I) Authorizing the Receiver to Continue in Possession of Property of the Debtors' Estates, and

Excusing the Receiver from Turnover Compliance pursuant to 11 U.S.C. § 543(d), or, alternatively

(II) Appointing Chapter 11 Trustee or, alternatively (III) Converting the Debtors' Cases to Chapter

7 and, (B) Granting Related Relief, including entry of a bridge order until the hearing hereon (the

"*<u>Motion</u>*"), will be held before the Honorable Louis A. Scarcella, United States Bankruptcy Judge,

at the United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722.

**PLEASE TAKE FURTHER NOTICE,** that any and all responses or objections, if any, to the relief sought in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Eastern District of New York; and (c) be filed electronically with the Court by registered users of the Court's electronic filing system in accordance with all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the Eastern District of New York available on the Court's website at (http://www.nyeb.uscourts.gov) so as to be so filed and received by no later than **July 1, 2026 at 4:00 p.m. ("Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE,** that the hearing shall be held in person, but anyone wishing to listen to or participate remotely must register with eCourt Appearances. Information on how to register for, and use, the eCourt Appearance tool is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.  For clarification, for a hybrid "Zoom/in-person" hearing, parties appearing remotely

2

by Zoom and parties appearing in-person, must register with eCourt Appearances. In either case,

the party should register on or before 12:00 noon the day prior to the scheduled hearing.

Dated: New York, New York
       June 5, 2026

KRISS & FEUERSTEIN LLP

By: _/s/ Jerold C. Feuerstein_
    Jerold C. Feuerstein, Esq.
    Andrew S. Muller, Esq.
    Christopher Palmieri, Esq.
    360 Lexington Avenue, Suite 1200
    New York, NY 10017
    (212) 661-2900
    jfeuerstein@kandfllp.com
    amuller@kandfllp.com
    cpalmieri@kandfllp.com

3

4899-2857-0802, v. 1