KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900
Jerold C. Feuerstein, Esq.
Andrew S. Muller, Esq.
Christopher Palmieri, Esq.

*Attorneys for 1751 Ocean LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| NEW YORK BEACH CLUB LTD., | Case No. 26-70576 (LAS) |
| Debtor. | |
| In re: | Chapter 11 |
| OCEAN BLVD., LLC, | Case No. 26-70577 (LAS) |
| Debtor. | |

**DECLARATION IN SUPPORT OF MOTION FOR ORDER
(A)(I) AUTHORIZING RECEIVER TO CONTINUE IN POSSESSION OF
PROPERTY OF THE ESTATES AND EXCUSING RECEIVER FROM
TURNOVER COMPLIANCE PURSUANT TO 11 U.S.C. § 543(d), OR,
ALTERNATIVELY, (II) APPOINTING CHAPTER 11 TRUSTEE OR,
ALTERNATIVELY, (III) CONVERTING DEBTORS' CASES, AND
(B) GRANTING RELATED RELIEF**

Jerold C. Feuerstein, hereby declares under penalty of perjury as follows:

1. I am a partner of the law firm of Kriss & Feuerstein LLP, counsel to 1751 Ocean LLC ("*Lender*"). I am fully familiar with the facts and circumstances set forth herein. This declaration is based upon my own knowledge, and my review of the documents in the files of Kriss & Feuerstein LLP, the pleadings filed in these Chapter 11 cases, and the pleadings and other docketed documents in the underlying foreclosure action commenced by Lender's assignor, Carver Federal Savings Bank ("*Carver*").

2.      I make this declaration in support of Lender's Motion for an Order: (A)(I) Authorizing the Receiver to Continue in Possession of Property of the Debtors' Estates, and Excusing the Receiver from Turnover Compliance pursuant to 11 U.S.C. § 543(d), or, alternatively (II) Appointing Chapter 11 Trustee or, alternatively (III) Converting the Debtors' Cases and, (B) Granting Related Relief, including entry of a bridge order until the hearing hereon (the "*Motion*").[1]

3.      A true and correct copy of the Affirmation of Alexander Jacobson and Affirmation and Memorandum of Law in Support of Defendant's Order to Show Cause is annexed hereto as **Exhibit "1"**.

4.      A true and correct copy of the Short Form Order in the Foreclosure Action entered December 26, 2024 (the "*Short Form Order*") is annexed hereto as **Exhibit "2"**.

5.      A true and correct copy of the Order in the Foreclosure Action entered on June 16, 2025 (the "*June 16, 2025 Order*") is annexed hereto as **Exhibit "3"**.

6.      A true and correct copy of Carver's counsel's letter dated July 22, 2025 is annexed hereto as **Exhibit "4"**.

7.      A true and correct copy of the so-ordered transcript (the "*So-Ordered Transcript*") from the August 27, 2025 hearing (the "*August 2025 Hearing*") is annexed hereto as **Exhibit "5"**.

8.      A true and correct copy of the Decision & Order in the Foreclosure Action dated October 28, 2025 and entered October 29, 2025 and Order Granting Summary Judgment, Default Judgment, Order of Reference and Amendment of Caption dated October 28, 2025 (together, the "*Order of Reference*") is annexed hereto as **Exhibit "6"**.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

4906-0203-4863, v. 1

9.      On or about January 15, 2026, the court in the Foreclosure Action entered an Order Appointing a Temporary Receiver (the "*Receiver Order*") appointing Michael Sepe as receiver (the "*Receiver*") for the Mortgaged Property.  A true and correct copy of the Receiver Order is annexed hereto as **Exhibit "7"**.

10.     A true and correct copy of the Referee's Oath and Report is annexed hereto as **Exhibit "8"**, except that copies therein of the Loan A Note, Loan A Mortgage, Loan B Note, and Loan B Mortgage were omitted as unnecessary duplicates.

11.     A true and correct copy of the Receiver's motion to hold the Debtors and Jacobson in Civil and Criminal Contempt is annexed hereto as **Exhibit "9"**.

12.     A true and correct copy of the so-ordered transcript dated January 9, 2026 (the "*January 2026 So-Ordered Transcript*") is annexed hereto as **Exhibit "10"**.

13.     A true and correct copy of the *Order Excusing Receiver From Turnover Compliance Pursuant to 11 U.S.C. § 543(d), Authorizing Receiver to Continue in Possession of Property of the Estate, and Granting Related Relief* (the "*Receiver Continuation Order*") dated April 10, 2026 [NYBC ECF No. 81] [Ocean ECF No. 51] is annexed hereto as **Exhibit "11"**.

14.     A true and correct copy of the *Stipulation and Interim Order by and between Proposed Counsel to the Debtor, Receiver and Attorneys for 1751 Ocean LLC Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c) and Granting Adequate Protection Pursuant to 11 U.S.C. § 361* dated April 13, 2026 [NYBC ECF No. 86] [Ocean ECF No. 52] is annexed hereto as **Exhibit "12"**.

15.     A true and correct copy of the *Consent Order Extending Existing Order Excusing Receiver from Turnover Compliance Pursuant to 11 U.S.C. Section 543(d), Authorizing Receiver*

3

*to Continue in Possession of Property of the Estate, and Granting Related Relief* dated May 22, 2026 [NYBC ECF No. 100] [Ocean ECF No. 66] is annexed hereto as **Exhibit "13"**.

16.      A true and correct copy of the proposed *Bridge Order, Pursuant to Section 105(a) and 543(d) of the Bankruptcy Code, Authorizing Receiver to Continue in Possession of Property of the Estate, and Granting Related Relief*, is annexed hereto as **Exhibit "14"**.

**[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]**

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State

of New York that the foregoing is true and correct.

Dated:  New York, New York
        June 5, 2026

                                        _/s/ Jerold C. Feuerstein_
                                        Jerold C. Feuerstein

5