**UNITED STATES BANKRUPTCY COURT**          Hearing: July 9, 2026, 10:00 a.m.
**EASTERN DISTRICT OF NEW YORK**            Objections Due: July 2, 2026

_____
In re:                                            )         Chapter 11
**New York Beach Club Ltd.,**                      )         Case No. 8-26-70576-las
                     Debtor.                       )
_____         )

**NOTICE OF MOTION, ALTERNATIVELY, FOR RELIEF FROM THE
AUTOMATIC STAY, ADEQUATE PROTECTION, OR DISMISSAL OF CASE,
PURSUANT TO 11 U.S.C. §§105(a), 361, 362(d)(1), 362(d)(2), AND 1307(a),
FILED ON BEHALF OF NEWTEK SMALL BUSINESS FINANCE, LLC**

**PLEASE TAKE NOTICE** that upon the annexed application of Newtek Small Business Finance, LLC ("Newtek"), and supporting Declaration of Lisa Fadini, a hearing will be held before the Honorable Louis A. Scarcella, United States Bankruptcy Judge to consider Newtek's motion for an Order granting relief from the Automatic Stay, Pursuant to 11 U.S.C. §§105(a), 361, 362(d)(1), 362(d)(2), and 1307(a) (the "Motion").

Date and time of hearing: July 9, 2026, at 10:00 a.m., at the United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722

Responses or objections to the Motion must be filed and served on Movant's counsel by no later than 5:00 p.m., seven (7) days prior to the hearing date.

NOTICE: all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

9006-1(b), IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION SO AS TO ENSURE ACTUAL RECEIPT NOT LATER THAN SEVEN (7) DAYS BEFORE THE RETURN DATE.

                                        **RIEMER & BRAUNSTEIN, LLP**

Dated: New York, NY
       June 9, 2026

                                        By: _Matthew Burrows_____
                                        Matthew Burrows, Esquire (NY ID 4861523)
                                        Seven Times Square Tower
                                        New York, NY 10036
                                        Telephone: (212) 789-3130
                                        e-mail: mburrows@reimerlaw.com
                                        _(Attorneys for Newtek Small Business Finance LLC)_

1

(VIA PACER)
Richard J. McCord, Esquire and Robert Nosek, Esquire
Certilman Balin Adler & Hyman
90 Merrick Avenue, East Meadow, NY 11554
e-mail: rmccord@certilmanbalin.com and rnosek@certilmanbalin.com
*(Counsel for Debtor)*

(VIA PACER)
Michael Sepe, Esquire
Michael Sepe, LLC
41 Front Street, Second Floor, Rockville Centre, NY 11570
e-mail: ms@sepelaw.com

(VIA PACER)
William J. Birmingham, Esquire, Chapter 11 Trustee
560 Federal Plaza, Room 560, Central Islip, NY 11722-4437
e-mail: trustee@otoolegroup.com
*(Chapter 11 Trustee)*

(VIA PACER)
Office of the United States Trustee, Eastern District of NY
Long Island Federal Courthouse 560 Federal Plaza, Central Islip, NY 11722

New York Beach Club, LTD
613 Eagle Ave, West Hempstead, NY 11552-3701