**UNITED STATES BANKRUPTCY COURT**          Hearing: June __, 2026, 10:00 a.m.
**EASTERN DISTRICT OF NEW YORK**            Objections Due: June __, 2025

—————————————————————————————
In re:                                                    )    Chapter 11
**New York Beach Club, Ltd.,**                            )    Case No. 8-26-70576-las
        Debtor.     )
—————————————————————————————
                                )

### DECLARATION OF LISA FADINI IN SUPPORT OF MOTION, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY, PURSUANT TO 11 U.S.C. §§105(a), 361, 362(d)(1), 362(d)(2), <u>FILED ON BEHALF OF NEWTEK SMALL BUSINESS FINANCE, LLC</u>

STATE OF NEW JERSEY         :
                                  :ss.
COUNTY OF MORRIS          :

**BEFORE ME,** the undersigned authority, personally appeared Lisa Fadini, an adult individual whose identity was known to me or established to my satisfaction, and who, after being duly sworn according to law, deposes and says that:

1.      I am over 18 years of age, and am employed as a Vice President by Small Business Lending, LLC, a New York limited liability company, d/b/a Newtek Small Business Lending ("SBL"), whereby SBL provides, *inter alia,* servicing, administration and liquidation services to Newtek Small Business Finance, LLC ("*Newtek*") in connection with Newtek's loan portfolios, and in that capacity I have been designated as an authorized signatory for Newtek, which is the owner of the loan involved in this matter.

2.      I have personal responsibility for handling the account representing the obligations owed to Newtek by New York Equestrian Center, Ltd., and Lakewood Ranch Estates, LLC (together, the "*Borrowers*"), and Ocean Blvd., LLC ("*Ocean*"), New York Beach Club, Ltd. ("*NY Beach*"), Jacobson Realty, Ltd., ("*Realty*") and Alexander Jacobson; ("Jacobson", and together with Ocean, NY Beach and Realty, the "*Guarantors*"), and make this Affidavit based on my own knowledge and familiarity with, and review of the account and

1

relevant contract documents, which are in Newtek's possession.

**A.  Movant's Loan.**

3.        On June 30, 2021, pursuant to an SBA Authorization dated June 29, 2021 (the "Authorization"), and Loan Agreement dated June 30, 2021 (the "Loan Agreement"), Borrowers, jointly and severally borrowed the principal sum of $5,000,000.00 from Newtek (the "Loan"), as evidence of which Borrowers executed and delivered to Newtek their promissory note dated June 30, 2021, in the original principal amount of $5,000,000.00 (the "Note").  True and correct copies of the Authorization, Loan Agreement and Note are attached hereto as Exhibits "A" and "B", respectively, and are incorporated herein by reference.

4.        The Note provided for a twenty-five (25) year term and required Borrowers to make one interest-only payment one (1) month after the date of the Note, then regular monthly payments of principal and interest, beginning two (2) months from the date of the Note, initially in the amount of $32,261.62/each.  Pursuant to the terms of the Note, the Loan would initially accrue interest at the contract rate of 6.00% *per annum* and would accrue interest thereafter at the rate of Prime (as announced in the Wall Street Journal) plus 2.75 % *per annum*, to be adjusted quarterly.  Further, the Note authorized the imposition of late fees equal to five (5%) percent of the unpaid portion of the regularly scheduled payment.

5.        As security for Borrowers' obligations under the Note, Lakewood Ranch Estates, LLC ("Lakewood") executed and delivered to Newtek a purchase money mortgage against Lakewood's real property located at 633 Eagle Avenue, West Hempstead, NY 11552 (Nassau County, Section 35, Block 425, Lots 7-8, 23, 26, and 27) (the "***Property***"), dated June 30, 2021, in the original principal amount of $5,000,000.00, which was duly recorded in the Office of Nassau County Clerk on April 13, 2022, in Book 46528 Page 468 (the "Mortgage"), as well as a

separate "Assignment of Rents" which was recorded on April 13, 2022 in Book 46528 Page 476 (the "Assignment of Rents").  True and correct copies of the Mortgage and Assignment of Rents are attached hereto as Exhibits "C" and "D", respectively, and are incorporated herein by reference.

6.      As security for their obligations under the Note, Borrowers executed and delivered to Newtek a "Commercial Security Agreement", dated June 30, 2021, in the original principal amount of $5,000,000.00, granting Newtek a lien on and/or security interest in substantially all of their personal property (the "Security Agreement" and "Personal Property Collateral").  To perfect the security interests thus granted, Newtek duly filed a UCC-1 Financing Statement Amendment with the Secretary of State for the State of New York, Uniform Commercial Code Section, on March 31, 2021, at Financing Statement No. 202103318146089 (the "Financing Statement").  True and correct copies of the Security Agreement and Financing Statement are attached hereto as Exhibits "E" and "F", respectively, and are incorporated herein by reference.

