**RIEMER & BRAUNSTEIN LLP**
Seven Times Square Tower
New York, NY 10036
Telephone: (212) 789-3130
Matthew Burrows (NY ID 4861523)
*(Attorneys for Newtek Small Business Finance, LLC)*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Hearing Date: 7-9-26, 10:00 a.m. |
| **EASTERN DISTRICT OF NEW YORK** | Objections Due: 7-2-26, 5:00 p.m. |

| | |
|---|---|
| In re: | ) Chapter 11 |
| **New York Beach Club Ltd.** | ) Case No. 8-26-70576-las |
| Debtor. | ) |
| | ) |

### ORDER GRANTING MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY
### PURSUANT TO 11 U.S.C. 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) AND (e),
### FILED ON BEHALF OF NEWTEK SMALL BUSINESS FINANCE LLC.

Newtek Small Business Finance LLC. ("Newtek"), having filed on June 11, 2026 the motion[1], Alternatively for Relief from the Automatic Stay Pursuant to 11 U.S.C. 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e), (Docket No. ___ the "Motion"), and upon consideration of the Declaration of Lisa Fadini filed in support of the Motion, as well as the supporting papers and the files and records in these cases, and upon the arguments and testimony presented at a hearing on the Motion before this Court (the "Hearing"), and any objections to the Motion having been withdrawn or overruled on the merits, this Court finds and concludes:

(a). the Court has jurisdiction over the subject matter of the Motion and the relief requested therein pursuant to 28 U.S.C. §1334, and venue is proper pursuant to 28 U.S.C. §§1408 and 1409;

(b). this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (G), (M) and (O);

(c). the legal and factual bases set forth in the Motion, in the supporting Declaration

---

[1]Capitalized terms used but not defined herein shall have the meaning set forth in the

1

of Lisa Fadini, and on the record at the Hearing establish just cause for the relief granted herein;

(d).      the relief requested in the Motion is necessary and appropriate to carry out the provisions of the Bankruptcy Code;

(e).      notice of the Motion was sufficient, and no other or further notice need be provided; and

(f).      Pursuant to 11 U.S.C. §, 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e) grounds exist for relief from the automatic stay.

Based upon the above findings and conclusions, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** to the extent set forth herein**.**

2.      The automatic stay imposed by 11 U.S.C. §362(a) is hereby lifted and/or vacated to permit Newtek Small Business Finance LLC to pursue its rights and remedies under the Loan Documents and applicable state law, including, without limitation proceeding with the Referee's Auction and applying any net proceeds received to the Loan balances.

3.      All other forms of relief sought in the Motion are **DENIED.**

**BY THE COURT:**

Motion.