UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

NEW YORK BEACH CLUB, LTD.                                    Chapter 11
                                                            Case No. 8-26-70576-las

                              Debtor.
----------------------------------------------------------X
In re:                                                       Chapter 11
                                                            Case No. 8-26-70577-las

OCEAN BLVD, LLC,
                              Debtor.
----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                              )ss:
COUNTY OF NASSAU )

**CHRISTINE C. MONTICK,** being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

On July 17, 2026, service of the ***Debtors' Objection to Fee Application of Michael Sepe, Esq., LLC as Receiver for Allowance of Compensation and Reimbursement of Expenses Pursuant to Sections 327, 392, and 330 of the United States Bankruptcy Code and Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedure*** was caused to be served via e-mail upon:

William J. Birmingham, Esq. William.birmingham@usdoj.gov
Matthew Burrows, Esq. mburrows@riemerlaw.com
Jerold C. Feuerstein, Esq. jfeuerstein@kandfllp.com
Donna M Fiorelli, Esq. donna.fiorelli@dmfpclaw.com
Kelly McNamee, Esq. kmcnamee@cullenllp.com
Andrew S. Muller, Esq. amuller@kandfllp.com
Christopher Palmieri, Esq. cpalmieri@kandfllp.com
Matthew G. Roseman, Esq. mroseman@cullenllp.com
Josh Russell, Esq. josh.russell@tax.ny.gov
Michael Sepe, Esq. ms@sepelaw.com
James H. Shenwick, Esq. jshenwick@gmail.com
Robert H. Solomon, Esq. rob@solomonlawyer.com
United States Trustee USTPRegion02.LI.ECF@usdoj.gov
Martin Valk, Esq. m.valk@bhpp.com
Adrienne Woods, Esq. awoods@wzmplaw.com

10090282.1

/s/Christine C. Montick_____
CHRISTINE C. MONTICK

Sworn to before me this
21st day of July, 2026

Lisa A. Nichols_____
Lisa A. Nicols
Notary Public, State of New York
No. 01NI0017301
Qualified in Nassau County
Commission Expires November 30, 2027

10090282.1