**Michael Sepe**

| | |
|---|---|
| **From:** | Michael Sepe <ms@sepelaw.com> |
| **Sent:** | <mark>Saturday, May 9, 2026 10:34 PM</mark> |
| **To:** | 'Andrew S. Muller'; 'RICHARD McCORD'; 'Christopher Palmieri'; 'Robert D. Nosek' |
| **Subject:** | Receiver's Time - from date of petition to end of April |
| **Attachments:** | NY Beach Club Feb 10 to April 30 2026 Inv.pdf |

All – in advance of my fee motion, attached please see my time records from the mid February petition filing until the end of April.  Thank you.

*Michael Sepe, Esq.*



**MICHAEL SEPE, LLC**
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

1

**Michael Sepe, LLC**
**41 Front Street, Second Floor**
**Rockville Centre, NY 11570**

Invoice submitted to:

Receivership
Carver Federal Savings v.
New York Beach Club et al

PRE-BILL

| | |
|---|---|
| Invoice # | **23265** |
| Invoice Date | **05/05/2026** |
| For Services Through | **04/30/2026** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | | **Professional Services Rendered (Professional Service)** | | |
| 02/10/2026 | MJS | Call from Judge Murphy, email to counsel, call from Joel Robinson, call with Matt Roseman, call with JPMC counsel Adam Moore, email to same, call with Ora Kirsh, email to same | 1.10 at $ 500.00/hr | $ 550.00 |
| 02/11/2026 | MJS | Calls and emails with M Bernstein, Susan Jaffe and Robert Fein re status | 0.70 at $ 500.00/hr | $ 350.00 |
| 02/12/2026 | MJS | Letter from Fred Kantrow Esq., call with MR, email to Adam Moore at JPMC, email to MR, call with MR, draft letter to F Kantrow re demand | 1.80 at $ 500.00/hr | $ 900.00 |
| 02/16/2026 | MJS | Review Bankruptcy Code, draft revise and finalize letter to F Kantrow in response to demand for funds send to F Kantrow with bank statement, emails from and to Marna Bernstein re debtors notice to club members, email to M Roseman, call from Marna Bernstein, email from Ian Ross, review materials sent by same | 2.40 at $ 500.00/hr | $ 1,200.00 |
| 02/17/2026 | MJS | Letter from F Kantrow threatening sanctions, call with Judge Murphy, call with M Roseman, review motions received from F Kantrow, begin to organize exhbits for opp | 1.60 at $ 500.00/hr | $ 800.00 |
| 02/18/2026 | MJS | Review Kantrow motion | 0.60 at $ 500.00/hr | $ 300.00 |
| 02/19/2026 | MJS | Call with MR, assemble exhibits for opp, draft same, calls with Bankruptcy clerk | 2.80 at $ 500.00/hr | $ 1,400.00 |
| 02/20/2026 | MJS | Calls from beach club members, review bankruptcy filing | 0.70 at $ 500.00/hr | $ 350.00 |
| 02/23/2026 | MJS | Call with MR, revise and finalize Dec in opp to Debtors motion and in support of Lenders motion, emails to chase | 5.70 at $ 500.00/hr | $ 2,850.00 |
| 02/24/2026 | MJS | Email Dec in opp to Roseman and Kantrow, call with D Corsini at Judge Scarcella's part, email to same, calls to Bankruptcy Court e-filing desk, submit registration request | 1.10 at $ 500.00/hr | $ 550.00 |
| 02/24/2026 | MJS | Researching filing status; call with court to discuss filing; registered for filing with E.D. Bankruptcy court | 1.30 at $ 500.00/hr | $ 650.00 |

