## Michael Sepe

| | |
|---|---|
| **From:** | Michael Sepe <ms@sepelaw.com> |
| **Sent:** | Tuesday, May 12, 2026 10:34 PM |
| **To:** | 'Birmingham, William (USTP)' |
| **Cc:** | 'Robert D. Nosek'; 'RICHARD McCORD'; 'Andrew S. Muller'; 'Christopher Palmieri' |
| **Subject:** | Receiver Fee Motion |
| **Attachments:** | Notice of Hearing NY Beach Fee Application-final .docx; Proposed Order- final .docx; Certification for Fee Application - NY Beach Club  Ocean Blvd- final .docx; Fee Application for NY Beach Club and Ocean Blvd- final .docx; NY Beach Club Feb 10 to April 30 2026 Inv.pdf |

William and All:

Please see my updated draft fee motion – with a copy of my time record included.  Based on our earlier call with debtors and secured creditors counsel, I've added a request the fee be apportioned 70/30 NYBC/Ocean Blvd. for the reasons specified.

As we're in court already on June 9th,  I am hoping to schedule this application and hearing for the same date and therefore would like to file as soon as possible – with the required period of advance notice.

William – please let me know if you have any comments or required revisions, or if I have your consent to file.  Thank you.

Regards,
Mike

*Michael Sepe, Esq.*

 **MICHAEL SEPE, LLC**
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

1