## Michael Sepe

| | |
|---|---|
| **From:** | Michael Sepe <ms@sepelaw.com> |
| **Sent:** | Wednesday, April 22, 2026 8:10 PM |
| **To:** | 'Robert D. Nosek'; 'RICHARD McCORD'; 'Andrew S. Muller'; 'Christopher Palmieri' |
| **Cc:** | 'Birmingham, William (USTP)' |
| **Subject:** | NY Beach Club |

All: to recap the various events of this week (and its only Wednesday):

**Walkthrough**: The walkthrough will take place on <u>Friday at noon</u>. I will be present, as will lender, and a Troon representative. We will meet Jill Kaplan, Mr. Jacobson's employee.

**Insurance**:
- Brandon Raymar is working on 2 coverage additions, molestation and animals/pets.
- He also confirmed his carrier is adding the additional insureds that were requested to the coverage packet, including me as Receiver.
- The $19,645.66 check to bind was cashed by his agency and as soon as the ACH is set up, the remaining payments (10) for the coverage term will be ACH'd each in the amount of $8040.38.

**Troon**: Andrew and Chris, please push the process of getting the Troon contract finalized as we are in Court next week.

**Receivers Account at Dime**:
- As mentioned earlier this week, the Utilities sub account has been set up.
- Second, the necessary forms have been sent to Dime for ACH and online Bill Pay from the checking account.
- Dime sent me an indemnification agreement they require be executed by me – in order to allow check recipients (ie NYBC employees) to cash their checks at Dime. It is under review because as written it calls for the signature of the employer (Debtor here) and will need to be revised. Also, at a minimum, I need to see the confirmation of me being added on the GL portion of the policy to confirm I'm covered, before I can consider agreeing to indemnify Dime for employee actions.
- A request has been sent to open a payroll account (see below).

**Payroll Account:**
- In light of other discussions today I have also asked Dime to open a separate payroll account. This will be one payroll account rather than separate payroll and payroll tax accounts, primarily for ease of accounting. I have spoken with counsel for all parties and Mr. Birmingham, and I am informed that this is acceptable to all.

**Employee Payroll**:

1

- The contemplated plan is to have Debtors online service coordinate with Dime so that Debtor can generate employee paychecks, with paystubs, linked to the payroll account and then submit them to me for review and signature. We expect that around Memorial Day weekly payroll will encompass in the range of 75 employee checks.

**Receipt of Payments**:
- Mr. Jacobson has 3 paper checks from members which will be given to me on Friday for deposit ($8100, $7400, and $2600).
- As to ACH electronic payments from members to the Receiver's account, this will be paid by Quickbooks and Square. Typically, those services send the members payment in full and then deduct (from the destination account) their percentage for processing each payment. As discussed with everyone, I'm not comfortable with anyone dipping into the receivers account with numerous small deductions that will be difficult to track. For that reason, I asked Mr. Jacobson and his counsel to ask the online payment services to deduct their fees prior to sending me the balances, followed by a later reconciliation report. In this way the payments will be untouched after receipt into my account. According to Mr Jacobsons email from earlier today, Quickbooks has confirmed this is doable – so, we just confirmation from Square.

**JPMorgan Chase:**
- Mr. Jacobson advises today that post transfer from JPMC to the Receivers account of the 180K previously attached, that JPMC unfroze the NYBC (9173 account) an apparently had left $2900 in that account for reasons unknown (likely a sweep error). That account had autopay set up for certain vendors and apparently those payments went out in the approximate amount of $1300. Mr. Jacobson will be providing the detail and a check for approximately $1600 for the balance in that account for deposit into the Receivers account.

**Disclosure:** Pursuant to my March demand letter, Debtor has provided me with additional bank statements for NYBC at JPMC (9173) and Ocean Blvd (9613).

**Additional Payments Requested:** Mr. Jacobson has requested payments for Ink Stitch and Starlight Paint. I'm informed those are on the Google Drive link he previously circulated. I will download, review asap, advise all parties and pay upon satisfactory review.

Thank you.

*Michael Sepe, Esq.*



MICHAEL SEPE, LLC
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

2