## Michael Sepe

| | |
|---|---|
| From: | Michael Sepe <ms@sepelaw.com> |
| Sent: | Friday, May 29, 2026 5:56 PM |
| To: | 'Robert D. Nosek'; 'Andrew S. Muller'; 'Christopher Palmieri'; 'RICHARD McCORD' |
| Cc: | 'Alexander Jacobson'; 'Josh Blisko'; 'Birmingham, William (USTP)' |
| Subject: | NYBC |
| Attachments: | NYBC (and OB) checks 187-217.pdf; Deposits May 30.pdf; REVOCABLE SEASONAL PARKING LICENSE AGREEMENT(10036003.1).docx |

All: I met with Mr. Jacobson today for the purpose of payroll checks, vendor checks, member refunds and the Village of Atlantic Beach.

- Please see copies of checks 187-217 written today (attached).  These do not include payroll checks which because of security features on those checks were photographed and will have to be sent separately.
- I also have checks to deposit in the approximate amount of 20K which will be done tomorrow or Monday (attached).
- As of today, not counting the above, total deposits in the Receiver account approximately total 860K.

- I have reviewed the remaining member refund requests (from weeks ago) and will email you separately.

- I am in receipt of Mr. Nosek's draft agreement as to Boardwalk Empire (attached) and ask Andrew/Chris to review in advance of our next call

- I received a call from the Mayor of Atlantic Beach regarding their demand for $9600 for a native plant and bollard border between a NYBC parking lot and a VAB playground and the "settlement agreement" which I've learned was drafted by Mayor himself who is not an attorney.

- I recommend we have an attorney call so that I can fill you in on that conversation.  I will send a separate email re same and would like to do it Tuesday.

- In that same call we can discuss Mr. Jacobson's request for payment for management services and finalize the Boardwalk Empire issue.  In addition, I'm awaiting documentation regarding sales commissions for Jill Kaplan.

- Separately, I had a telephone conversation with Matt Legge in light of some of the concerns raised by Debtor's counsel.  Mr. Legge offered to reduce the monthly contract from 15K to 12.5K.  I approve of that reduction, and as soon as the change is made, the contract will be executed with Polaris to begin work on June 1st.

1

Have a good weekend all.

*Michael Sepe, Esq.*



**MICHAEL SEPE, LLC**
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.