## Michael Sepe

| | |
|---|---|
| **From:** | Michael Sepe <ms@sepelaw.com> |
| **Sent:** | Tuesday, April 21, 2026 6:29 PM |
| **To:** | 'RICHARD McCORD' |
| **Cc:** | 'Robert D. Nosek' |
| **Subject:** | RE: Credit card vs ach |

Rich/Rob – I very much appreciate our earlier conversation.   However, I'm starting to wonder if maybe we should have Mr. Jacobson stop contacting me directly and go through you.

We don't need to reach that point yet, but I need your help addressing my concerns:

He has a tendency to hear what he wants to hear while ignoring the rest.  As further discussed, and this is certainly <u>not</u> directed at you but the
'this needs to be paid today' stuff really needs to stop before I conclude the pattern is intentional.

- As to set monthly ACH payments, as discussed (including with him last week) I need an invoice or at least a contract showing the monthly amount.  Once that is adequately substantiated, I do not have a problem setting up monthly ACH payments

- As further discussed, when I denied his request for debit card to the Receivers account, I am not opposed to reimbursement requests for his credit card after the expenses have been documented – but I am not going to preapprove reimbursement requests based on nothing but a spreadsheet.

We had left off with your calling the US Trustee on the credit card question, and you checking with Intuit and/or square to see if they could deduct their fees prior to the net member payment to the Receivers account (in order to avoid those entities having what would essentially be charge back deduction access to a Receivers account and the possible problems with same).

So, I'll wait to hear from you (please) on those items.  Thank you both.

Best Regards,
Mike

### *Michael Sepe, Esq.*

 **MICHAEL SEPE, LLC**
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

1