## Michael Sepe

| | |
|---|---|
| **From:** | Michael Sepe <ms@sepelaw.com> |
| **Sent:** | Friday, June 26, 2026 7:37 PM |
| **To:** | 'Robert D. Nosek'; 'RICHARD McCORD' |
| **Cc:** | 'Alexander Jacobson' |
| **Subject:** | NY Beach Club and Ocean Blvd |
| **Attachments:** | JPMC Acct 9173 - Monies Received From - Monies Paid To.xlsx; Member Deposits.Payments 2026 Season.pdf |

Rob/Rich/Mr. Jacobson:

Attached is an unedited first portion of my upcoming report in the form of a 2 tab spreadsheet.

It based upon my review of the bank statements contained in the dropbox below which are highlighted in various colors.

As previously discussed, the above spreadsheet's first tab is an overview of the NYBC accounts for the 11 months prior to the proceeding. The second tab (with color columns corresponding to the highlights) tallies the monies transferred between NYBC and other entities along with payments made for benefits and credit cards.

As per my prior email to Rob, please get me those credit card statements.

I still need to collate the carver and ocean blvd statements that Mr. Jacobson sent me earlier today (and notate the spreadsheet) but wanted to get this to you before the weekend.

Again, this is a rough incomplete draft so I welcome any comments, corrections or suggested revisions. I will update the link Monday with the Carver 7794 account statements as well.

As previously agreed, we will meet on Tuesday at 3PM at my office in order to fill in the gaps in my understanding based on the attached. That meeting will also allow me thereafter to write the second (narrative) portion of my report, including the documents Mr. Jacobson provided, as to the difference between the 2026 member deposits and the monies collected by me at time of my appointment (see PDF attachment).

Please feel free to call me on Monday to discuss. Thank you.

https://www.dropbox.com/scl/fo/enj6kh181t5qqy0b9wn9l/ALw2bc20Lo2sKViUQdjnpVQ?rlkey=dqosfic2cfw71s56ru6l0gi3y&st=jbt2um0a&dl=0

Regards,
Mike

**Michael Sepe, Esq.**



MICHAEL SEPE, LLC
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

## Michael Sepe

| | |
|---|---|
| **From:** | Michael Sepe <ms@sepelaw.com> |
| **Sent:** | Wednesday, July 8, 2026 4:01 PM |
| **To:** | 'Robert D. Nosek'; 'RICHARD McCORD'; 'Andrew S. Muller'; 'Christopher Palmieri' |
| **Subject:** | Updated Spreadsheet |
| **Attachments:** | JPMC Acct 9173 - Monies Received From - Monies Paid To.xlsx |

All – after some additional information was supplied, and corrections noted, please see my updated (phase 1) spreadseet.  At debtors request, a bottom Net Out column was also created for the period of August 25-March26.

### *Michael Sepe, Esq.*



**MICHAEL SEPE, LLC**
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

1