**Michael Sepe**

| | |
|---|---|
| **From:** | Michael Sepe <ms@sepelaw.com> |
| **Sent:** | Wednesday, June 3, 2026 6:47 PM |
| **To:** | 'Andrew S. Muller'; 'Robert D. Nosek'; 'RICHARD McCORD'; 'Christopher Palmieri' |
| **Cc:** | 'Alexander Jacobson'; 'Josh Blisko' |
| **Subject:** | FW: New York Beach Club and Ocean Blvd. LLC |
| **Attachments:** | IMG_4399.pdf |

This was a bid from an outside contractor that would have charged for both labor and materials. Following receipt I called Mayor Frohlinger and pointed out that the Village should be providing the labor since they have a Dept of Public works. He agreed – as such the total cost will be $6600 rather than $9600. His confirmatory email will follow.

*Michael Sepe, Esq.*

 **MICHAEL SEPE, LLC**
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Barry Frohlinger <bfrohlinger@atlanticbeachny.gov>
**Sent:** Wednesday, June 3, 2026 11:14 AM
**To:** Michael Sepe <ms@sepelaw.com>; Barry Frohlinger <bfrohlinger@atlanticbeachny.gov>
**Subject:** Re: New York Beach Club and Ocean Blvd. LLC

Dear Michael Sepe, Esq.:

I hope all is well. Attached is the documentation for the bollards. The documentation for the plantings is still being gathered, and I will send it under separate cover.

Please let me know if you have any questions.

Regards,

Barry

**From:** Michael Sepe <ms@sepelaw.com>
**Sent:** Friday, May 29, 2026 6:44 PM

**To:** Barry Frohlinger <bfrohlinger@atlanticbeachny.gov>
**Subject:** New York Beach Club and Ocean Blvd. LLC

Dear Mayor Frohlinger:

As per your call to me earlier today, this office serves as Court appointed Receiver to New York Beach Club and Ocean Blvd. LLC collectively "the Debtors" pursuant to orders of the NY Supreme Court and subsequently the federal bankruptcy Court for the Eastern District of New York. The pending bankruptcy proceeding is also under the supervision of the Office of the United States Trustee.

As discussed, Debtors are afforded statutory protections by law, as enforced by the federal court. I was forwarded the document entitled Settlement Agreement regarding the request by the Village of Atlantic Beach to have debtors pay $9600 to VAB to have the Village install decorative plantings and bollards along the edge of its parking lot to provide a safety barrier between that lot and adjoining pedestrian areas and a playground.

As per your separate inquiry, this will also confirm that my office has issued check 190 in the amount of $12,109.50 to VAB for on street parking.

As agreed, please forward to me any documentation you have on hand regarding the Village's costs for the bollards and plantings so that I can properly address with the Court and the U.S. Trustee.

Thank you.

Best Regards,

*Michael Sepe, Esq.*

 **MICHAEL SEPE, LLC**
ATTORNEYS AT LAW

41 Front Street, Second Floor
Rockville Centre New York 11570
T: 516.766.0477 | F: 516.766.3618
ms@sepelaw.com | www.sepelaw.com

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.