KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900
Jerold C. Feuerstein, Esq.
Andrew S. Muller, Esq.
Christopher Palmieri, Esq.

*Attorneys for 1751 Ocean LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| NEW YORK BEACH CLUB LTD., | Case No. 26-70576 (LAS) |
| Debtor. | |
| In re: | Chapter 11 |
| OCEAN BLVD., LLC, | Case No. 26-70577 (LAS) |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION TO
FEE APPLICATION OF MICHAEL SEPE, ESQ, AS RECEIVER, FOR
ALLOWANCE OF COMPENSATION PURSUANT TO ORDER
ENTERED ON APRIL 10, 2026 FOR THE PERIOD FROM
MAY 1, 2026 THROUGH JUNE 30, 2026**

**To:    The Honorable Louis A. Scarcella,
        United States Bankruptcy Judge:**

1751 Ocean LLC ("*Lender*"), secured lender to New York Beach Club Ltd. ("*NYBC*") and

Ocean Blvd., LLC ("*Ocean*", and together with NYBC, the "*Debtors*"), by and through its

undersigned counsel, as and for its response to the second Fee Application of Michael Sepe, Esq,

as Receiver (the "*Receiver*"), for Allowance of Compensation pursuant to Order Entered on April

10, 2026 for the Period From May 1, 2026 Through June 30, 2026 (the "*Second Fee Application*"), respectfully sets forth and represents as follows:

1. Lender has no objection to the Receiver's Second Fee Application.

2. As to the Debtors' objections to the Receiver's Second Fee Application, Lender brings to the Court's attention certain matters raised by Debtors' objection.

3. The Receiver previously filed and, without any objections from any party, obtained approval of a first Fee Application containing time records in the exact same format as the current Fee Application.

4. Lender's counsel did not discuss with the Receiver traditional bankruptcy time-keeping procedures – noting the time incurred for every single discrete task, and separating entries into topical categories (Automatic Stay, Claims, Executory Contracts, Discovery, Operating Statements, General Case Management, etc.).  To Lender's counsel's knowledge and belief, no one else involved with the case did either.

5. On a number of occasions, the Receiver has disagreed with or "overruled" Lender's perspective regarding certain matters (examples include issues concerning payment to Boardwalk Empire LLC, and compensation to Jacobson).  Notwithstanding these disagreements, Lender has found that the Receiver capably protected and preserved the value of the Debtors' estates and protected the interests of Lender and other creditors herein.

[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]

2

**WHEREFORE**, Lender has no objection to the form of the Receiver's second Fee Application or the amount requested therein.

Dated: New York, New York
July 22, 2026

KRISS & FEUERSTEIN LLP

By: */s/ Andrew S. Muller*
Jerold C. Feuerstein, Esq.
Andrew S. Muller, Esq.
Christopher Palmieri, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900
jfeuerstein@kandfllp.com
amuller@kandfllp.com
cpalmieri@kandfllp.com