**EXHIBIT A**

| Projected Revenue | $320,000.00 | $780,000.00 | $7,000.00 | $5,000.00 | $0.00 | | $1,112,000.00 |
|---|---|---|---|---|---|---|---|
| Operating Expenses | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | | |
| Club Entertainment | $24,900.00 | $6,200.00 | $0.00 | $0.00 | $0.00 | | |
| Facilities Expense | $16,925.00 | $29,600.00 | $2,600.00 | $600.00 | $600.00 | | |
| Independent Contractors (1099) | $33,500.00 | $34,200.00 | $22,200.00 | $15,000.00 | $14,000.00 | | |
| Insurance | $8,541.38 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | | |
| License & Permit Fees | $9,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Management | $28,125.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | | |
| Marketing Expense | $2,500.00 | $9,000.00 | $4,500.00 | $2,000.00 | $2,000.00 | | |
| Merchant Fees | $11,000.00 | $15,000.00 | $140.00 | $0.00 | $0.00 | | |
| Office Expenses | $1,300.00 | $400.00 | $200.00 | $200.00 | $200.00 | | |
| Payroll W2 | $152,000.00 | $90,000.00 | $14,000.00 | $8,200.00 | $8,200.00 | | |
| Phone/internet | $1,164.69 | $1,164.69 | $899.00 | $899.00 | $899.00 | | |
| Postage & Shipping | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | | |
| Professional Service | $349.00 | $3,649.00 | $1,849.00 | $1,849.00 | $3,349.00 | | |
| Rent | $54,167.00 | $54,167.00 | $54,167.00 | $54,167.00 | $54,167.00 | | |
| Restaurant COG | $62,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | | |
| Restaurant Expenses | $16,900.00 | $13,500.00 | $0.00 | $0.00 | $0.00 | | |
| Utilities | $7,100.00 | $7,750.00 | $2,850.00 | $1,100.00 | $1,100.00 | | |
| Waste Management | $3,000.00 | $3,000.00 | $1,000.00 | $0.00 | $0.00 | | |
| Web Hosting /Software Expense | $2,755.00 | $3,325.00 | $1,275.00 | $925.00 | $925.00 | | |
| | $435,507.07 | $296,435.69 | $127,160.00 | $106,420.00 | $106,920.00 | | $1,072,442.76 |