**EXHIBIT 1**

**[Form of Creditor Ballot]**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re:

                                                      Chapter 11

NEW YORK BEACH CLUB, LTD,

                                                      Case No.: 8-26-70576-las

              Debtor.

---------------------------------------------------------------X

In re:

                                                      Chapter 11

OCEAN BLVD., LLC,

                                                      Case No. 8-26-70577-las

              Debtor.

---------------------------------------------------------------X

**BALLOT FOR ACCEPTING OR REJECTING THE
FOURTH AMENDED COMBINED DISCLOSURE STATEMENTS AND PLANS OF
LIQUIDATION, DATED JULY 27, 2026 OF NEW YORK BEACH CLUB, LTD. AND
OCEAN BLVD., LLC**

_____

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR
COMPLETING BALLOTS CAREFULLY BEFORE COMPLETING THE BALLOT**

**THIS BALLOT MUST BE ACTUALLY RECEIVED BY
_____, 2026 (THE "VOTING DEADLINE")**

_____

New York Beach Club, Ltd. and  Ocean Blvd., LLC (collectively, the "Debtors" or the "Proponents") have sent this ballot to you because one or both of the Debtors' records indicate that you are a holder of a Claim that has a right to vote to accept or reject the Debtors' *Combined Disclosure Statements and Plans of Liquidation, dated July 27, 2026* (as may be amended from time to time and including all exhibits or supplements, the "Plan") [26-70576-las ECF Doc. No. 136; 26-70577-las ECF Doc. No. 102].[1]

Your rights are described in the Plan and the *Order (A) Provisionally Approving Adequacy of the Amended Combined Disclosure Statement and Plan of Reorganization, dated January 30, 2026, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Amended Combined Disclosure Statement and Plan of Reorganization, (C) Scheduling a Hearing on Confirmation of the Amended Combined Disclosure Statement and Plan of Reorganization, and (D) Approving Related Notice Procedures* (the "Solicitation Order") [ECF Doc. No. ___].  The Plan and Solicitation Order, and certain other materials contained in the Solicitation Package are

---

[1]  Capitalized terms not otherwise defined shall have the meanings set forth in the Plan or the Solicitation Order.

included in the packet you are receiving with this ballot. If you need to obtain additional solicitation materials or if you have any questions regarding the balloting procedure, you may contact the Balloting Agent, counsel for the Debtor, Certilman Balin Adler & Hyman, LLP, attn. Robert D. Nosek, Esq., by: (a) First Class Mail at 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554; (b) electronic mail at rnosek@certilmanbalin.com, or (c) by telephone at (516) 296-7000. You may also obtain solicitation materials for a fee via PACER at http://www.nyeb.uscourts.gov. The Bankruptcy Court has approved on a provisional basis the disclosures in the Plan as containing adequate information, as required under section 1125 of the Bankruptcy Code. Bankruptcy Court approval, provisional or otherwise, of the disclosures in the Plan does not indicate approval of the Plan by the Bankruptcy Court. This ballot may not be used for any purpose other than to vote to accept or reject the Plan. If you believe you have received this ballot in error, please contact Certilman Balin Adler & Hyman, LLP as set forth above.

**YOU SHOULD REVIEW THE DISCLOSURES AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE PLAN AND THE PLAN'S TREATMENT OF YOUR CLAIM. IF YOU HOLD CLAIMS IN MORE THAN ONE CLASS, YOU MUST COMPLETE A SEPARATE BALLOT FOR EACH CLASS IN WHICH YOU ARE ENTITLED TO VOTE. IF YOU HOLD CLAIMS AGAINST BOTH OF THE DEBTORS, YOU MAY FILE A SINGLE CLAIM INDICATING THAT YOUR CLAIMS ARE AGAINST BOTH DEBTORS.**

If the balloting Agent does not **actually receive** your ballot on or before the Voting Deadline, and if the Voting Deadline is not extended, your vote will not count. **If the Court confirms the Plan, it will bind you regardless of whether you vote.**

### Item 1.  Amount of Claim

The undersigned hereby certifies that as of the Record Date, _____, 2026, the undersigned was the holder of a Class __[2] Claim against the following Debtor(s):

CLAIM ASSERTED AGAINST:  _____,

in the following amount (insert amount in box below):

| Amount of Claim: $_____ |
| --- |

---

[2] The schedule of the Classes of Claims is described in the Plan.

**Item 2.  Vote on Plan**

The holder of the Claim set forth in Item 1 votes to (please check one):

| ACCEPT THE PLAN | REJECT THE PLAN |
|:---:|:---:|
| ☐ | ☐ |

Any ballot that is executed by the holder of a Claim, but that indicates both an acceptance and a rejection of the Plan or does not indicate either an acceptance or rejection of the Plan, will not be counted.

**Item 3.  Certifications**

By signing this ballot, the undersigned certifies to the Bankruptcy Court and the Debtor that:

1. Either: (a) the entity is the holder of the Claim(s) being voted; or (b) the entity is an authorized signatory for an entity that is a holder of the Claim(s) being voted.

2. The entity has received a copy of the Solicitation Package, including a copy of the Disclosures and the Plan and the Solicitation Order, and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth in the Solicitation Package.

3. The entity has cast the same vote with respect to all Claims that it holds in a particular Class.

4. No other ballots with respect to the amount of the Claim(s) identified in Item 1 have been cast or, if any other ballots have been cast with respect to such Claim(s), that any such ballots dated earlier are hereby revoked.

5. The entity acknowledges that a vote to accept the Plan constitutes an acceptance of the treatment of such entity's Claim(s) in the applicable Class.

6. The entity understands and, if accepting the Plan, agrees with the treatment provided for its Claim(s) under the Plan.

7. The entity acknowledges and agrees that the Debtors may make conforming changes to the Plan to the extent provided by Bankruptcy Rule 3019; provided, that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes.

10098996.1

Name of Holder: _____

(Please print or type)

Federal Tax Identification Number (if applicable): _____

Signature: _____

Name of Signatory: _____

Representative Capacity (if other than holder): _____[3]

Title: _____

Address: _____

_____

_____

Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT PROMPTLY. YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THE VOTING DEADLINE, WHICH IS ON _____, 2026.**

---

[3] If you are completing this ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing. You may be required to provide additional information or documentation with respect to such relationship.