MICHAEL SEPE, ESQ.
Michael Sepe, LLC
41 Front Street, Second Floor
Rockville Centre, New York 11570
Phone: (516) 766-0477
ms@sepelaw.com
*Court Appointed Receiver*

Hearing Date: October 1, 2026 at 10:00 a.m.

Objections Due: September 24, 2026 by 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEW YORK BEACH CLUB LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70576 (LAS) |
| In re:<br><br>OCEAN BLVD., LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70577 (LAS) |

**NOTICE OF HEARING TO CONSIDER THIRD FEE APPLICATION OF MICHAEL SEPE, LLC, AS RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTIONS 327, 328, AND 330 OF THE UNITED STATES BANKRUPTCY CODE AND RULES 2002 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that Michael Sepe, LLC, as appointed Temporary Receiver of New York Beach Club Ltd. ("NYBC") and Ocean Blvd., LLC ("Ocean Blvd.", and together with NYBC, the "Debtors"), the above-referenced debtors and debtors in possession, shall move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722, in Courtroom 970, on **October 1, 2026, at 10:00 a.m.** (the "Hearing") or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed order annexed to the accompanying application (the "Application"), awarding compensation for services rendered from July 1, 2026, through

August 31, 2026 in the amount of $64,500, with $51,600 of that sum to be paid by Debtor NY Beach Club and $12,900 to be paid by Debtor Ocean Blvd. LLC.

**PLEASE TAKE FURTHER NOTICE** that all attorneys and unrepresented parties appearing must register with eCourt Appearances at least two (2) business days in advance of the scheduled hearing at: https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl?reginit=las.

**PLEASE TAKE FURTHER NOTICE** that if you are unable to use the eCourt appearances platform, you must email the Courtroom Deputy at las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number, who you represent if you are an attorney, and the date of the hearing. **Your email must include in the Re: line "I am not able to register using eCourt Appearances."** You will then be provided with the dial in/log in information. If you do not have internet access, you may call the Courtroom Deputy with this information.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application must be filed with the Court with a copy served upon: (i) Michael Sepe, LLC, 41 Front Street, Second Floor, Rockville Centre, New York, 11570; and (ii) Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, by no later than **5:00 p.m. on September 24, 2026.**

**PLEASE TAKE FURTHER NOTICE** that only objections that have been timely filed may be considered by the Court.

Dated: Rockville Centre, New York
September 2, 2026

Michael Sepe, LLC

By: */s/Michael Sepe*

Michael Sepe, Esq.
41 Front Street, Second Floor
Rockville Centre, New York 11570
(516) 766-0477
ms@sepelaw.com

*Michael Sepe, as Temporary Receiver*