**Michael Sepe, LLC**
**41 Front Street, Second Floor**
**Rockville Centre, NY 11570**
**516-766-0477**
**ms@sepelaw.com**

Invoice submitted to:

Receivership
Carver Federal Savings v.
New York Beach Club et al

| | |
|---|---|
| Invoice # | **23338** |
| Invoice Date | **09/01/2026** |
| For Services Through | 08/31/2026 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: **Professional Services Rendered (Professional Service)** | | | | |
| 07/01/2026 | MJS | Rev payroll and cash mgmt reports, rev July budget, print and organize checks, print and organize emails from AJ in follow up to in person meeting for report | 1.70 at $ 500.00/hr | $ 850.00 |
| 07/02/2026 | MJS | Write checks 322-347 and payroll 1231-1291, calls with AS re additional invoices, meet with AJ re checks and op issues, deposits at Dime, order addl NYBC checks, deliver next payroll checks to AJ, draft and send weekly report of all payments, sales, and today's balances | 2.20 at $ 500.00/hr | $ 1,100.00 |
| 07/06/2026 | MJS | Call with AM, draft second fee application, assemble notes from last AJ meeting, emails with AJ and RM re SARE and JPMC account sweep, zoom call with J Manshear, C Palmieri and AM re AJ meeting and T Held request, review post meeting materials sent by AJ, call with M Legge re invoice, operations suggestions, T Held and future visits, email to AS ew QB reports, email to RN re T Held | 2.40 at $ 500.00/hr | $ 1,200.00 |
| 07/07/2026 | MJS | Send re operations and Polaris payments, email re same, calls and emails wth Legge, review and highlight Chase freedom card statements re NYBC vs personal expenses, email w AS re 2026 member list and deposits, email from RM, review budget, call with RN re credit card expenses and email re same re AJ differentiating | 1.80 at $ 500.00/hr | $ 900.00 |
| 07/08/2026 | MJS | Revise spreadsheet based on latest info, email from AS with 2026 invoice list, review same. 1.5 hr call with AJ and and AS reviewing same in attempt to account for member payments, select payment history screenshot samples, review same, circulate revised spreadsheet, review latest budget, call with RN re same, review NYS sales tax portal, emails to AS AJ re same, cut check for BE and liquor bill, send pics to AJ, check status of motion in BE state foreclosure case, add exhibits to Rec report, call with AM, zoom call with RN and AM re budget, investigation, pending motions and Polaris, call from AM and CP, calls with M Legge, review reports between Legge and AJ, email to AJ Legge and counsel re open units and sales | 5.10 at $ 500.00/hr | $ 2,550.00 |
| 07/09/2026 | MJS | Appearance at EDNY Judge Scarcella | 6.50 at $ 500.00/hr | $ 3,250.00 |

