MICHAEL SEPE, ESQ.
Michael Sepe, LLC
41 Front Street, Second Floor
Rockville Centre, New York 11570
Phone: (516) 766-0477
ms@sepelaw.com
*Court Appointed Receiver*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEW YORK BEACH CLUB LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70576 (LAS) |
| In re:<br><br>OCEAN BLVD., LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70577 (LAS) |

**CERTIFICATION OF MICHAEL SEPE, ESQ, IN SUPPORT OF APPLICATION OF RECEIVER FOR ALLOWANCE OF COMPENSATION PURSUANT TO ORDER ENTERED ON APRIL 10, 2026, FOR THE PERIOD FROM JULY 1, 2026 TO AUGUST 31, 2026**

**TO: THE HONORABLE LOUIS A. SCARCELLA**
**UNITED STATES BANKRUPTCY JUDGE**

MICHAEL SEPE, ESQ., an attorney duly admitted to practice before the Courts of the State of New York and before this Honorable Court, affirms the following to be true under the penalties of perjury, and states as follows:

1. I am a member of Michael Sepe, LLC, which maintains an office for the practice of law at 41 Front Street, Second Floor, Rockville Centre, New York, 11570. I have personal knowledge of the facts set forth herein.

2. I submit this Certification in support of the application dated September 2, 2026 (the "Application") of Michael Sepe, Esq. as Temporary Receiver ("Receiver") of New York Beach Club Ltd. ("NYBC") and Ocean Blvd., LLC ("Ocean Blvd.", and together with NYBC, the "Debtors"), for the entry of an Order, pursuant to section 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Order of this Court, dated April 10, 2026, granting an allowance of compensation for services rendered as Receiver, during the period from July 1, 2026 to August 31, 2026 (the "Compensation Period"), and directing payment of the fees.

3. The Receiver's firm worked 129 hours during the Compensation Period amounting to fees at the rate previously set by the Court in the amount of $64,500.

4. I submit this Certification pursuant to the Guidelines for Fees and Disbursements for Professionals in the Eastern District of New York Bankruptcy Cases and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. §330 (collectively, the "Guidelines') and Bankruptcy Rule 2016.

5. I am the professional with the responsibility of compliance with the Guidelines in this matter. I have read the Application and, to the best of my knowledge, information and belief, formed after a reasonable inquiry, (i) the Application complies with the Guidelines; (ii) the fees sought therein fall within the Guidelines, except as specifically noted herein and described in the Application, and (iii) are billed at rates and in accordance with practices customarily employed by Michael Sepe, LLC and generally accepted by Michael Sepe, LLC's clients.

6. Hourly charges for secretarial, library, word processing and other staff services (exclusive of paraprofessional services) are not included in Michael Sepe, LLC's overhead for the purpose of setting billing rates.

7. There is no agreement or understanding between Michael Sepe, LLC, and any other person, other than the members of Michael Sepe, LLC, for the sharing of compensation to be received for services rendered or to be rendered in this case.

8. I further state that the Debtors, the Court and the Office of the United States Trustee have each been provided with a copy of the Application seeking an award of compensation more than twenty-one (21) days before the date set by the Court for the hearing on the Application.

Dated: Rockville Centre, New York
September 2, 2026

/s/*Michael Sepe*
MICHAEL SEPE, ESQ.
Certifying Professional