Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Debtors and Debtors in Possession
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000

**Hearing Date: October 1, 2026**
**Time: 10:00 a.m.**
**Objection Date: September 24, 2026**
**Time: 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:

NEW YORK BEACH CLUB, LTD.,

Debtor.

Chapter 11

Case No.: 26-70576-las

---------------------------------------------------------X

In re:

OCEAN BLVD, LLC,

Debtor.

Chapter 11

Case No.: 26-70577-las

---------------------------------------------------------X

**NOTICE OF HEARING TO CONSIDER FIRST INTERIM APPLICATION OF CERTILMAN BALIN ADLER & HYMAN, LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD OF MARCH 13, 2026 THROUGH AND INCLUDING AUGUST 31, 2026**

**PLEASE TAKE NOTICE,** that a hearing will be held before the Honorable Louis A. Scarcella, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 970, Central Islip, New York 11722, with such hearing to occur in person, on the **1st day of October, 2026 at 10:00 a.m. (EST)**, or as soon thereafter as counsel can be heard, to consider the First Interim Application (the "Fee Application"), of Certilman Balin Adler & Hyman, LLP, Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation, in the amount of $184,187.50[1], and for

1 The amount of fees requested attributable for services rendered to NYBC is $168,992.50 (See Exhibit C of the Application), and the fees attributable for services rendered to Ocean is $15,195.00 (See Exhibit D of the Application).

Reimbursement of Expenses, in the amount of $983.79, for Services Rendered During the Period of March 13, 2026 through and including August 31, 2026 (the "Fee Application").

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Fee Application, must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Fee Application, filed with the Bankruptcy Court at the Court's website www.nyeb.uscourts.gov (Password and Login Required) and shall be delivered to the Chambers of the Honorable Louis A. Scarcella, and a hard copy shall be served upon (i) former counsel to the Debtor, Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554 (Attn: Richard J. McCord, Esq.); and (ii) the Office of the United States Trustee, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 560 Federal Plaza, Central Islip, New York 11722 (Attn: William Birmingham, Esq.). All filings and service are to be made so as to be actually received by each party on or before **September 24, 2026 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE,** Judge Scarcella will be conducting hearings in person, except that any party in interest may, for good cause, request that a hearing be conducted telephonically by filing with the Court and serving on all affected parties a letter setting forth the justifications for such request at **least seven (7) days prior to the scheduled hearing**. The Court will consider any such requests on a case-by-case basis, based on the particular facts and circumstances of the case. If an opposing party files an objection and the hearing is in person, the opposing party must appear in person. The Court may also sua sponte alter the format of any given hearing from an in-person format to one conducted by telephone based on the particular facts and circumstances of the case, or factors external to the particular case such as weather conditions or public health concerns. **All attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.** Parties do not need to contact the Courtroom Deputy to request prior authorization to appear telephonically. If for some reason you are not able to use the eCourt Appearances platform, you must email the Courtroom Deputy

at: las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. **Your email must include in the Re line "I am not able to register using eCourt Appearances."** You will then be provided with the dial in / log in information. If you do not have internet access you may call the Courtroom Deputy with this information at (631) 712-6278.

**PLEASE TAKE FURTHER NOTICE**, that the hearing to consider the Fee Application may be adjourned without further notice other than announcement of such adjournment in Court on the date scheduled for said hearing.

Dated: East Meadow, New York
September 9, 2026

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Counsel to the Debtors and Debtors In Possession

By: /s/ Richard J. McCord
**RICHARD J. MCCORD, ESQ.**
**Robert D. Nosek, Esq.**
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Phone: (516) 296-7000