# EXHIBIT B

This exhibit includes only tasks for which Invoice No. 23338 itself provides an express task-level time allocation. It intentionally excludes uncertain allocations and mixed entries

| Date | Receiver's Description | Hours | At $500 | Classification | At $75 | Reduction |
|---|---|---|---|---|---|---|
| 07/24/26 | Review invoices and issue checks 395-419 | 0.9 | $450.00 | Payment processing / administrative | $67.50 | $382.50 |
| 07/24/26 | Transfers for payroll, vendor checks and Receiver checks | 0.1 | $50.00 | Routine banking / administrative | $7.50 | $42.50 |
| 07/24/26 | Compile documents for weekly report | 0.7 | $350.00 | Document compilation / administrative | $52.50 | $297.50 |
| 07/27/26 | Weekly deposit at Dime | 0.3 | $150.00 | Bank deposit / messenger-type | $22.50 | $127.50 |
| 07/27/26 | Weekly report with deposits, sales figures and checks issued | 0.6 | $300.00 | Routine reporting / administrative | $45.00 | $255.00 |
| 08/13/26 | Employee-check emails; payroll report; UST payment receipt emails | 0.5 | $250.00 | Payroll/document administration | $37.50 | $212.50 |
| 08/21/26 | Review payroll and invoices | 0.4 | $200.00 | Payroll/invoice administration | $30.00 | $170.00 |
| 08/21/26 | Write next series of checks | 0.5 | $250.00 | Check writing / payment processing | $37.50 | $212.50 |
| 08/21/26 | Deposits at Dime | 0.4 | $200.00 | Bank deposit / messenger-type | $30.00 | $170.00 |
| 08/21/26 | Account transfers and issue daily report/email | 0.5 | $250.00 | Routine banking/reporting | $37.50 | $212.50 |
| 08/28/26 | Review invoices and issue checks 533-551 | 0.7 | $350.00 | Payment processing / administrative | $52.50 | $297.50 |
| 08/28/26 | Call with Dime re requests for deposit slips | 0.2 | $100.00 | Routine bank administration | $15.00 | $85.00 |
| 08/28/26 | Receive and organize deposit-slip and check information | 0.4 | $200.00 | Document organization / clerical | $30.00 | $170.00 |
| 08/28/26 | Deposit weekly cash at branch | 0.4 | $200.00 | Bank deposit / messenger-type | $30.00 | $170.00 |
| 08/28/26 | Email deposit slips and checks deposited | 0.1 | $50.00 | Document transmission / clerical | $7.50 | $42.50 |
| 08/28/26 | Assemble and send weekly report | 0.4 | $200.00 | Routine reporting / administrative | $30.00 | $170.00 |

EXHIBIT A TOTAL: 6.1 hours at $500/hour: $3,050.00. If billed at $75/hour: $457.50. Requested fee reduction: $2,592.50.