UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEW YORK BEACH CLUB LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70576 (LAS) |
| In re:<br><br>OCEAN BLVD., LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-70577 (LAS) |

**ORDER GRANTING FEE APPLICATION OF MICHAEL SEPE, ESQ, AS RECEIVER, FOR ALLOWANCE OF COMPENSATION PURSUANT TO ORDER ENTERED ON APRIL 10, 2026 FOR THE PERIOD FROM JULY 1, 2026 TO AUGUST 31, 2026**

UPON the application (the "Application") of Michael Sepe, Esq., as Receiver (the "Receiver"), seeking entry of an Order awarding compensation for services rendered from July 1, 2026, through August 31, 2026, incurred in his work as Receiver of the above-captioned debtors (the "Debtors"); and the matter having come on for a hearing before the Court on notice on October 1, 2026 (the "Hearing"); and no further notice being necessary; and the Receiver, counsel for the Debtors', counsel for the Debtors' secured creditor, and the Office of the United States Trustee having appeared; and the Court having determined that the fees sought by the Receiver, are reasonable and should be awarded; it is hereby

**ORDERED** that Michael Sepe, LLC, is hereby awarded the sum of $64,500 as compensation for the period of July 1, 2026, through August 31, 2026; and it is further

**ORDERED** that upon the entry of this Order the Receiver is authorized to pay to Michael Sepe, LLC, the amount of $64,500 as and for the amounts due for compensation from July 1, 2026,

through August 31, 2026 from the Receiver's accounts maintained on behalf of the Debtors at Dime Savings Bank, in amount of $51,600 from New York Beach Club and $12,900 from Ocean Blvd. LLC representing at 80/20 apportionment of the total fee for the specified period, the apportionment being previously upon agreed between all parties; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

**Dated: October 2, 2026**
**Central Islip, New York**

Louis A. Scarcella
United States Bankruptcy Judge