UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| NEW YORK BEACH CLUB, LTD., | |
| Debtor. | Case No. 8-26-70576-las |

----------------------------------------------------------X

| | |
|---|---|
| In re: | |
| OCEAN BLVD, LLC, | Chapter 11 |
| Debtor. | Case No. 8-26-70577-las |

----------------------------------------------------------X

**ORDER UNDER 11 U.S.C. § 1121(d) GRANTING FURTHER EXTENSION OF DEBTORS' EXCLUSIVE PERIODS WITHIN WHICH TO SOLICIT ACCEPTANCES OF A PLAN**

Upon the oral applications made on the record at the hearings held before the Court, on August 20, 2026, and October 1, 2026 (collectively, the "Hearings"), of New York Beach Club, Ltd and Ocean Blvd, LLC (the "Debtors") in the above-captioned chapter 11 cases, seeking, under section 1121(d) of title 11, United States Code (the "Bankruptcy Code"), further extending the Debtors' exclusive period of time (the "Exclusive Period") within which to solicit acceptances of their previous timely filed plan [NYCB Dkt. No. 136]; [Ocean Dkt. No. 102][1] (the "Plan"); and the Court, having determined that the relief requested is in the best interests of the Debtors, their estates and their creditors; and no additional notice being necessary or required, and having "so ordered" the record of the Hearings granting such requested relief; it is hereby

[1] Unless otherwise stated, citations to docket entries in *In re New York Beach Club, ltd.*, Case No. 8-26-70576-las, are cited as "[NYCB Dkt. No. ____]", and docket entries in *In re Ocean Blvd, LLC*, Case No. 8-26-70577-las, are cited as "[Ocean Dkt. No. ____]".

**ORDERED**, that the Debtors' Exclusive Period under Bankruptcy Code § 1121(d) be, and hereby is, extended through and including, in the first instance, October 6, 2026, and thereafter, to January 31, 2027, to solicit acceptances of the Debtor's Plan; and it is further

**ORDERED**, that this Order and the relief granted herein are without prejudice to the Debtors' or any other party in interest's respective rights to seek a further extension, or a shortening, of the Debtors' exclusivity period to solicit acceptances; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: October 19, 2026**
**Central Islip, New York**

Louis A. Scarcella
United States Bankruptcy Judge