7.      As additional security for the Loan, Guarantors executed and delivered to Newtek their Unconditional Guarantees dated June 30, 2021, in the principal amount of $5,000,000.00 (the "*Guarantees*").  True and correct copies of the Guarantees are attached hereto as Exhibits "G", "H" "I", and "J", respectively, and are incorporated herein by reference.

8.      The Loan is in default for the Borrowers' and Guarantors' failure to timely make all payments required under the Authorization, Loan Agreement, Note, Mortgage, Assignment of Rents, Security Agreement, and Guarantees (collectively, the "Loan Documents"), including that payment coming due on November 1, 2024, and all payments coming due since then.

**B.  The Foreclosure.**

3

9.      Prior to filing a complaint in mortgage foreclosure, Newtek obtained foreclosure title search reports from Advantage Foreclosure Services, Inc. for the Property, including: (a) report on the Property dated January 31, 2025, together with a subsequent GAP Continuation Search indicating: Newtek's Mortgage, unpaid County taxes for calendar year 2025, unpaid school taxes for the school years running from October 1, 2024 through April 1, 2025 (the "Title Report")  A True and correct copies of the Title Report is attached hereto as Exhibit "K", and is incorporated herein by reference.

10.     Newtek thereafter filed a Complaint in Mortgage Foreclosure against Borrowers, Guarantors and unknown tenants, in the Supreme Court of New York in and for Nassau County, on March 31, 2025 at Index No. 606852/2025, together with a Notice of Pendency. After service of the Complaint and Notice of Pendency on the defendants was complete, and no answer was filed to the Complaint, Newtek filed a Motion for Order of Reference and Default Judgment on July 8, 2025, which was granted on October 3, 2025. The Foreclosure Action was stayed by the Debtor's bankruptcy proceedings.

## C.  The Bankruptcy Case.

11.     Newtek believes and avers that Debtor's Petition was filed solely for purposes of hindering and delaying Movant in the exercise of its available rights and remedies under the Loan Documents and applicable state law, including, without limitation, the entry of default judgment in the Foreclosure Action and the Referee's subsequent auction sale of the Property. Accordingly, relief from the automatic stay arising under 11 U.S.C. §362(a) is appropriate pursuant to 11 U.S.C. §362(d)(1).

12.     As of February 10, 2026, arrearages totaled $3,253,244.52 (including missed payments of $422,108.95 and expenses of $37,994.74), and the following was due and owing as

of February 10, 2026:

| | |
|---|---|
| Principal: | $2,740,964.62 |
| Interest: | 473,672.95 |
| Expenses: | 37,994.74 |
| Late Fees: | 37,900.95 |
| Miscellaneous: | 706.00 |
| **TOTAL PAYOFF:** | **$3,253,244.52** |

Plus additional daily interest accruing after 2/10/26 at the rate of Prime (as announced in the Wall Street Journal) plus 2.75 % *per annum*, to be adjusted quarterly and such additional fees and costs, including, without limitation, attorney's fees and costs, as are incurred and allowed by the terms of the loan documents and applicable law.

13.      Per broker's price opinion dated March 25, 2021, by All Island Valuation Services, LLC, the Property was valued as having an "as-is" fair market value of $3,450,000.00 as of March 12, 2021, based on comparable sales and listings (the "BPO"), (the "***Property Appraisal***").  A true and correct copy of the Property Appraisal is attached hereto as Exhibit "L" and is incorporated herein by reference.

14.      Based on the Property Appraisal the Property has a value of only $3,450,000.00, less than the combined debt owed on the 1751 Ocean LLC Mortgage on the Property, scheduled in the amount of $11,945,911.80, and Newtek's secured claim in the amount of $3,253,244.52, so Lakewood has no equity in the Property, and Debtor has no cognizable interest in the Property.  Whatever security those properties represent for repayment of Newtek's Loan is being continually eroded by ongoing accruals of real estate and school taxes, penalties, late fees and interest.

15.      Lakewood is not known to be carrying any property, casualty and liability insurance on the Property, and Newtek has been compelled to obtain its own, "force-placed" insurance thereon in order to protect its security interests therein.

16.    I make this Declaration on Newtek's behalf, on the basis of my own knowledge, and subject to the penalties for perjury.    I am aware that if any of the statements made herein are willfully false, that I am subject to such penalties.

**Newtek Small Business Finance, LLC**

Dated: May 1?, 2025                    By: _____

Lisa Fadini, an Authorized Agent

4757656.2

6