| 02/25/2026 | MJS | Additional calls with bankruptcy court, call with MR, rec and review objections filed by Robinson and Altheim, email to same with copies of my Dec, email from Adrienne Woods | 1.30 at $ 500.00/hr | $ 650.00 |
|---|---|---|---|---|
| 02/26/2026 | MJS | Conf and oral argument at EDNY bankruptcy court, call with MR, email to US trustee with bank statements, email to F Kantrow re future deposits and funds, email JPMC | 5.30 at $ 500.00/hr | $ 2,650.00 |
| 02/27/2026 | MJS | Zoom call with FK and MR, email re utility acct, email to JPMC in house counsel | 1.40 at $ 500.00/hr | $ 700.00 |
| 03/02/2026 | MJS | Email to Adam Moore, call from MR, emails w F Kantrow re termination of sale contract and budget | 0.60 at $ 500.00/hr | $ 300.00 |
| 03/03/2026 | MJS | Emails with FK and MR, call from Joel Robinson, call with MR, call w FK re his moving to withdraw, review Kantrow motion, email from M Maniello, emails from and to Josef Timlichman | 1.30 at $ 500.00/hr | $ 650.00 |
| 03/04/2026 | MJS | Call with Josef Timlichman, emails with bankruptcy filing clerk | 0.60 at $ 500.00/hr | $ 300.00 |
| 03/06/2026 | MJS | Call with Josef T, email to same, call w JPMC, call from Joel Robinson | 0.50 at $ 500.00/hr | $ 250.00 |
| 03/08/2026 | MJS | Response email to Scott Kestenbaum, draft stip for turnover in Bankruptcy Court, email to J Timlichman and F Kantrow | 0.60 at $ 500.00/hr | $ 300.00 |
| 03/09/2026 | MJS | Call with M Roseman, email to Timlichman with latest bank statement and re FDIC protection, Email to J Feurstein, emails with Christopher Palmieri | 0.40 at $ 500.00/hr | $ 200.00 |
| 03/10/2026 | MJS | Call from Chris Palmieri Esq, call with Tom McCormack, emails from Tom McCormack, emails with objectants counsel, call from Lewis Bernstein | 0.90 at $ 500.00/hr | $ 450.00 |
| 03/11/2026 | MJS | Call from John Birnbaum, email response on various points to J Timlichman | 0.70 at $ 500.00/hr | $ 350.00 |
| 03/12/2026 | MJS | Zoom with new note holders and counsel, call from Lewis Bernstein | 0.80 at $ 500.00/hr | $ 400.00 |
| 03/16/2026 | MJS | Calls with Dime to move funds for insurance payment, call with broker Jeannette Montalbano processing same, emails with A Muller, Certilman Balin and C Palmieri re member deposits, email to Certilman with pymt receipt, email from and to Tom McCormack | 0.10 at $ 500.00/hr | $ 50.00 |
| 03/17/2026 | MJS | Emails with debtors new counsel, call with C Palmieri and A Muller, fwd info re prior forced place insurance | 0.70 at $ 500.00/hr | $ 350.00 |
| 03/18/2026 | MJS | Zoom call with R McCord and R Nosek, call with C Palmieri and A Muller, call with R Nosek | 0.80 at $ 500.00/hr | $ 400.00 |
| 03/23/2026 | MJS | Revise stip re turnover of JPMC funds, send to debtors counsel, draft and file letter requesting to appear virtually at next hearing, zoom call with R McCord and R Nosek, follow up email to same re stip, call with C Palmieri, email to same, call with C Palmieri and A Muller, draft letter demand to debtor for documents and information, email to Muller and Palmieri, email to Adam Moore Esq at JPMC with So Ordered stipulation requesting wire transfer | 2.80 at $ 500.00/hr | $ 1,400.00 |
| 03/24/2026 | MJS | Email to R Nosek, email from and call with Adam Moore Esq, revisions to demand letter, review Solomon and Fiorelli letters re response to Debtors plan | 0.80 at $ 500.00/hr | $ 400.00 |
| 03/25/2026 | MJS | Call w A Muller, finalize demand letter, send to Debtors counsel | 0.50 at $ 500.00/hr | $ 250.00 |
| 03/26/2026 | MJS | Hearing before Judge Scarcella, email from and call with Susan Jaffe | 2.60 at $ 500.00/hr | $ 1,300.00 |