| | | | | |
|---|---|---|---|---|
| 07/10/2026 | MJS | Checks 350-375, meet with AJ, issue payroll checks, issue additional check for J Kaplan, email to AS re NYS sales tax portal, make deposit of cash and 2 new unit sales checks, review prospective notice to members by AJ, email to AM, balance transfers for payments, assemble checks, sales report, deposits and send weekly report to all, upload latest bank statements, email to all with same, finalize fee app, email to AJ re notice, email to all re Tobi Held asst mgr request, email re NYS sales tax | 3.40 at $ 500.00/hr | $ 1,700.00 |
| 07/13/2026 | MJS | Emails from AJ re Kaplan commissions, call with RN re various | 0.40 at $ 500.00/hr | $ 200.00 |
| 07/14/2026 | MJS | Call with W Birmingham, emails with RN re Ocean Blvd statements, finalize e-file 2nd fee app, call from AM, email to Diane Corsini, zoom call with AM, RN, W Birmingham, and CP re 2027 member deposits and various | 1.60 at $ 500.00/hr | $ 800.00 |
| 07/15/2026 | MJS | Email to R Nosek w weekly invoices, rec and review credit card statement for T Held at TD Bank, email to AJ and RN re need for the rest of the statements, T Held, and Kaplan | 0.30 at $ 500.00/hr | $ 150.00 |
| 07/16/2026 | MJS | Review payroll, emails with Alina, emails from RN re Kaplan, call from Matt Legge re vendor, emails with Dime, emails to RN w Dime statements for payroll and ICS accounts, review application to appoint broker, emails with AM and CP re same, email to Certilman re same, emails with AS re Dragan | 1.70 at $ 500.00/hr | $ 850.00 |
| 07/17/2026 | MJS | Call with Krystal Fruits re latest invoice, write checks 376-392, meet with AJ, sign payroll, review issues with AJ, inc Tobi Held, Jill Kaplan, issue her additional 1% commission check, 2027 memberships, sale, edits to member agreements, band costs, Krystal fruits check and Dragnan 2026 lost checks, email to AS re chase reimbursement, call with Alina re same and Home Depot/Amazon purchases, make deposits at Dime, conv w Dime mgr re monthly statements, file request for e-statements, call with Andrew Muller, call with R Nosek re Dragan, Kaplan, Held, objection to fee app, sale and 2027 deposits, send weekly report with check, deposit and sales totals to all, review objection to fee app, call from AM re same, outline points for response | 4.60 at $ 500.00/hr | $ 2,300.00 |
| 07/20/2026 | MJS | Email to AJ re over weekend request for sales tax payment, speak with Judge Murphy re status of cases, call from W Birmingham, USTO, re debtors objection to fee app, email to D Corsini re hearing, emails from AJ re sales tax due, emails to same requesting backup, review proposed tax filing sent by AJ and spreadsheet of underlying transactions, call from east coast paper rep, call with AS re same and spreadsheet totals, email to parties approving sales tax payments, make acct transfers for same, and to cover checks from last week, email with USTO re needed bank statements, download same, review bank statements for Dragan 2025 lost paycheck issue, email to parties re same, call from Jon Goldsmtih at East Coast Paper re open invoice, email to same, review R Mccord monthly operating report, review execute and email Dime agreements re electronic notices and statements, email requested materials (June statements and bond) to John Gervais at USTO, authorizing sections of report | 4.90 at $ 500.00/hr | $ 2,450.00 |
| 07/20/2026 | MJS | Reviewed motion and objection; researched issues related to attorney's fees in receiver cases; researched federal and state statutes cited in objections; ran searches in Lexis re: receiver fees, block billing 1.8; added case law to notes where block billing was permitted; drafted sections quoting objections' false quotes in comparison to billing entries 2.1 | 3.90 at $ 500.00/hr | $ 1,950.00 |
| 07/21/2026 | MJS | Gather exhibits, work on response to debtors objection 3.2, email to AM and CP re T Held .1, email to John Gervais at USTO re Dime practices w balances and info re ICS .2, 2 calls with M Legge re operations .4 | 3.90 at $ 500.00/hr | $ 1,950.00 |