| 03/27/2026 | MJS | Review utilities order, email to counsel re concern as to nunc pro tunc despite lack of info, call with A Muller, review cash management order, email to counsel | 1.80 at $ 500.00/hr | $ 900.00 |
|---|---|---|---|---|
| 03/30/2026 | MJS | Email from S Jaffe and to Palmieri/Muller re tax lien sale, email to W Birmingham w prior letter to debtors counsel, review updates to order excusing receiver and info re utilities, review prelim budget, call with C Palimieri, emails with R McCord and R Nosek | 1.50 at $ 500.00/hr | $ 750.00 |
| 03/31/2026 | MJS | Emails with William Birmingham, call with R Nosek, emails with R McCord | 0.60 at $ 500.00/hr | $ 300.00 |
| 04/01/2026 | MJS | Call with A Muller, zoom call with R McCord R Nosek and A Jacobson, call with Dime, emails with same, email to all parties re balance on hand, attend 341 creditors meeting, call w A Muller re budget, review same, emails with and calls with W Birmingham USTO | 3.20 at $ 500.00/hr | $ 1,600.00 |
| 04/03/2026 | MJS | Email to R Nosek re utilities and banking info | 0.10 at $ 500.00/hr | $ 50.00 |
| 04/04/2026 | MJS | Email from and to R Nosek re Dime acct numbers | 0.20 at $ 500.00/hr | $ 100.00 |
| 04/06/2026 | MJS | Call with R McCord, call with C Palimieri (mgr and orders), review latest versions of cash collateral order, receiver continuation order and cash management order, comments to same, send to counsel | 1.20 at $ 500.00/hr | $ 600.00 |
| 04/07/2026 | MJS | Email from and to Palmieri re funds on hand, email to Palmieri re site visit, email to McCord with Feb/March Dime statements | 0.40 at $ 500.00/hr | $ 200.00 |
| 04/09/2026 | MJS | Call from Judge Murphy | 0.20 at $ 500.00/hr | $ 100.00 |
| 04/10/2026 | MJS | Calls with R McCord, R Nosek and C Palmieri re budget, operations, management issues, expenses and records | 0.80 at $ 500.00/hr | $ 400.00 |
| 04/13/2026 | MJS | Emails with counsel, call with C Palmieri, download and review orders, call w R Nosek, call from Sal Gargano, cont review of materials provided by R Nosek | 1.60 at $ 500.00/hr | $ 800.00 |
| 04/14/2026 | MJS | Calls with R McCord and R Nosek, calls with C Palmieri, email to counsel, emails from A Jacobson, review materials and docs from same | 1.20 at $ 500.00/hr | $ 600.00 |
| 04/15/2026 | MJS | Zoom call with secured creditors and their counsel, call with R Nosek, download docs from Jacobson link, email with Nosek re bank info, call from Scott Epstein, cont review of debtor docs, prep for meeting | 2.20 at $ 500.00/hr | $ 1,100.00 |
| 04/16/2026 | MJS | Finish review of bank statements, member lists, prior budgets and payment history, meet with A Jacobson and R Nosek re member deposits, corporate structure of entities and issues re use of member deposits, meet w A Muller, Josh Blisko, R Nosek and A Jacobson re operations, write checks for various expenses, copies to counsel | 6.70 at $ 500.00/hr | $ 3,350.00 |
| 04/17/2026 | MJS | Calls from Dime re employees seeking to cash checks, multiple calls and emails with R Nosek, R McCord and A Muller re new insurance coverage, rates, exclusions, desire coverage etc, call from insurance broker and R Nosek, write check for down payments, call with Dime re utilities account, call with Dime re indemnification needed to cash employee checks, email to broker w copy of check, email from A Mulller and call with R Nosek re lenders requests for exclusions in new policy | 2.40 at $ 500.00/hr | $ 1,200.00 |
| 04/19/2026 | MJS | Deliver insurance check to Brandon Raymar, email to counsel re same, email to Myra Sherr re membership | 0.40 at $ 500.00/hr | $ 200.00 |