| | | | | |
|---|---|---|---|---|
| 07/22/2026 | MJS | Call from Dime re payroll account, .1, additions and revisions to response to Debtors objections, calls with A Muller re same, finalize and file same 5.7, additional copy of Response to email service list that Debtors sent objection .2, , check to liquor supplier, email to AJ with same .2, email from and to AJ re door dash .2,, call with Matt Legge re Tobi Held req .1, call with AM re same and insider question .2, email to counsel re Tobi Held .1, email to mccord resp re report .1 | 6.90 at $ 500.00/hr | $ 3,450.00 |
| 07/23/2026 | MJS | Appearance before judge Scarcella re hearing on fee application and Northgate, 2 calls from East Coast paper while at court - (less .4 spent on another matter and lunch break) 8.6, review payroll report .2, email to AS re same .1 | 8.90 at $ 500.00/hr | $ 4,450.00 |
| 07/24/2026 | MJS | Draft fee order, upload same .3, calls from East Coast paper .2, email to D Corsini w order, .1, review invoices and issue checks 395-419 .9, meet with AJ, payroll checks 1411-1469, issue replacement payments for Hartford, band, etc, calls with AJ and AS re reimbursement requests to cc companies, review rec balances with AJ, call with AJ and East Coast paper, discussion re protocols re 2027 deposits and possible legal issues 1.8, transfers for payroll, vendor checks and receiver checks .1, compile docs for weekly report (checks issued, payroll totals, amount of deposits, amount of sales) .7 | 4.10 at $ 500.00/hr | $ 2,050.00 |
| 07/27/2026 | MJS | Emails from and to RN re account balances .2, meet with Steve Goldstein re East coast paper, check for open invoices, calls with AJ and AS .6, weekly deposit at Dime .3, weekly report with deposits, sales figures, and checks issued, to all .6, email to all counsel re need for call on certain topics .2, review Door Dash contract and email to all re same .4, | 2.30 at $ 500.00/hr | $ 1,150.00 |
| 07/28/2026 | MJS | Email to AJ re membership agreement needed, email to bank re 2027 account | 0.30 at $ 500.00/hr | $ 150.00 |
| 07/29/2026 | MJS | Call with AM re various.2, ,emails with and call with DIME re 2027 sub account .3, call with AJ re 2027 membership agreement, T Held .1, zoom with AM and RN re 2027 deposits, T Held, J Dragan, sale etc .5, call with W Birmingham re continuation order .2, email re same .1, rec and review new membership agreement .4, additional section of report 1.0 | 2.80 at $ 500.00/hr | $ 1,400.00 |
| 07/30/2026 | MJS | Call with RN re cont order .1 email to AM .1 call with AM re same .2, review payroll report and email to AS re same .3, review latest version of broker agreement, email re same .3, review invoices and draft checks, calls re East Coast Paper 1.4 | 2.40 at $ 500.00/hr | $ 1,200.00 |
| 07/31/2026 | MJS | Draft letter to JPMC court orders re release AJ personal account .4, meet with AJ, DS, call w R Nosek re 2027 deposit legal issues, call with AS re Nat Grid and 2 vendors, call with Steve Goldsmith re balance, collect deposits 1.2 make deposits at Dime DS meet w branch mgr re order needed for 2027 deposit accts, .7, email to AM re continuation order, .1, weekly report to all w deposits, payments and balances, .6, call with R Nosek .1, call from AJ .1 review changes to mgmt agreement language, email re same .2, email with Dime re payroll acct .1 | 3.40 at $ 500.00/hr | $ 1,700.00 |
| 08/02/2026 | MJS | Punch list for report email to R Nosek, draft additional sections of report 1.1 | 1.70 at $ 500.00/hr | $ 850.00 |
| 08/03/2026 | MJS | Email AM re last order submitted .1, emails from AS and T Held re Empire Merchant, call with same .3, email and call with AS re contents of Quickbooks reports for 2027 deposits .2 | 0.60 at $ 500.00/hr | $ 300.00 |
| 08/04/2026 | MJS | Review cash mgmt., QB reports for July .2, email from and to AS re Mejia .1, email re Southern bill .1, email from RM w Order and email to Naz at Dime re 2027 acct .1, response from Dime Legal, and reply and call to same .3, review invoices sent by AS .5 | 1.30 at $ 500.00/hr | $ 650.00 |