| 04/20/2026 | MJS | Calls with Dime and A Jacobson, emails with counsel re insurance coverage, additional call with Dime re utiliites account and confirmation that surety countersignature no longer needed because of Bankruptcy court order | 0.50 at $ 500.00/hr | $ 250.00 |
|---|---|---|---|---|
| 04/20/2026 | MC | Create spreadsheet for issued checks | 0.20 at $ 75.00/hr | $ 15.00 |
| 04/21/2026 | MJS | Calls with R Nosek and R McCord, review screenshots of bills debtor is requesting be paid today (quickbooks and domain) corr w Brandon Raymar, complete setup forms for utilities account, send to Dime, email to counsel re same, texts with insurance broker, inter account transfers for checks, email to RM and RN re A Jacobson email of today and requests for pre authorization credit card spending and ACH's | 1.70 at $ 500.00/hr | $ 850.00 |
| 04/22/2026 | MJS | Multiple calls, and emails with A Muller, C Palmieri, R Nosek, R McCord, W Birmingham re walk through, insurance additions, insurance financing agreement, intuit, square, ACH issues, online payment methods, calls and emails with Dime setting up ACH and Bill pay, execute documents for same, calls and emails with Dime re single payroll account, calls and emails from A Jacobson re requests, zoom with A Jacobson, R Nosek and R McCord re AJ requests, Troon, credit card reimbursement requests, unfreezing of JPMC accounts, payroll setup and walkthrough, call with W Birmingham re various, single payroll account and and reporting requirements, calls and emails with Brandon Raymar, rec and organize newly received bank statements for NYBC 9173 and Ocean Blvd 9613, summary email to all | 5.40 at $ 500.00/hr | $ 2,700.00 |
| 04/23/2026 | MJS | Assemble new bank docs sent by A Jacobson, execute Dime forms for payroll account, email re same, email to RN and AJ re checks needed for tomorrow, cut checks for Ink Stitch Club, review proposed Troon agreement, emails with Brandon Raymer re policies, call with A Muller, call with AJ | 2.30 at $ 500.00/hr | $ 1,150.00 |
| 04/24/2026 | MJS | Emails with AJ re payroll account, attend walkthrough at club w J Blisko, R Nosek, Troon reps and club staff, meet with Jill Kaplan, cut additional checks for employees and vendors, meet with Dime branch mgr to make deposits of paper checks ($18,100), order computer payroll checks, finalize setting up payroll account, review indem agreement and finalize ACH permission, corr from Brandon Raymar re ins coverage, continue payment and deposit record | 4.30 at $ 500.00/hr | $ 2,150.00 |
| 04/27/2026 | MC | Updated bill and payment spreadsheet | 0.30 at $ 75.00/hr | $ 22.50 |
| 04/27/2026 | MJS | Zoom call with Troon and sec creditor, call with C Palmieri, emails re insurance | 0.90 at $ 500.00/hr | $ 450.00 |
| 04/28/2026 | MJS | Rec and review tax bills, email to all re same, email from Dime re account updates and ACH, call from Pamela Smith Esq of Nassau Dept of Health, review docs from same re open violations, email to all re same, call with R McCord, review new budget, email to UST, call with R Nosek re pre-petition bills, DOH issue, questions re taxes and various | 2.20 at $ 500.00/hr | $ 1,100.00 |
| 04/29/2026 | MJS | Virtual call with R MCCord, CPalmieiri and A Muller, review additional invoices, call with Steve Davis at Dime, re ACH and change to bus plus platform, compile additional bank statements from debtor, send to AM and CP and UST, distribute copies of all checks issued with corr invoices, cut additional checks for mgmt. employees | 2.80 at $ 500.00/hr | $ 1,400.00 |
| 04/30/2026 | MJS | Appearance at EDNY, meet with A Jacobson, R MCCord and UST, issue additional checks appearance before Judge Scarcella, additional discussions with A Muller and R McCord, call from R Nosek, email to F Kantrow, check for NCDOH, call to Dime | 3.80 at $ 500.00/hr | $ 1,900.00 |

MS Total Hours: 90.9
MGC Total Hours:    .5
*Total Professional Service: $ 45,487.50*
**Total Invoice Amount: $ 45,487.50**