| | | | | |
|---|---|---|---|---|
| 08/05/2026 | MJS | Complete payroll and vendor payments 1.3, call from Dime mgmt re payroll sub account .2, call with R Nosek re payroll acct, checklist, objection to disclosure, 27 deposits and various .2, call from Dime legal re scope of order .2, addl calls with regional mgr re same, .5, email to attys w new acct number .1, call with AS re bill questions .2 | 2.70 at $ 500.00/hr | $ 1,350.00 |
| 08/06/2026 | MJS | Drafted information subpoenas to Webster Bank and Citibank; multiple calls regarding same; called and researched banks for compliance department; sent subpoena out .7, Zoom call with RN, AM, CP and W Birmingham re plan disclosures and sale .7, emails from and to Ellen Kroll re 2027 .2, make SAR and Polaris payments .3 | 3.00 at $ 500.00/hr | $ 1,500.00 |
| 08/07/2026 | MJS | Email to AJ re bank stmts and PSEG | 0.10 at $ 500.00/hr | $ 50.00 |
| 08/08/2026 | MJS | Email from and to RM re SAR pymt .1, email from and to RM re UST payment .1 | 0.20 at $ 500.00/hr | $ 100.00 |
| 08/10/2026 | MJS | Review execute and send banking agreement re 2027 deposits .3, calls with Naz A re same .3, check to AFI re overage, email to same re invoices, .3, emails w RM and usto re fees owed .4, 2 calls w usto re same .3, call w AM re sar pymt .1, call w AJ re usto fees, deposits .1, compile and send all July banking stmts .4, calls e Alina S re invoices and 27 deposits account .3, calls W usto w Dime re FDIC protections for 27 acct and email re same .4, call from Susan Jaffe re 27 questions .2 weekly report w copies of payments and balances to all .3 | 3.40 at $ 500.00/hr | $ 1,700.00 |
| 08/11/2026 | MJS | Email to all re activation of 2027 acct, .1, rec conflicting usto invoices from AJ, review same comp to usto invoices .2, call w Brandon Raymar re insurance invoice, check to same and email to Carla Disalvo.4, check to liquor supplier and email to AJ with same .1, work on report .9, email from AJ re bookkeeping questions, review statements re same, send answers to AJ w copies of requested statements .7, emails with Matt Legge re sale .2 | 2.60 at $ 500.00/hr | $ 1,300.00 |
| 08/12/2026 | MJS | Work on report re amount of business spending reflected in bank statements 1.1, call with W Birmingham re usto fees, and email to same .3, call with R Nosek re same and status of report .2, email to RN re usto fees .2 | 1.80 at $ 500.00/hr | $ 900.00 |
| 08/13/2026 | MJS | emails with AS re employee checks .1, rev payroll report email to AS re same .2, email to AM CP and sec cred w receipts for usto pymts .2 | 0.50 at $ 500.00/hr | $ 250.00 |
| 08/14/2026 | MJS | Rev invoices, meet with AJ cut checks and payroll .9, discuss AJ questions re upcoming report, call with R Nosek re same .5 | 1.40 at $ 500.00/hr | $ 700.00 |
| 08/16/2026 | MJS | Email to AJ re Landmark and Held .1, issue USTO payment .2, email to all re same .1, additional tabulation of bank statements and work on report 2.2 | 2.60 at $ 500.00/hr | $ 1,300.00 |
| 08/17/2026 | MJS | Continue drafting sections of report | 2.90 at $ 500.00/hr | $ 1,450.00 |
| 08/18/2026 | MJS | Continued drafting of Receivers report | 8.70 at $ 500.00/hr | $ 4,350.00 |
| 08/19/2026 | MJS | Deposits at Dime, meet w mgr re 2027 deposit questions .5, call with R Nosek re punch list .2, emails with AJ re copies of checks from 9000 Carver acct re report and call with same .2, email from and to AJ re 27 deposits .1, call with AM re sales ad for NYBC and reported revenues on flyer .3, continued work on report, insert of tables, exhibit references and drafting 4.1 | 5.40 at $ 500.00/hr | $ 2,700.00 |
| 08/20/2026 | MJS | Court appearance @ Judge Scarcella, meet with counsel re various | 5.20 at $ 500.00/hr | $ 2,600.00 |

| | | | | |
|---|---|---|---|---|
| 08/21/2026 | MJS | Review payroll and invoices .4, write next series of checks..5, meet with AJ re checks, deposits and operations .4, deposits at Dime .4, account transfers and issue daily report and email all .5 | 2.30 at $ 500.00/hr | $ 1,150.00 |
| 08/24/2026 | MJS | Emails with Alina re refund of overpaid deposits .2, call with Dime re request for 2652 stmt and 2027 deposits, emails with same .4 | 0.60 at $ 500.00/hr | $ 300.00 |
| 08/25/2026 | MJS | Email RN w draft of tables for review .1, call with R Nosek re report and various .2, email to Alina re overpayment refund .1 | 0.40 at $ 500.00/hr | $ 200.00 |
| 08/27/2026 | MJS | Call with RN re punch list and report .1, call with Dime re deposit slips .1 | 0.20 at $ 500.00/hr | $ 100.00 |
| 08/28/2026 | MJS | Review invoices and issue checks 533-551 .7, call with Jake Mansher re Legge and report .2, call with AS re certain invoices and member refund dep .1, call with Dime re requests for deposit slips .2, meet with AJ re same and execute payroll checks, w AJ calls with RN re privilege issues, review RN punch list response, discuss privilege issues, Legge, records, and requests as to report w AJ and RN .8, rec and organize deposit slip and check info .4, deposit weekly cash at branch .4, call with CP re Legge .1, review Polaris contract and call with Legge .6, email with deposit slips and checks deposited .1, assemble and send weekly report .4, additions to report .8 | 4.80 at $ 500.00/hr | $ 2,400.00 |
| 08/31/2026 | MJS | Call with AM re Legge, events of last week, status of report and plan .2, emails with and calls with RN re current balance .2, emails with AS re EC Paper bill .1, first draft of fee motion for July / August .6 | 1.10 at $ 500.00/hr | $ 550.00 |

*Total Hours: 129.00 hrs*
*Total Professional Service: $ 64,500.00*
**Total Invoice Amount: $ 64,500.00**